UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**NOTICE THAT YOUR COMPLAINT HAS BEEN FILED**

It was filed on **August 6, 2014**

The style of the case is

**Gregg Carl Baird v. Stuart Jenkins**

The case number is **4:14–cv–02259**

The District Judge assigned to your case is **Judge Keith P Ellison**

The nature of the claim is **Habeas Corpus NOS: 530**

Please write or type the civil action number on the front of all letters and documents. Please address all mail to:

**United States District Clerk's Office
P. O. Box 61010
Houston, Texas 77208–1010**

Date:   August 7, 2014

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

## NOTICE OF THE RIGHT TO TRY
## A CIVIL CASE BEFORE A MAGISTRATE JUDGE

With the consent of all the parties, a United States Magistrate Judge may preside in a civil case, including jury trial and final judgment.

The choice of trial before a magistrate judge is entirely yours. Tell only the clerk. Neither the judge or magistrate judge will be told until all the parties agree.

The district judge to whom your case is assigned must approve the referral to a magistrate judge.

David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**     **SOUTHERN DISTRICT OF TEXAS**

Gregg Carl Baird
    Plaintiff/Petitioner     §
    §
*versus*     §     Case Number: 4:14–cv–02259
    §
Stuart Jenkins     §
    Defendant/Respondent(s)

# Consent to Proceed Before a Magistrate Judge

    All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

_____     _____

_____     _____

# Order to Transfer

This case is transferred to United States Magistrate Judge

_____

to conduct all further proceedings, including final judgment.

_____     _____
Date     United States District Judge