IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREGG CARL BAIRD, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION No. H-14-2259 |
| | § | |
| STUART JENKINS, et al., | § | |
| | § | |
| Respondents. | § | |

## ORDER TO ANSWER

Petitioner, a state inmate represented by counsel, files this section 2254 habeas petition challenging his 2010 convictions for possession of child pornography.[1] Preliminary examination of the petition indicates that an answer is needed. Under section 2241, *et seq.*, and the Rules Governing Section 2254 Cases in the United States District Courts, the Court **ORDERS** as follows.

1.  The Clerk of Court shall serve, by regular mail, a copy of the petition (Docket Entry No. 1) and this order upon the following: William Stephens, P.O. Box 99, Huntsville, Texas 77342-0099, Stuart Jenkins, P.O. Box 99, Huntsville, Texas 77342-0099, John McGuire, 321 East 26th Street, Suite 300, Bryan, Texas 77803 (collectively "Respondent"), and upon the Attorney General of the State of Texas, Gregory Abbott, Attention: Edward L. Marshall, Supervisor, Post-Conviction Litigation Division (Mail Code 066), P.O. Box 12548, Capitol Station, Austin, Texas 78711-2548.

---

[1] Petitioner states that he was released to parole in July 2014.

2. Respondent shall file an answer to the petition, in compliance with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, no later than **SEPTEMBER 30, 2014**. Respondent shall forward a copy of same to petitioner through counsel of record.

3. If appropriate, respondent's answer shall contain: (a) a statement of the authority by which petitioner is held; (b) the offense(s) and sentence(s); (c) a specific response to each factual allegation and legal contention with applicable authority; and (d) a statement as to whether petitioner has exhausted all state remedies, either by appeal or collateral attack.

4. Moreover, if appropriate, the copy of respondent's answer filed with the Court shall be accompanied by the following documents relating to the conviction(s) of the state court which petitioner attacks: (a) copies of the indictment(s), judgment(s), sentences(s), or order(s) pursuant to which petitioner is being held; (b) if petitioner appealed from the judgment or conviction or from an adverse judgment or order in a post-conviction proceeding, a copy of petitioner's brief on appeal and a copy of the judgment(s) on appeal, the statement of facts on appeal, the opinion(s) of the appellate court(s) or a reference to where it or they may be found in the reports; (c) if petitioner has collaterally attacked the judgment or conviction or order in a post-conviction proceeding, a copy of petitioner's application for collateral relief, including all answers and judgments rendered as a result; and

2

(d) a copy of only such portions of the transcripts respondent considers relevent for the proper resolution of this action.

5. Unless otherwise instructed by the Court, each party shall serve the other party, or counsel, with a copy of every pleading, letter, or other document submitted for consideration by the Court. This order does not require the State to provide petitioner a free copy of the state court record. Every pleading or other document received by the Clerk which fails to include the certificate of service will be returned to the submitting party or stricken from the record. Failure to mail a copy of the pleadings as certified by the certificate will subject the party to sanctions by the Court. There will be no communications with the U.S. District Judge or Magistrate Judge.

6. If respondent elects to answer by filing a dispositive motion (*i.e.*, a motion to dismiss or for summary judgment), or otherwise files a dispositive motion, petitioner shall file a response within **THIRTY DAYS** of the date reflected on the certificate of service. <u>If petitioner fails to comply on time, the Court may dismiss this case for want of prosecution.</u> Petitioner shall inform this Court and respondent at all times of his current mailing address.

Signed at Houston, Texas, on this the _____ day of August, 2014.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

3