IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GREGG CARL BAIRD, § | |
| TDCJ-CID NO. 1662122 § | |
| Petitioner, § | |
| § | |
| v. | §CIVIL ACTION NO. H-14-2259 |
| § | |
| STUART JENKINS, Director, Texas § | |
| Department of Criminal Justice, § | |
| Parole Division, § | |
| Respondent. § | |

**UNOPPOSED ORDER ON MOTION FOR AN EXTENSION OF TIME**

Came on this day to be considered Respondent's Unopposed Motion for an Extension of Time with Brief in Support, and the Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is ORDERED, ADJUDGED and DECREED that Respondent's Unopposed Motion for an Extension of Time with Brief in Support is hereby GRANTED, and Respondent shall have up to and including **Thursday, October 30, 2014** to file his response.

Signed on this the _____ day of _____, 2014.

_____
PRESIDING JUDGE