IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREGG CARL BAIRD, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | CIVIL ACTION No. H-14-2259 |
| | § | |
| STUART JENKINS, *et al.*, | § | |
| | § | |
| *Respondents.* | § | |

## ORDER

Respondent's motion for an extension of time (Docket Entry No. 4) is **GRANTED**.

Respondent's answer or dispositive motion is due **OCTOBER 30, 2014**.

Signed at Houston, Texas, on this the 24th day of September, 2014.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE