IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREGG CARL BAIRD | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION No. H-14-2259 |
| | § | |
| STUART JENKINS, *et al.*, | § | |
|     Respondents. | § | |

## UNOPPOSED ORDER

Came on this day to be considered Respondent John McGuire's Unopposed Motion for an Extension of Time Within Which to File an Answer, and the Court, after considering the pleadings of the parties herein, is of the opinion that the following order should issue:

IT IS ORDERED, ADJUDGED and DECREED that Respondent John McGuire's Unopposed Motion for an Extension of Time Within Which to File an Answer is hereby GRANTED, and Respondent shall have up to and including **Thursday, October 30, 2014** to file his response.

Signed on this the _____ day of _____, 2014.

_____
PRESIDING JUDGE