IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREGG CARL BAIRD, | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION No. H-14-2259 |
| STUART JENKINS, et al., | § § § | |
| Respondents. | § | |

## ORDER

Respondent John McGuire's motion for an extension of time (Docket Entry No. 6) is **GRANTED**. Respondent's answer or dispositive motion is due **NOVEMBER 3, 2014**.

Signed at Houston, Texas, on this the 7th day of October, 2014.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE