IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GREGG CARL BAIRD, | § |
| | § |
| Petitioner, | § |
| | § |
| v. | § CIVIL ACTION NO. H-14-2259 |
| | § |
| STUART JENKINS, Director, Texas | § |
| Department of Criminal Justice, | § |
| Parole Division, | § |
| Respondent. | § |

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

Be it remembered that on this day came to be considered Respondent's Motion for Summary Judgment with Brief in Support, and the Court after considering the pleadings of the parties filed herein is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED and DECREED that said Motion be, and is hereby GRANTED.

SIGNED on this the _____ day of _____, 2014.

_____
PRESIDING JUDGE