# EXHIBIT B

*Baird v. Jenkins*, No. H-14-2259
(S.D. Tex)

FILED
o'clock
JUN 1 1 2009
MARC HAMLIN, DIST CLERK
Brazos County, Texas
By_____ Deputy

| Race W | Sex M |
| Age 38 | Dob 02/11/71 |
| Ht 5'9" | Wt 175 |
| Hair Brown | Eyes Green |

THE STATE OF TEXAS

VS.

GREGG BAIRD

PID: 91507
DA Complaint# 09-02970
Book #
Off 37040001 37040001 37040001 37040001
Cause No. _____
Charge: **POSS OF CHILD PORNOGRAPHY X13**
Justice Court No.
Agency CSPD 09-006231

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The Grand Jury of Brazos County, State of Texas, duly organized at the April Term, 2009, of the 361st District Court of said County, in said Court, at said term, do present that in the County of Brazos and State of Texas one
**GREGG BAIRD**
hereinafter referred to as the Defendant, heretofore on or about May 13, 2009, did

then and there intentionally and knowingly possess visual material, namely, a video labeled 12_chico that visually depicted, and which the defendant knew visually depicted a child who was younger than 18 years of age at the time the image of the child was made, engaging in sexual conduct, to-wit: deviate sexual intercourse,

**COUNT TWO**: and it is further presented in and to said Court, that the said GREGG BAIRD, in the County of Brazos and State of Texas on or about the 13th day of May, 2009, did,

then and there intentionally and knowingly possess visual material, namely, a video labeled !!boytied that visually depicted, and which the defendant knew visually depicted a child who was younger than 18 years of age at the time the image of the child was made, engaging in sexual conduct, to-wit: deviate sexual intercourse,

**COUNT THREE**: and it is further presented in and to said Court, that the said GREGG BAIRD, in the County of Brazos and State of Texas on or about the 13th day of May, 2009, did,

then and there intentionally and knowingly possess visual material, namely, a video labeled (luto) anbemo-1 that visually depicted, and which the defendant knew visually depicted a child who was younger than 18 years of age at the time the image of the child was made, engaging in sexual conduct, to-wit: deviate sexual intercourse,

**COUNT FOUR**: and it is further presented in and to said Court, that the said GREGG BAIRD, in the County of Brazos and State of Texas on or about the 13th day of May, 2009, did,

then and there intentionally and knowingly possess visual material, namely, a video labeled (luto) jaco-5_01 that visually depicted, and which the defendant knew visually depicted a child who was younger than 18 years of age at the time the image of the child was made, engaging in sexual conduct, to-wit: deviate sexual intercourse,

**COUNT FIVE**: and it is further presented in and to said Court, that the said GREGG BAIRD, in the County of Brazos and State of Texas on or about the 13th day of May, 2009, did,

then and there intentionally and knowingly possess visual material, namely, a video labeled (luto) luto 02_b+luto10shower that visually depicted, and which the defendant knew visually depicted a child who was younger than 18 years of age at the time the image of the child was made, engaging in sexual conduct, to-wit: deviate sexual intercourse,

**COUNT SIX**: and it is further presented in and to said Court, that the said GREGG BAIRD, in the County of Brazos and State of Texas on or about the 13th day of May, 2009, did,

then and there intentionally and knowingly possess visual material, namely, a video labeled [boy+man] [MB] - Russianblonde Boy P1 that visually depicted, and which the defendant knew visually depicted a child who was younger than 18 years of age at the time the image of the child was made, engaging in sexual conduct, to-wit: deviate sexual intercourse,

**COUNT SEVEN**: and it is further presented in and to said Court, that the said GREGG BAIRD, in the County of Brazos and State of Texas on or about the 13th day of May, 2009, did,

then and there intentionally and knowingly possess visual material, namely, a video labeled [Luto]_peja-1 that visually depicted, and which the defendant knew visually depicted a child who was younger than 18 years of age at the time the image of the child was made, engaging in sexual conduct, to-wit: deviate sexual intercourse,

**COUNT EIGHT**: and it is further presented in and to said Court, that the said GREGG BAIRD, in the County of Brazos and State of Texas on or about the 13th day of May, 2009, did,

then and there intentionally and knowingly possess visual material, namely, a video labeled [MB] - Maximiliano that visually depicted, and which the defendant knew visually depicted a child who was younger than 18 years of age at the time the image of the child was made, engaging in sexual conduct, to-wit: deviate sexual intercourse,

**Page 1**

**COUNT NINE:** and it is further presented in and to said Court, that the said GREGG BAIRD, in the County of Brazos and State of Texas on or about the 13th day of May, 2009, did,

then and there intentionally and knowingly possess visual material, namely, a video labeled **000** that visually depicted, and which the defendant knew visually depicted a child who was younger than 18 years of age at the time the image of the child was made, engaging in sexual conduct, to-wit: deviate sexual intercourse,

**COUNT TEN:** and it is further presented in and to said Court, that the said GREGG BAIRD, in the County of Brazos and State of Texas on or about the 13th day of May, 2009, did,

then and there intentionally and knowingly possess visual material, namely, a video labeled **Man_and_another_young_un_sharing_something_special_LUTO_3** that visually depicted, and which the defendant knew visually depicted a child who was younger than 18 years of age at the time the image of the child was made, engaging in sexual conduct, to-wit: deviate sexual intercourse,

**COUNT ELEVEN:** and it is further presented in and to said Court, that the said GREGG BAIRD, in the County of Brazos and State of Texas on or about the 13th day of May, 2009, did,

then and there intentionally and knowingly possess visual material, namely, a video labeled **mb48** that visually depicted, and which the defendant knew visually depicted a child who was younger than 18 years of age at the time the image of the child was made, engaging in sexual conduct, to-wit: deviate sexual intercourse,

**COUNT TWELVE:** and it is further presented in and to said Court, that the said GREGG BAIRD, in the County of Brazos and State of Texas on or about the 13th day of May, 2009, did,

then and there intentionally and knowingly possess visual material, namely, a video labeled **Mikael friend end man** that visually depicted, and which the defendant knew visually depicted a child who was younger than 18 years of age at the time the image of the child was made, engaging in sexual conduct, to-wit: deviate sexual intercourse,

**COUNT THIRTEEN:** and it is further presented in and to said Court, that the said GREGG BAIRD, in the County of Brazos and State of Texas on or about the 13th day of May, 2009, did,

then and there intentionally and knowingly possess visual material, namely, a video labeled **tba** that visually depicted, and which the defendant knew visually depicted a child who was younger than 18 years of age at the time the image of the child was made, engaging in sexual conduct, to-wit: deviate sexual intercourse,

AGAINST THE PEACE AND DIGNITY OF THE STATE

Grand Jury Witness:

INDICTMENT – ORIGINAL

Foreman of the Grand Jury

**Page 2**



CAUSE NO. 09-02494-CRF-272
COUNTS ONE THROUGH TEN

| THE STATE OF TEXAS | IN THE DISTRICT COURT |
|---|---|
| VS | BRAZOS COUNTY, TEXAS |
| Gregg Baird | 272ND JUDICIAL DISTRICT |

FILED
DC 3 X M
At o'clock
MAR 1 1 2010
MARC HAMLIN, DIST CLERK
Brazos County, Texas
Deputy

DEFENDANT'S PLEA OF GUILTY, WAIVER,
STIPULATION AND JUDICIAL CONFESSION

Now comes the Defendant in open Court in the above numbered and entitled cause represented by his/her attorney with whom he/she has previously consulted and makes the following voluntary statement:

1. That I am sane and that I understand the nature of the charges contained in the indictment/ information in this cause, and believe that I am competent to stand trial.

