

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CATHY COCHRAN
ELSA ALCALA
 JUDGES

COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

LOUISE PEARSON
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

August 03, 2012

William R. Turner
District Attorney Brazos County
300 E 26th Suite 310
Bryan, TX 77803

Richard E. Wetzel
1411 West Ave.
Suite 100
Austin, TX 78701

Re:   BAIRD, GREGG
      Case No. PD-0159-12
      Trial Court No. 09-02494-CRF-272
      COA No.  10-10-00297-CR

Dear Counselors:

   The above-styled case is set for submission on **September 12, 2012**, at **9:00 AM**. If you wish to present oral argument, the Court must receive your request in writing within ten (10) days from the date of this letter.

   Please let us know if you have any questions.

Sincerely,

Louise Pearson
Clerk

By: _____
     Chief Deputy Clerk