2. That I have the right to a trial by jury whether I plead "guilty," "not guilty," or "no contest."

3. That I have the right to remain silent but if I choose not to remain silent, anything I say can be used against me.

4. That I have a right to be confronted by the witnesses against me whether I have a trial in front of the Judge alone or in front of a jury.

5. I further acknowledge and understand the following admonitions which have been explained to me by the Judge and by my defense attorney before entering an oral plea of guilty or nolo contendere:

   That I am charged with a felony of the ___3d___ degree / Class A misdemeanor/ Class B misdemeanor which has a punishment range of: in Counts 1,2,3,4,5,6,7,8,9,10

   _____ a) First Degree – by confinement in the Institutional Division of the Texas Department of Criminal Justice for a period of not less than five (5) years or more than ninety-nine (99) years or life and a fine not to exceed $10,000.00.

   _____ b) Second Degree – by confinement in the Institutional Division of the Texas Department of Criminal Justice for a period of not less than two (2) years or more than twenty (20) years and a fine not to exceed $10,000.00.

   ✓ c) Third Degree – by confinement in the Institutional Division of the Texas Department of Criminal Justice for a period of not less than two (2) years or more than ten (10) years and a fine not to exceed $10,000.00.

   _____ d) State Jail Felony – by confinement in the State Jail Facility for a period of not less than 180 days or more than two (2) years and a fine not to exceed $10,000.00.

   _____ e) State Jail Felony with misdemeanor punishment: Pursuant to Sec. 12.44(a) of the Texas Penal Code, state jail felony conviction punished as a Class A Misdemeanor is punishable by confinement in jail for a period not to exceed one year; by fine not to exceed $4,000; or by both such fine and confinement (This is still a felony conviction).

State's Exhibit #1

1

3

_____f) First Degree W/One Enhancement – by confinement in the Institutional Division of the Texas Department of Criminal Justice for a period of not less than <u>fifteen (15) years</u> or more than <u>ninety-nine (99) years or life</u> and a fine not to exceed $10,000.00.

_____g) Habitual – by confinement in the Institutional Division of the Texas Department of Criminal Justice for a period of not less than <u>twenty-five (25) years</u> or more than <u>ninety-nine (99) years or life</u>.

_____h) State Jail Felony reduced to Class A Misdemeanor under Texas penal Code Section 12.44 (b): by confinement in jail for a period not to exceed one year; by fine not to exceed $4,000; or by both such fine and confinement.

_____i) Class A Misdemeanor: by confinement in jail for a period not to exceed one year; by fine not to exceed $4,000; or by both such fine and confinement.

_____j) Class B Misdemeanor: by confinement in jail for a period not to exceed 180 days; by fine not to exceed $2,000; or by both such fine and confinement.

_____k) Other - _____

_____

_____

**Deferred Adjudication** – I understand the consequences of being placed on Deferred Adjudication probation.

I further understand that any recommendation of the prosecuting attorney as to punishment is not binding on the Judge, and that where there is a plea bargain agreement and the punishment assessed by the Judge does not exceed the agreed recommendation, I do not have the right to appeal without permission of the Judge except for those matters raised by written motions filed before trial.

I understand that if I am not a citizen of the United States that my plea may result in deportation, the exclusion of admission to this country, or denial of naturalization under federal law. There have been no promises made to me by my defense attorney, the prosecutor or the Judge concerning my stay in the United States.

**Special Admonitions**

1) Sex Offenders

 a.  I understand that I am being convicted of or placed on deferred adjudication for an offense which requires me to register as a sex offender and that I will be required to meet the requirements of Chapter 62 of the Texas Code of Criminal Procedure.

 b.  My attorney has advised me regarding the registration requirements under Chapter 62 of the Texas Code of Criminal Procedure.

 c.  My attorney and I have reviewed the document entitled "Supplemental Admonishments for Sex Offender Registration Requirements." I understand the contents of that document and signed it freely and voluntarily.

2) Convictions for Family Violence

I understand that it is unlawful for me to possess or transfer a firearm or ammunition if I have been convicted of a misdemeanor involving family violence as defined by Section 72.004, Family Code.

I desire to WAIVE and do waive the following rights:

1. Waive the reading of the indictment.

2. Waive the right to be served with a copy of the indictment/information in the cause ten days before trial.

3. Waive the right to be arraigned.

4. Waive the right to trial by jury and request the consent and approval of the Judge and of the attorney for the State to such waiver.

5. Waive the right to remain silent and state that it is my desire to take the witness stand, knowing anything I may say can be used against me, and make a judicial confession of my guilt.

6. Waive the right to be confronted with the witness against me and request the approval of the Judge to the stipulation of the evidence by waiving the appearance, confrontation and cross examination of witnesses, and by my further consenting to the introduction of testimony and evidence by stipulation into the record by the attorney for the State, by oral stipulation, or by written statements of witnesses and any other documentary evidence.

7. Waive service of the indictment/information and the two-day waiting period for arraignment; and I also waive the ten day period for preparation after appointment of counsel and the ten day period in which to file written pleadings after arrest.

8. Waive the right to pre-sentence report and request that none be made.

I do further admit and judicially confess that I unlawfully committed the acts alleged in the indictment/information in this cause at the time and place and in the manner alleged and that such allegations are true and correct; and that I am in fact GUILTY of the offense alleged. *the items seized on my computer contained child porn*

I voluntarily enter my plea of GUILTY to said offense, and my plea is not influenced by any considerations of fear or any persuasion or any promises of any kind. In making my plea of guilty, I am not relying on any agreement not made known to the Judge at this time. I am pleading guilty because I am guilty and for no other reason.

I further understand that if I am convicted I have the right of appeal to the appropriate Court of Appeals of Texas, and the right to be represented on appeal by an attorney of my choice or if I am too poor to pay for such attorney or the record on appeal, the Judge will, without expense to me, provide an attorney and a proper record for such appeal. However, it is my desire to waive my right to appeal, and I hereby waive this right in the event that the Judge accepts the plea bargain agreement. I understand that if the Judge accepts the plea bargain agreement, I may appeal only with permission of the court.

I further understand that the State of Texas intends to destroy, and will destroy, any and all evidence in this case in the possession of the State of Texas, any clerk, and law enforcement agency, or any other person or entity possessing said evidence, after the expiration of 91 days from the date of this document. I acknowledge that I have been advised that if I do not object to the destruction of said evidence before the expiration of 91 days from the date of this document, the evidence in this case will be destroyed. I further acknowledge and agree that my attorney and I have received adequate written notice of the State's intent to destroy evidence in this case as required by law.

Defendant's acknowledgement: _____ ; Defense Attorney's acknowledgement: _____

I further understand the admonitions of the Court and I am aware of the consequences of my plea.

_____
Defendant

3

5

SWORN TO AND SUBSCRIBED before me by the said Defendant on this the _____

Day of _____, 20_____.

_____
Notary Public, Brazos County, Texas

I have consulted with the defendant; advised him of his rights; believe him to be mentally competent and able to assist me in the preparation of the defense; and approve his signing of this plea of guilty, waiver of jury, agreement to stipulate testimony, and judicial confession.

I believe the defendant fully understands the admonitions of the Court and is aware of the consequences of his plea. The defendant in making his plea is not relying on any agreement or promise not made known to the Court at this time.

Signed this ___1___ day of _____, 20_____

_____
Attorney for the Defendant

Before the entry of the defendant's plea of guilty herein, the above waivers and stipulations are hereby consented to and approved by me, the attorney representing the State.

Signed this __15t__ day of ___March_____, 20_10_.

_____
Attorney for the State

It clearly appearing to the Court that the defendant is mentally competent and is represented by competent counsel and that said defendant understands the nature of the charge against him/her; that he/she has been admonished by the Court including the minimum and maximum punishment provided by law and that the defendant fully understands the admonitions of the Court and is fully aware of the consequences of his/her plea; that the attorney for the defendant and the State consent and approve the waiver of a trial by jury and agree to stipulate the testimony in this case; the Court therefore finds such plea of guilty, waivers and consent to voluntarily made, and the Court accepts the plea of guilty and approves the waiver of a jury herein and the consent to stipulate testimony.

Signed this ___1___ day of ___May___, 20_10_.

_____
Presiding Judge

4

DC 3   FILED   P   M
At           o'clock
MAR 1 1 2010
MARC HAMLIN, DIST CLERK
By _____ Deputy

THE STATE OF TEXAS

VS.

Gregg Baird

CAUSE NO. 09-02494-CRF-272
COUNTS 1, 2, 3, 4, 5, 6, 7, 8, 9, 10

X          IN THE DISTRICT COURT

X          BRAZOS COUNTY, TEXAS

X          272ND JUDICIAL DISTRICT

### PLEA AGREEMENT

Poss. of Child Pornography X 10

The defendant hereby agrees to plead guilty to the offenses of ~~Poss. of Child Pornography X 10~~ , and ~~in exchange, the State of Texas agrees to recommend that punishment be assessed at.~~ further agrees to waive his right to seek an appeal bond after punishment is assessed. State agrees to wave jury trial and both parties agree to the Court assessing punishment. State and defendant have no agreements as to punishment, other than expressed herein.

Restitution: _____

Defendant maintains right to appeal suppression motion ruling

Defendant _____

Date  6/1/10

Defendant's Attorney _____

Date  Mar 1, 10

Assistant District Attorney _____

Date  3/1/10

(X) accepted    ( ) rejected

Presiding Judge _____

Date  3-1-10

State's Exhibit #2

7

NO. 09-02494-CRF-272

COUNT ONE

THE STATE OF TEXAS

VS.

Gregg Baird

X

X     IN THE 272ND DISTRICT COURT

X     OF

X     BRAZOS COUNTY, TEXAS

DC RECEIVED
At 3    o'clock   M
MAR 1 1 2010
MARC HAMLIN, DIST CLERK
Brazos County, Texas
By _____ Deputy

**REQUEST TO CONSIDER UNADJUDICATED OFFENSES**

I, the undersigned defendant hereby admit my guilt to the following unadjudicated offenses:

| CAUSE # | COURT | COUNTY | CHARGE | PROSECUTOR'S APPROVAL |
|---|---|---|---|---|
| 1. 09-02492-CRF-272 | Cts. 1-4 | Brazos | Poss. Child Porn. x 4 | |
| 2. 09-02493-CRF-272 | Cts. 1-3 | Brazos | Poss. Child Porn. x 3 | |
| 3. 09-02494-CRF-272 | Cts. 11-13 | Brazos | Poss. Child Porn. x 3 | |
| 4. 09-02495-CRF-272 | Cts. 1-20 | Brazos | Poss. Child Porn. x 20 | |
| 5. 09-02496-CRF-272 | Cts. 1-20 | Brazos | Poss. Child Porn. x 20 | |

and request that the court take into account the offenses in determining sentence in the above entitled and numbered cause.

DATE: 3/1/10

DEFENDANT

DEFENDANT'S ATTORNEY

APPROVED BY:

ASST./DISTRICT ATTORNEY

**ORDER BARRING PROSECUTION AND RELEASE FROM CHARGES**

On this day, the court having heard the above named defendant admit his guilt to the unadjudicated offenses set forth in the Request to Consider Unadjudicated Offenses and the prosecuting attorney having consented thereto by his signature affixed thereto;

It is hereby ordered, adjudged and decreed that prosecution of the above named defendant for the offenses set forth in the said request is hereby barred in accordance with 12.45 T.P.C. and the defendant is ordered released from the charges enumerated above.

Signed this _____ day of _____, 20 _____.

State's Ex No. 3

JUDGE, 272ND DISTRICT COURT

WHITE-CLERK
YELLOW-DISTRICT ATTORNEY
PINK-VICTIM
GOLDENROD-JAIL
COPY TO EACH COURT IN WHICH CASE IS ENUMERATED

Defendant's Right Thumb. Date: _____
(in court)

Def's signature: _____

ST. EX. # 3

8

NO. 09-02494-CRF-272
COUNT ONE

THE STATE OF TEXAS

VS.

Gregg Baird

X     IN THE 272 NO DISTRICT COURT

X     OF

X     BRAZOS COUNTY, TEXAS

DC 3 RECEIVED
At 3 o'clock P M

MAR 1 1 2010

MARC HAMLIN, DIST CLERK
Brazos County, Texas
By_____ Deputy

### REQUEST TO CONSIDER UNADJUDICATED OFFENSES

I, the undersigned defendant hereby admit my guilt to the following unadjudicated offenses:

| CAUSE # | COURT | COUNTY | CHARGE | PROSECUTOR'S APPROVAL |
|---------|-------|--------|--------|----------------------|
| 1. 09-02497-CRF-272 | Cts. 1-20 | Brazos | Poss. Child Porn. x20 | |
| 2. 09-02498-CRF-272 | Cts. 1-20 | Brazos | Poss. Child Porn. x20 | SPP |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

and request that the court take into account the offenses in determining sentence in the above entitled and numbered cause.

DATE: 3/1/10

_____
DEFENDANT

_____
DEFENDANT'S ATTORNEY

APPROVED BY:

_____
ASST. DISTRICT ATTORNEY

### ORDER BARRING PROSECUTION AND RELEASE FROM CHARGES

On this day, the court having heard the above named defendant admit his guilt to the unadjudicated offenses set forth in the Request to Consider Unadjudicated Offenses and the prosecuting attorney having consented thereto by his signature affixed thereto;

It is hereby ordered, adjudged and decreed that prosecution of the above named defendant for the offenses set forth in the said request is hereby barred in accordance with 12.45 T.P.C. and the defendant is ordered released from the charges enumerated above.

Signed this _____ day of _____, 20 _____.

State's Ex No
3 A

WHITE-CLERK
YELLOW-DISTRICT ATTORNEY
PINK-VICTIM
GOLDENROD-JAIL
COPY TO EACH COURT IN WHICH CASE IS ENUMERATED

ST. EX. # 4

_____
JUDGE, 272ND DISTRICT COURT

Defendant's Right Thumb. Date: _____
(in court)
Def's signature: _____

9

CAUSE NO. 09-02494-CRF-272
COUNTS ONE through TEN

| THE STATE OF TEXAS | X | IN THE DISTRICT COURT OF |
| | | |
| VS. | X | BRAZOS COUNTY, TEXAS |
| | | |
| Gregg Baird | X | 272ⁿᵈ JUDICIAL DISTRICT |

## SUPPLEMENTAL ADMONISHMENTS FOR
## SEX OFFENDER REGISTRATION REQUIREMENTS

I understand that I am required to meet the sex offender registration requirements of Chapter 62 of the Code of Criminal Procedure. I must register with local law enforcement agencies agencies in the city or county where I reside. Under certain circumstances, I must periodically verify my registration information or enter a new registration with local law enforcement agencies in any city or county, including out-of-state where I intend to reside, move, visit or work. I am subject to the registration program because I have been convicted, adjudicated, or placed on deferred adjudication for one of the following offenses listed below:

PART I: OFFENSES INCLUDED:

(Prosecutor should indicate appropriate offense):

_____ *+ Indecency with a Child by Contact - 21.11(a)(1)

_____ *+ Aggravated Sexual Assault - 22.021

_____ *+ Sexual Assault - 22.011

_____ *+ Sexual Performance of a Child - 43.25

_____ *+ Aggravated Kidnapping with intent to sexually abuse - 20.04

_____ *+ Burglary with intent to sexually abuse - 30.02

_____ *+ Attempt, Solicitation, or Conspiracy - for offenses listed above

_____ **+ Deferred Adjudication** - for offense listed above

✓ *+ Possession or Promotion of Child Pornography - 43.26   (Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10)

_____ *+ Online Solicitation of a Minor - 33.021

_____ *+ Prohibited Sexual Conduct - 25.02

_____ *+ Compelling Prostitution (if victim younger than 17) - 43.05(a)(2)

DC3 FILED
At \_\_\_\_ o'clock \_\_\_ M
MAR 1 1 2010
MARC HAMLIN, DIST. CLERK
Brazos County, Texas
By _____ Deputy

State's Ex No. 4

10

———— *+ Attempt, Solicitation, or Conspiracy - for offenses listed above

———— *+ Deferred Adjudication - for offenses listed above

———— Unlawful Restraint - 20.02 (if judgment contains an affirmative finding under Article 42.015 (Victim Is Younger Than 17)

———— Kidnapping - 20.03 (if judgment contains an affirmative finding under Art. 42.015)

———— Aggravated Kidnapping - 20.04 (if judgment contains an affirmative finding under Art. 42.015)

———— Indecent Exposure - 2nd Conviction - 21.08

———— Indecency With A Child By Exposure - 21.11(a)(2)

———— Compelling Prostitution (if victim is not younger than 17) - 43.05(a)(1)

———— Attempt, Solicitation, or Conspiracy - on all offenses above except Indecent Exposure

———— **Deferred Adjudication** - on all offenses above except Indecent Exposure

PART II: ADMONISHMENTS:

(Defendant and defense attorney need to review and Defendant initials each blank):

_____ I understand that I am pleading guilty to an offense which requires me to register as a sex offender upon conviction. I further understand that my duty to register does not expire until ten (10) years after my sentence or period of community supervision ends, whichever is later. If I am being convicted of an offense denoted by "*", I understand I must register for the remainder of my life. In addition to the above list (Part I), I will have to register if another state has convicted me of any substantially similar offense.

_____ I understand that I am required to report to the local law enforcement authority where I reside to verify the information in the registration form maintained by the authority once a year during the period in for which I am required to register. If I have previously been convicted on two or more occasions or received deferred adjudication for offenses denoted by "*+," I understand that I must report to the local law enforcement authority where I reside to verify the information in the registration form maintained by the authority every 90 days for the remainder of my life.

_____ My attorney has thoroughly familiarized me with the laws pertaining to sex offender registration. I also understand that these laws are subject to change and may be applied retroactively.

2

I understand that I must register at the local police department of the municipality where I reside, or if I do not reside in a municipality, in the sheriff's department of there county where I reside not later that seven (7) days from the date that I am placed on community supervision or released from a penal institution.

I understand that if I intend to change my address I must inform the local law enforcement authority in the jurisdiction in which I am registered and the parole or community supervision officer who supervises me of that change seven (7) days *prior* to moving.

I understand that if I do not move to my intended address, I must provide an explanation to the law enforcement agency with which I am registered regarding any changes in my anticipated move date and intended residence within seven (7) days of my anticipated move date. I must also report to my parole or supervision officer weekly and that I must provide him or her with the address of my temporary residence until I do move.

I understand that when I move I must register with the local law enforcement authority in the jurisdiction of my new residence within seven (7) days of moving.

I understand that if I move out of state, I must register as a sex offender in that state within ten (10) days of moving.

I understand that if I intend to reside in another state and work or attend school in Texas, I must register with a local law enforcement authority in the municipality or county where I am working or attending school not later than seven (7) days after the date that I begin work or school.

I understand that if I intend to reside in Texas and work or attend school in another state with a registration requirement, not later than ten (10) days after the date I begin work or school, I must register with a local law enforcement authority in that state.

I understand that I will be required to apply for a new driver's license or personal identification certificate on or after September 1, 2000 and will have to annually renew my license or certificate thereafter.

I understand that if I spend more than 48 consecutive hours on at least three occasions during any month in a municipality or county in Texas other than the municipality or county where I reside, I must report that fact to the local law enforcement authority of the municipality or county in which I am a visitor. I must provide that authority with the address where I lodged during my stay and must give them a statement as to whether I intend to return to their municipality or county during the succeeding month.

I understand that failure to comply with current or future sex offender registration laws is a criminal offense, specifically;

a) a state jail felony which carries a punishment range of not less than 180 days and not more than 2 years in a State Jail Facility and a fine not to exceed $10,000; OR

3

b) (for those being convicted of those offenses denoted with "*") a felony of the third degree which carries punishment range of not less than 2 years and not more than 10 years confinement in the Institutional Division of the Texas Department of Criminal Justice and a fine not to exceed $10,000; OR

c) (for those who have two or more previous convictions for those offenses denoted with "*+") a felony of the second degree which carries a punishment range of not less than 2 years and not more than 20 years confinement in the Institutional Division of the Texas Department of Criminal Justice and a fine not to exceed $10,000; AND

d) an offense of the next highest degree for each subsequent conviction for failing to comply with the sex offender registration laws.

_____ My attorney has explained the requirements of Chapter 62 of the Code of Criminal Procedure.

_____ My plea of guilty or no contest has not been influenced by any advice or information delivered by the Court, my attorney, or any other person regarding the sex offender registration requirements. I would have pleaded guilty or nolo contendere regardless of the sex offender registration requirements.

_____          _____
Defendant                                Defendant's Attorney

_____          _____
    1 MARCH 10                               Mar 10 10
Date                                     Date

4

13


CASE NO. 09-02494-CRF-272   COUNT ONE
INCIDENT NO./TRN: 9127679136

| | | | |
|---|---|---|---|
| THE STATE OF TEXAS | | § | IN THE 272ND DISTRICT |
| v. | | § | COURT |
| | | § | |
| GREGG BAIRD | | § | BRAZOS COUNTY, TEXAS |
| STATE ID NO.: TX04840330 | | § | |

**DC FILED** At _____ o'clock ____M AUG 18 2010

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. TRAVIS BRYAN, III | Date Judgment Entered: | 7/29/2010 |
| Attorney for State: | SHANE PHELPS AND RAY THOMAS | Attorney for Defendant: | JIM JAMES |

Offense for which Defendant Convicted:
**POSSESSION OF CHILD PORNOGRAPHY**

| Charging Instrument: | Statute for Offense: |
|---|---|
| **INDICTMENT** | **43.26(a) Penal Code** |

Date of Offense:
**5/13/2009**

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| **3RD DEGREE FELONY** | **GUILTY** | **N/A** |

Terms of Plea Bargain:
**NONE-OPEN PLEA TO COURT**

| Plea to 1st Enhancement Paragraph: | **N/A** | Plea to 2nd Enhancement/Habitual Paragraph: | **N/A** |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | **N/A** | Findings on 2nd Enhancement/Habitual Paragraph: | **N/A** |

| Date Sentence Imposed: | 7/29/2010 | Date Sentence to Commence: | 7/29/2010 |
|---|---|---|---|

| Punishment and Place of Confinement: | **TEN(10) YEARS INSTITUTIONAL DIVISION, TDCJ** |
|---|---|

**THIS SENTENCE SHALL RUN CONCURRENTLY WITH COUNTS 4-10 OF THIS CAUSE NUMBER. COUNT TWO TO RUN CONSECUTIVELY TO COUNT ONE (see Count Two Judgment). COUNT THREE TO RUN CONSECUTIVELY TO COUNT TWO (See Count Three Judgment).**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** .

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ 0.00 | $ | $ | ☐ VICTIM (see below)  ☐ AGENCY/AGENT (see below) |

**Sex Offender Registration Requirements apply to the Defendant.** TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. | | |
|---|---|---|---|
| | From 6/11/2009 to 6/18/2009 | From 7/29/2010 to 7/29/2010 | From     to |
| Time Credited: | From     to | From     to | From     to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. | | |
| | **DAYS  NOTES: N/A** | | |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Brazos County, Texas. The State appeared by her District Attorney.

Counsel / Waiver of Counsel (select one)
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and



entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options  (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Brazos County Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of **Brazos** County, Texas on the date the sentence is to commence. Defendant shall be confined in the Brazos County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Brazos County Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the **Brazos County District Clerk.** Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence  (select one)

☒ The Court ORDERS Defendant's sentence is EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

The Court FINDS that, with the consent of the State's attorney, Defendant admitted guilt as to the following unadjudicated offense(s), and the Court agreed to take the unadjudicated offense(s) into account in determining the sentence for the offense of which Defendant was adjudged guilty. Accordingly, the Court FINDS prosecution is barred for the following unadjudicated offense(s): Possession of Child Pornography, Cause No. 09-02494-CRF-272 Counts 11-13; Possession of Child Pornography, Cause No. 09-02492-CRF-272 Counts 1-4; Possession of Child Pornography, Cause No. 09-02493-CRF-272 Counts 1-3; Possession of Child Pornography, Cause No. 09-02495-CRF-272 Counts 1-20; Possession of Child Pornography, Cause No. 09-02496-CRF-272 Counts 1-20; Possession of Child Pornography, Cause No. 09-02497-CRF-272 Counts 1-20; Possession of Child Pornography, Cause No. 09-02498-CRF-272 Counts 1-20. TEX. PENAL CODE §12.45.

Signed and entered on the ___6___ day of ___Aug___, 2010

X _____

JUDGE PRESIDING

CASE NO. 09-02494-CRF-272   COUNT TWO
INCIDENT NO./TRN: 9127679136

FILED
DC
At_____ o'clock____ P___ N
AUG 1 8 2010
MARC HAMLIN, DIST CLERK
By_____ Jonaul
BRAZOS COUNTY, TEXAS

| THE STATE OF TEXAS | § | IN THE 272ND DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| GREGG BAIRD | § | BRAZOS COUNTY, TEXAS |
| STATE ID NO.: TX04840330 | § | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| Judge Presiding: | HON. TRAVIS BRYAN, III | Date Judgment Entered: | 7/29/2010 |
| Attorney for State: | SHANE PHELPS AND RAY THOMAS | Attorney for Defendant: | JIM JAMES |

Offense for which Defendant Convicted:
**POSSESSION OF CHILD PORNOGRAPHY**

| Charging Instrument: **INDICTMENT** | Statute for Offense: **43.26(a) Penal Code** | |
| Date of Offense: **5/13/2009** | | |
| Degree of Offense: **3RD DEGREE FELONY** | Plea to Offense: **GUILTY** | Findings on Deadly Weapon: **N/A** |
| Terms of Plea Bargain: **NONE-OPEN PLEA TO COURT** | | |

| Plea to 1st Enhancement Paragraph: **N/A** | Plea to 2nd Enhancement/Habitual Paragraph: **N/A** |
| Findings on 1st Enhancement Paragraph: **N/A** | Findings on 2nd Enhancement/Habitual Paragraph: **N/A** |

| Date Sentence Imposed: **7/29/2010** | Date Sentence to Commence: **7/29/2010** |

| Punishment and Place of Confinement: | **FIVE(5) YEARS INSTITUTIONAL DIVISION, TDCJ** |

THIS SENTENCE SHALL RUN <b>CONSECUTIVELY</b> (see below).

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A .

| Fine: **$ 0.00** | Court Costs: **$** | Restitution: **$** | Restitution Payable to: ☐ **VICTIM** (see below) ☐ **AGENCY/AGENT** (see below) |

Sex Offender Registration Requirements apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62
The age of the victim at the time of the offense was

| Time Credited: | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
| | From **6/11/2009** to **6/18/2009**     From **7/29/2010** to **7/29/2010**     From _____ to _____ |
| | From _____ to _____     From _____ to _____     From _____ to _____ |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |
| | **DAYS   NOTES: N/A** |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Brazos County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel   (select one)**
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.
   Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

baird.g09-02494-crfct2 **Page 123**                     Page 1 of 2





The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

**Punishment Options (select one)**

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the Director, **Institutional Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Brazos County Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Brazos County, Texas on the date the sentence is to commence. Defendant shall be confined in the Brazos County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Brazos County Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the Brazos County District Clerk. Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

**Execution / Suspension of Sentence  (select one)**

☒  The Court ORDERS Defendant's sentence EXECUTED.

☐  The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision.  The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

**Furthermore, the following special findings or orders apply:**

The Court ORDERS that the sentence in this conviction shall run consecutively and shall begin only when the judgment and sentence in the following case has ceased to operate: 09-02494-CRF-272 COUNT ONE. TEX. CODE CRIM. PROC. art. 42.01 § 1(19).

Signed and entered on the ____ day of _____, 2010

_____
JUDGE PRESIDING

17



FILED
At _____ o'clock ____ __M
AUG 18 2010
MARC HAMLIN, DIST CLERK
Brazos County, Texas
_____ Deputy

CASE NO. 09-02494-CRF-272    COUNT THREE
INCIDENT NO./TRN: 9127679136

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 272ND DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| GREGG BAIRD | § | BRAZOS COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX04840330 | § | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. TRAVIS BRYAN, III | Date Judgment Entered: | 7/29/2010 |
| Attorney for State: | SHANE PHELPS AND RAY THOMAS | Attorney for Defendant: | JIM JAMES |

Offense for which Defendant Convicted:
**POSSESSION OF CHILD PORNOGRAPHY**

| Charging Instrument: | | Statute for Offense: | |
|---|---|---|---|
| INDICTMENT | | 43.26(a) Penal Code | |

Date of Offense:
**5/13/2009**

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| **3RD DEGREE FELONY** | **GUILTY** | N/A |

Terms of Plea Bargain:
**NONE-OPEN PLEA TO COURT**

| Plea to 1st Enhancement Paragraph: | N/A | Plea to 2nd Enhancement/Habitual Paragraph: | N/A |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | N/A | Findings on 2nd Enhancement/Habitual Paragraph: | N/A |

| | | | |
|---|---|---|---|
| Date Sentence Imposed: | 7/29/2010 | Date Sentence to Commence: | 7/29/2010 |

| Punishment and Place of Confinement: | **TEN(10) YEARS INSTITUTIONAL DIVISION, TDCJ** |
|---|---|

**THIS SENTENCE SHALL RUN CONSECUTIVELY (see below).**

☒ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **TEN(10)** YEARS.

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ 0.00 | $ | $ | ☐ VICTIM (see below)   ☐ AGENCY/AGENT (see below) |

Sex Offender Registration Requirements apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was N/A .

| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. | | |
|---|---|---|---|
| Time Credited: | From 6/11/2009 to 6/18/2009 | From 7/29/2010 to 7/29/2010 | From to |
| | From to   From to   From to | | |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. | | |

**DAYS** NOTES: N/A

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.
This cause was called for trial in Brazos County, Texas. The State appeared by her District Attorney.
Counsel / Waiver of Counsel (select one)
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.
Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above.
The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to
stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and

18



entered it of record.  Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above.  In the presence of Defendant, the Court pronounced sentence against Defendant.

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense.  The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above.  The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options  (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above.  The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence.  The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Brazos County Collections Department.  Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Brazos County, Texas on the date the sentence is to commence.  Defendant shall be confined in the Brazos County Jail for the period indicated above.  The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Brazos County Collections Department.  Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY.  The Court ORDERS Defendant to proceed immediately to the Office of the **Brazos County District Clerk.**  Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence  (select one)

☐ The Court ORDERS Defendant's sentence EXECUTED.

☒ The Court ORDERS Defendant's sentence of confinement SUSPENDED.  The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision.  The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

The Court ORDERS that the sentence in this conviction shall run consecutively and shall begin only when the judgment and sentence in the following case has ceased to operate: 09-02494-CRF-272 COUNT TWO.  TEX. CODE CRIM. PROC. art. 42.01 § 1(19).

Signed and entered on the  6  day of  Aug , 2010

X

JUDGE PRESIDING

19

CASE No. 09-02494-CRF-272   COUNT FOUR
INCIDENT NO./TRN: 9127679136

| | | FILED |
|---|---|---|
| DC | | |
| At | | o'clock P M |

AUG 1 8 2010

| THE STATE OF TEXAS | § | IN THE 272ND DISTRICT ~~MARC HAMLIN, DIST CLERK~~ |
| | § | |
| V. | § | COURT |
| | § | |
| GREGG BAIRD | § | BRAZOS COUNTY, TEXAS |
| | § | |
| STATE ID No.: TX04840330 | § | |

# JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| Judge Presiding: | HON. TRAVIS BRYAN, III | Date Judgment Entered: | 7/29/2010 |
|---|---|---|---|
| Attorney for State: | SHANE PHELPS AND RAY THOMAS | Attorney for Defendant: | JIM JAMES |

Offense for which Defendant Convicted:
**POSSESSION OF CHILD PORNOGRAPHY**

| Charging Instrument: | Statute for Offense: |
|---|---|
| **INDICTMENT** | **43.26(a) Penal Code** |

Date of Offense:
**5/13/2009**

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| **3RD DEGREE FELONY** | **GUILTY** | **N/A** |

Terms of Plea Bargain:
**NONE-OPEN PLEA TO COURT**

| Plea to 1st Enhancement Paragraph: | **N/A** | Plea to 2nd Enhancement/Habitual Paragraph: | **N/A** |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | **N/A** | Findings on 2nd Enhancement/Habitual Paragraph: | **N/A** |

| Date Sentence Imposed: | 7/29/2010 | Date Sentence to Commence: | 7/29/2010 |
|---|---|---|---|

| Punishment and Place of Confinement: | **TEN(10) YEARS INSTITUTIONAL DIVISION, TDCJ** |
|---|---|

THIS SENTENCE SHALL RUN **CONCURRENTLY WITH COUNT ONE OF THIS CAUSE NUMBER.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** YEARS.

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ 0.00 | $ | $ | ☐ VICTIM (see below)   ☐ AGENCY/AGENT (see below) |

Sex Offender Registration Requirements apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. | | |
|---|---|---|---|
| Time Credited: | From 6/11/2009 to 6/18/2009   From 7/29/2010 to 7/29/2010   From     to | | |
| | From     to     From     to     From     to | | |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. | | |
| | DAYS   NOTES: N/A | | |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Brazos County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

baird.g09-02494-crfct4   **Page 127**   Page 1 of 2

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options  (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Brazos County Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of **Brazos** County, Texas on the date the sentence is to commence. Defendant shall be confined in the **Brazos** County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Brazos County Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the **Brazos** County **District Clerk**. Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence  (select one)

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

Signed and entered on the _____ day of _____, 2010

JUDGE PRESIDING

CASE NO. 09-02494-CRF-272   COUNT FIVE
INCIDENT NO./TRN: 9127679136

FILED
DC
At_____ o'clock___ M
AUG 1 8 2010
DIST CLERK
By_____

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 272ND DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| GREGG BAIRD | § | BRAZOS COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX04840330 | § | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| Judge Presiding: | HON. TRAVIS BRYAN, III | Date Judgment Entered: | 7/29/2010 |
|---|---|---|---|
| Attorney for State: | SHANE PHELPS AND RAY THOMAS | Attorney for Defendant: | JIM JAMES |

Offense for which Defendant Convicted:
**POSSESSION OF CHILD PORNOGRAPHY**

| Charging Instrument: | Statute for Offense: |
|---|---|
| INDICTMENT | 43.26(a) Penal Code |

Date of Offense:
**5/13/2009**

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| 3RD DEGREE FELONY | GUILTY | N/A |

Terms of Plea Bargain:
**NONE-OPEN PLEA TO COURT**

| Plea to 1ˢᵗ Enhancement Paragraph: | N/A | Plea to 2ⁿᵈ Enhancement/Habitual Paragraph: | N/A |
|---|---|---|---|
| Findings on 1ˢᵗ Enhancement Paragraph: | N/A | Findings on 2ⁿᵈ Enhancement/Habitual Paragraph: | N/A |

| Date Sentence Imposed: | 7/29/2010 | Date Sentence to Commence: | 7/29/2010 |
|---|---|---|---|

| Punishment and Place of Confinement: | TEN(10) YEARS INSTITUTIONAL DIVISION, TDCJ |
|---|---|

THIS SENTENCE SHALL RUN **CONCURRENTLY WITH COUNT ONE OF THIS CAUSE NUMBER.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A YEARS.

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ 0.00 | $ | $ | ☐ VICTIM (see below)  ☐ AGENCY/AGENT (see below) |

Sex Offender Registration Requirements apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
|---|---|
| | From 6/11/2009 to 6/18/2009     From 7/29/2010 to 7/29/2010     From      to |
| Time Credited: | From      to          From      to          From      to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |
| | DAYS  NOTES: N/A |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Brazos County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel  (select one)**
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.
    Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.



The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense.  The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above.  The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options  (select one)

☒ **Confinement in State Jail or Institutional Division.**  The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.**  The Court ORDERS Defendant to be confined for the period and in the manner indicated above.  The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence.  The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Brazos County Collections Department.  Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.**  The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Brazos County, Texas on the date the sentence is to commence.  Defendant shall be confined in the Brazos County Jail for the period indicated above.  The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Brazos County Collections Department.  Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.**  The punishment assessed against Defendant is for a FINE ONLY.  The Court ORDERS Defendant to proceed immediately to the Office of the Brazos County District Clerk.  Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence  (select one)

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED.  The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision.  The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

Signed and entered on the ⟍⟍ day of ⟋Aug⟍, 2010

X _____
JUDGE PRESIDING

CASE NO. 09-02494-CRF-272    COUNT SIX
INCIDENT NO./TRN: 9127679136

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 272ND DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| GREGG BAIRD | § | BRAZOS COUNTY, TEXAS |
| | § | |
| STATE ID No.: TX04840330 | § | |

FILED
DC | At | o'clock
AUG 1 8 2010
MARC HAMLIN, DIST CLERK
Brazos County, Texas
By _____ Dep

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| | | |
|---|---|---|
| Judge Presiding: | HON. TRAVIS BRYAN, III | Date Judgment Entered:    7/29/2010 |
| Attorney for State: | SHANE PHELPS AND RAY THOMAS | Attorney for Defendant:    JIM JAMES |

Offense for which Defendant Convicted:
**POSSESSION OF CHILD PORNOGRAPHY**

| | |
|---|---|
| Charging Instrument: **INDICTMENT** | Statute for Offense: **43.26(a) Penal Code** |

Date of Offense:
**5/13/2009**

| | | |
|---|---|---|
| Degree of Offense: **3RD DEGREE FELONY** | Plea to Offense: **GUILTY** | Findings on Deadly Weapon: **N/A** |

Terms of Plea Bargain:
**NONE-OPEN PLEA TO COURT**

| | | | |
|---|---|---|---|
| Plea to 1st Enhancement Paragraph: | **N/A** | Plea to 2nd Enhancement/Habitual Paragraph: | **N/A** |
| Findings on 1st Enhancement Paragraph: | **N/A** | Findings on 2nd Enhancement/Habitual Paragraph: | **N/A** |

| | | |
|---|---|---|
| Date Sentence Imposed:    7/29/2010 | | Date Sentence to Commence:    7/29/2010 |

| | |
|---|---|
| Punishment and Place of Confinement: | **TEN(10) YEARS INSTITUTIONAL DIVISION, TDCJ** |

THIS SENTENCE SHALL RUN **CONCURRENTLY WITH COUNT ONE OF THIS CAUSE NUMBER.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A YEARS.

| | | | |
|---|---|---|---|
| Fine: **$ 0.00** | Court Costs: $   . | Restitution: $ | Restitution Payable to: ☐ VICTIM (see below)   ☐ AGENCY/AGENT (see below) |

Sex Offender Registration Requirements apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62
The age of the victim at the time of the offense was N/A .

| | |
|---|---|
| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
| Time Credited: | From **6/11/2009** to **6/18/2009**    From **7/29/2010** to **7/29/2010**    From   to |
| | From   to    From   to    From   to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |
| | DAYS  NOTES: N/A |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in **Brazos County**, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

baird.g09-02494-crfct4    **Page 131**    Page 1 of 2

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

**Punishment Options** (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the Director, Institutional Division, TDCJ. The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Brazos County Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Brazos County, Texas on the date the sentence is to commence. Defendant shall be confined in the Brazos County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Brazos County Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the Brazos County District Clerk. Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

**Execution / Suspension of Sentence** (select one)

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

## Furthermore, the following special findings or orders apply:

Signed and entered on the _____ 6 _____ day of _____, 2010

_____
JUDGE PRESIDING

CASE NO. 09-02494-CRF-272    COUNT SEVEN
INCIDENT NO./TRN: 9127679136

FILED
DC
At _____ o'clock ___P
AUG 1 8 2010
MARC HAMLIN, DIST. CLERK
BRAZOS COUNTY, TEXAS
by _____

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 272ND DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| GREGG BAIRD | § | BRAZOS COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX04840330 | § | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| Judge Presiding: | HON. TRAVIS BRYAN, III | Date Judgment Entered: | 7/29/2010 |
|---|---|---|---|
| Attorney for State: | SHANE PHELPS AND RAY THOMAS | Attorney for Defendant: | JIM JAMES |

Offense for which Defendant Convicted:
**POSSESSION OF CHILD PORNOGRAPHY**

| Charging Instrument: | | Statute for Offense: | |
|---|---|---|---|
| **INDICTMENT** | | **43.26(a) Penal Code** | |

Date of Offense:
**5/13/2009**

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| **3RD DEGREE FELONY** | **GUILTY** | **N/A** |

Terms of Plea Bargain:
**NONE-OPEN PLEA TO COURT**

| Plea to 1st Enhancement Paragraph: | N/A | Plea to 2nd Enhancement/Habitual Paragraph: | N/A |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | N/A | Findings on 2nd Enhancement/Habitual Paragraph: | N/A |

| Date Sentence Imposed: | 7/29/2010 | Date Sentence to Commence: | 7/29/2010 |
|---|---|---|---|

| Punishment and Place of Confinement: | TEN(10) YEARS INSTITUTIONAL DIVISION, TDCJ |
|---|---|

THIS SENTENCE SHALL RUN **CONCURRENTLY WITH COUNT ONE OF THIS CAUSE NUMBER.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** YEARS.

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ 0.00 | $ | $ | ☐ VICTIM (see below) ☐ AGENCY/AGENT (see below) |

Sex Offender Registration Requirements apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
|---|---|
| Time Credited: | From 6/11/2009 to 6/18/2009     From 7/29/2010 to 7/29/2010     From         to |
| | From     to     From     to     From     to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |

**DAYS  NOTES: N/A**

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Brazos County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel  (select one)**

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

CASE No. 09-02494-CRF-272   COUNT EIGHT
INCIDENT NO./TRN: 9127679136

FILED
DC
At_____ o'clock___
AUG 18 2010
MARC HAMEN, DIST CLERK
By_____

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 272ND DISTRICT |
| | § | |
| v. | § | COURT |
| | § | |
| GREGG BAIRD | § | BRAZOS COUNTY, TEXAS |
| | § | |
| STATE ID No.: TX04840330 | § | |

# JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| Judge Presiding: | HON. TRAVIS BRYAN, III | Date Judgment Entered: | 7/29/2010 |
|---|---|---|---|
| Attorney for State: | SHANE PHELPS AND RAY THOMAS | Attorney for Defendant: | JIM JAMES |

Offense for which Defendant Convicted:
**POSSESSION OF CHILD PORNOGRAPHY**

| Charging Instrument: INDICTMENT | Statute for Offense: 43.26(a) Penal Code |
|---|---|

Date of Offense:
**5/13/2009**

| Degree of Offense: 3RD DEGREE FELONY | Plea to Offense: GUILTY | Findings on Deadly Weapon: N/A |
|---|---|---|

Terms of Plea Bargain:
**NONE-OPEN PLEA TO COURT**

| Plea to 1st Enhancement Paragraph: | N/A | Plea to 2nd Enhancement/Habitual Paragraph: | N/A |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | N/A | Findings on 2nd Enhancement/Habitual Paragraph: | N/A |

| Date Sentence Imposed: | 7/29/2010 | Date Sentence to Commence: | 7/29/2010 |
|---|---|---|---|

| Punishment and Place of Confinement: | **TEN(10) YEARS INSTITUTIONAL DIVISION, TDCJ** |
|---|---|

**THIS SENTENCE SHALL RUN CONCURRENTLY WITH COUNT ONE OF THIS CAUSE NUMBER.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** YEARS.

| Fine: $ 0.00 | Court Costs: $ | Restitution: $ | Restitution Payable to: ☐ VICTIM (see below) ☐ AGENCY/AGENT (see below) |
|---|---|---|---|

Sex Offender Registration Requirements apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
|---|---|
| Time Credited: | From 6/11/2009 to 6/18/2009   From 7/29/2010 to 7/29/2010   From   to |
| | From   to   From   to   From   to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |
| | DAYS  NOTES: N/A |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Brazos County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

baird.g09-02494-crfc **Page 135**          Page i of 2

J7

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

<u>Punishment Options  (select one)</u>

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ**. The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Brazos County Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of **Brazos County**, Texas on the date the sentence is to commence. Defendant shall be confined in the Brazos County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Brazos County Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the **Brazos County District Clerk**. Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

<u>Execution / Suspension of Sentence  (select one)</u>

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

## Furthermore, the following special findings or orders apply:

Signed and entered on the ____6____ day of ____Aug____, 2010

_____
JUDGE PRESIDING

CASE NO. 09-02494-CRF-272   COUNT NINE
INCIDENT NO./TRN: 9127679136

FILED
DC
At _____ o'clock ____ M
AUG 1 8 2010
MARC HAMLIN, DIST CLERK
_____, Deputy

| | | |
|---|---|---|
| THE STATE OF TEXAS | § § | IN THE 272ND DISTRICT COURT |
| v. | § § | COURT |
| GREGG BAIRD | § § | BRAZOS COUNTY, TEXAS |
| STATE ID NO.: TX04840330 | § § | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| Judge Presiding: | HON. TRAVIS BRYAN, III | Date Judgment Entered: | 7/29/2010 |
|---|---|---|---|
| Attorney for State: | SHANE PHELPS AND RAY THOMAS | Attorney for Defendant: | JIM JAMES |

Offense for which Defendant Convicted:
**POSSESSION OF CHILD PORNOGRAPHY**

| Charging Instrument: | | Statute for Offense: | |
|---|---|---|---|
| **INDICTMENT** | | **43.26(a) Penal Code** | |

Date of Offense:
**5/13/2009**

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| **3RD DEGREE FELONY** | **GUILTY** | **N/A** |

Terms of Plea Bargain:
**NONE-OPEN PLEA TO COURT**

| Plea to 1st Enhancement Paragraph: | N/A | Plea to 2nd Enhancement/Habitual Paragraph: | N/A |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | N/A | Findings on 2nd Enhancement/Habitual Paragraph: | N/A |

| Date Sentence Imposed: | 7/29/2010 | Date Sentence to Commence: | 7/29/2010 |
|---|---|---|---|

| Punishment and Place of Confinement: | **TEN(10) YEARS INSTITUTIONAL DIVISION, TDCJ** |
|---|---|

**THIS SENTENCE SHALL RUN CONCURRENTLY WITH COUNT ONE OF THIS CAUSE NUMBER.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** YEARS.

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ 0.00 | $ | $ | ☐ VICTIM (see below)   ☐ AGENCY/AGENT (see below) |

Sex Offender Registration Requirements apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A**  .

| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
|---|---|
| Time Credited: | From 6/11/2009 to 6/18/2009     From 7/29/2010 to 7/29/2010     From        to |
| | From        to        From        to        From        to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |
| | DAYS   NOTES: N/A |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in **Brazos County, Texas**. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

baird.g09-02494-crf-1(       **Page 137**                Page 1 of 2



The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

**Punishment Options  (select one)**

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Brazos County Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Brazos County, Texas on the date the sentence is to commence. Defendant shall be confined in the **Brazos** County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Brazos County Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a **FINE ONLY.** The Court ORDERS Defendant to proceed immediately to the Office of the **Brazos County District Clerk.** Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

**Execution / Suspension of Sentence  (select one)**

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

**Furthermore, the following special findings or orders apply:**

Signed and entered on the ____ day of _____ , 2010

JUDGE PRESIDING

CASE NO. 09-02494-CRF-272    COUNT TEN
INCIDENT NO./TRN: 9127679136

FILED
At _____ o'clock _____ M

AUG 1 8 2010

MARC HAMLIN, DIST CLERK
Brazos County, TEXAS
_____ Deputy

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 272ND DISTRICT |
| | § | |
| v. | § | COURT |
| | § | |
| GREGG BAIRD | § | BRAZOS COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX04840330 | § | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. TRAVIS BRYAN, III | Date Judgment Entered: | 7/29/2010 |
| Attorney for State: | SHANE PHELPS AND RAY THOMAS | Attorney for Defendant: | JIM JAMES |

Offense for which Defendant Convicted:
**POSSESSION OF CHILD PORNOGRAPHY**

| Charging Instrument: | Statute for Offense: |
|---|---|
| INDICTMENT | 43.26(a) Penal Code |

Date of Offense:
**5/13/2009**

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| 3RD DEGREE FELONY | GUILTY | N/A |

Terms of Plea Bargain:
**NONE-OPEN PLEA TO COURT**

| Plea to 1st Enhancement Paragraph: | N/A | Plea to 2nd Enhancement/Habitual Paragraph: | N/A |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | N/A | Findings on 2nd Enhancement/Habitual Paragraph: | N/A |

| Date Sentence Imposed: | 7/29/2010 | Date Sentence to Commence: | 7/29/2010 |
|---|---|---|---|

| Punishment and Place of Confinement: | TEN(10) YEARS INSTITUTIONAL DIVISION, TDCJ |
|---|---|

THIS SENTENCE SHALL RUN **CONCURRENTLY WITH COUNT ONE OF THIS CAUSE NUMBER.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** YEARS.

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ 0.00 | $ | $ | ☐ VICTIM (see below)   ☐ AGENCY/AGENT (see below) |

Sex Offender Registration Requirements apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

| Time Credited: | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
|---|---|
| | From 6/11/2009 to 6/18/2009     From 7/29/2010 to 7/29/2010     From     to |
| | From     to     From     to     From     to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |
| | DAYS   NOTES: N/A |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Brazos County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel  (select one)**
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

baird.g09-02494-crfc     **Page 139**                    Page 1 of 2

31

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense.  The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above.  The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

**Punishment Options  (select one)**

☒ **Confinement in State Jail or Institutional Division.**  The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.**  The Court ORDERS Defendant to be confined for the period and in the manner indicated above.  The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence.  The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Brazos County Collections Department.  Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.**  The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Brazos County, Texas on the date the sentence is to commence.  Defendant shall be confined in the Brazos County Jail for the period indicated above.  The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Brazos County Collections Department.  Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.**  The punishment assessed against Defendant is for a FINE ONLY.  The Court ORDERS Defendant to proceed immediately to the Office of the Brazos County District Clerk.  Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

**Execution / Suspension of Sentence  (select one)**

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED.  The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision.  The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

**Furthermore, the following special findings or orders apply:**

Signed and entered on the ____ day of _____, 2010

JUDGE PRESIDING

32