

**10th Court of Appeals**
COA Version 3.0.7.1

# Docket Sheet
**Case Number:** 10-10-00297-CR
**3/1/2012 To 3/9/2012**

Report Printed On:
3/9/2012 3:53 PM

Date Appeal Filed: 8/16/2010

**Style:** Gregg Carl Baird

v. The State of Texas

| | |
|---|---|
| **Original Proceeding:** No | **Case Priority:** Regular |
| **Defendant in Jail:** Yes   **Bond:** | **Punishment:** 10 yrs for ea ct to run concurrently |
| **Type of Case or Offense:** 43.26 | |
| **This case transferred from another COA#:** | **Transfer Case #:**   **Transferred In On:** |
| **This case transferred to another COA#:** | **Transferred Out On:** |
| **Remarks:** 10 counts | |

## Trial Court Information

| | |
|---|---|
| Trial Court Case Number: | 09-02494-CRF-272 |
| Trial Court Judge: | Hon. Travis B. Bryan III |
| Trial Court Reporter: | MacKay/White/Kyriell/Rainwater |
| Trial Court ID: | 320210272 |
| Trial Court Name: | 272nd District Court |
| County: | Brazos |
| Remarks: | |

## Parties Associated with Case

| Party Type | Party Name | | | |
|---|---|---|---|---|
| ANT | Baird, Gregg Carl | | | |
| **Representative Type** | **Representative Name** | **Bar Number** | **Date On** | **Date Off** |
| RE ATTY | Richard E. Wetzel | 21236300 | 08/16/2010 | |

| Party Type | Party Name | | | |
|---|---|---|---|---|
| STA | Texas, The State of | | | |
| **Representative Type** | **Representative Name** | **Bar Number** | **Date On** | **Date Off** |
| DT ATTY | Bill R. Turner | 20335200 | 08/16/2010 | |
| DT ATTY | Danny W. Smith Jr. | 24046867 | 08/16/2010 | |
| DT ATTY | Jeffrey S. Garon | 00790746 | 08/04/2011 | |

## Interested Entities Associated with Case:

| Interested Entity Name | Interested Entity Type | Notice? | Date On | Date Off | Remarks |
|---|---|---|---|---|---|
| Hon. Travis B. Bryan III | TC JUD | No | 08/16/2010 | | Trial Court Judge |
| Judge, Brazos County 272nd District Court 300 E. 26th St., Rm. 204 Bryan TX 77803 | | Phone: (979)361-4220 | | FAX: (979)361-4517 | |
| Hon. Marc Hamlin | DT CLK | No | 08/16/2010 | | |
| District Clerk, Brazos County 300 E. 26th Street, Suite 1200 Bryan TX 77803 | | Phone: (979)361-4227 (979)361-4230 [Def.] | | FAX: (979)361-0197 | |
| Hon. Olen Underwood | ADMJUD | No | 08/16/2010 | | |
| Second Administrative Judicial Region 301 N. Thompson, Suite 102 Conroe TX 77301 | | Phone: (936)538-8176 | | FAX: (936)538-8167 | |
| Denise MacKay | RPT | No | 08/16/2010 | | |
| Court Reporter 272nd District 300 E. 26th St., Rm 204 Bryan TX 77803 | | Phone: (979)361-4557 [Def.] (979)575-0521 [Def.] | | FAX: | |



**10th Court of Appeals**
COA Version 3.0.7.1

# Docket Sheet
**Case Number:** 10-10-00297-CR
3/1/2012 To 3/9/2012

Report Printed On:
3/9/2012 3:53 PM

Date Appeal Filed: 8/16/2010

**Style:** Gregg Carl Baird

v. The State of Texas

| | | | | | |
|---|---|---|---|---|---|
| Richard E. Wetzel | RE ATT | Yes | 08/16/2010 | Retained attorney for Appellant | |
| Attorney at Law<br>1411 West Ave, Suite 100<br>Austin TX 78701 | | Phone: | (512)469-7943 | FAX: (512)474-5594 | |
| Bill R. Turner | DT ATT | Yes | 08/16/2010 | District attorney for Criminal – State of Texas | |
| Brazos County District Attorney's Office<br>300 E. 26th Street, Suite 310<br>Bryan TX 77803 | | Phone: | (979)361-4336 | FAX: (979)361-4368 | |
| Danny W. Smith Jr. | DT ATT | No | 08/16/2010 | District attorney for Criminal – State of Texas | |
| Assistant District Attorney<br>300 E. 26th Street, Suite 310<br>Bryan TX 77803 | | Phone: | (979)361-4320 | FAX: (979)361-4368 | |
| Susan R. Rainwater | RPT | No | 08/25/2010 | | |
| Court Reporter<br>3708 E. 29th St., PMB137<br>Bryan TX 77802 | | Phone: | (979)691-8775 [Def.]<br>(979)209-4201 [Def.] | FAX: (979)361-4385 | |
| Hon. Carolyn White | RPT | No | 08/25/2010 | | |
| Court Reporter<br>1814 Shadowwood Dr.<br>College Station TX 77840 | | Phone: | (979)696-3457 | FAX: (979)361-4276 | |
| Kaetheryne B. Kyriell | RPT | No | 08/25/2010 | | |
| Official Court Reporter 272nd<br>P.O. Box 3802<br>Bryan TX 77805 | | Phone: | (936)443-3312 | FAX: (979)314-7135 | |
| Jeffrey S. Garon | DT ATT | No | 08/04/2011 | District attorney for Criminal – State of Texas | |
| Assistant District Attorney<br>300 E 26th St. Suite 310<br>Bryan TX 77803 | | Phone: | (979)361-4320 | FAX: (979)361-4368 | |

**Process:**

**Events**

| Event Date | Event | Description | DispositionType | Location | EnBanc | SubmissionType | Submission Process |
|---|---|---|---|---|---|---|---|
| 7/29/2010 | JMNT SIGNED | | | | | | |

*** Remarks:

| | | |
|---|---|---|
| 8/16/2010 | NOA FLD/COA | |

*** Remarks:

| | | |
|---|---|---|
| 8/25/2010 | DS FLD | |

*** Remarks:

| | | |
|---|---|---|
| 10/15/2010 | CLK RECORD FLD  DT CLK | |

*** Remarks: 2 vol

| | | |
|---|---|---|
| 12/7/2010 | MT COMPEL FLD   ANT | |

*** Remarks: rpt to file rec

| | | |
|---|---|---|
| 12/21/2010 | SUPP CLK RECOR | |

10th Court of Appeals
COA Version 3.0.7.1

# Docket Sheet
**Case Number:** 10-10-00297-CR
3/1/2012 To 3/9/2012

Report Printed On:
3/9/2012 3:53 PM

Date Appeal Filed: 8/16/2010

**Style:** Gregg Carl Baird

v. The State of Texas

---

\*\*\* **Remarks:** 1 vol

| 1/25/2011 | MT COMPEL DISP  ANT | DISM |
\*\*\* **Remarks:**

| 2/1/2011 | RESP FLD  ANT | |
\*\*\* **Remarks:** on dismissal of mt to compel

| 2/7/2011 | RPT RECORD FLD | |
\*\*\* **Remarks:** 7 vols

| 2/22/2011 | SUPP RPT RECOR | |
\*\*\* **Remarks:** 3 vols

| 3/21/2011 | MT EXT BRIEF FLD ANT | |
\*\*\* **Remarks:**

| 3/22/2011 | MT EXT BRIEF DIS ANT | GRANT |
\*\*\* **Remarks:**

| 5/4/2011 | BRIEF FLD YES  ANT | |
\*\*\* **Remarks:**

| 6/7/2011 | MT EXT BRIEF FLD STA | |
\*\*\* **Remarks:**

| 6/14/2011 | MT EXT BRIEF DIS STA | GRANTFXD |
\*\*\* **Remarks:**

| 8/4/2011 | BRIEF FLD YES  STA | |
\*\*\* **Remarks:** pm 08-02-11

| 8/4/2011 | AT ISSUE | |
\*\*\* **Remarks:**

**Judges Associated with Event**
Chief Justice Thomas W. Gray
Justice Al Scoggins
Justice Rex D. Davis

| 9/29/2011 | SUBMISSION/OA | | Oral |
\*\*\* **Remarks:**

| 11/2/2011 | SUBMITTED | | Oral |
\*\*\* **Remarks:**

Case 4:14-cv-02259   Document 9-3   Filed in TXSD on 10/31/14   Page 4 of 5

10th Court of Appeals
COA Version 3.0.7.1

# Docket Sheet
Case Number: 10-10-00297-CR
3/1/2012 To 3/9/2012

Report Printed On:
3/9/2012 3:53 PM

Date Appeal Filed: 8/16/2010

**Style:** Gregg Carl Baird

v. The State of Texas

| | Judges Associated with Event | | |
|---|---|---|---|
| | Chief Justice Thomas W. Gray | | |
| | Justice Al Scoggins | | |
| | Justice Rex D. Davis | | |
| 11/16/2011 | ORDER ISSD | ABATED | |
| *** Remarks: | | | |

| | Judges Associated with Event | | |
|---|---|---|---|
| | Chief Justice Thomas W. Gray | | |
| | Justice Al Scoggins | | |
| | Justice Rex D. Davis | | |
| 12/5/2011 | SUPP CLK RECOR | | |
| *** Remarks: 1 vol | | | |

| 1/30/2012 | LATE COMPLIANC  ANT |
|---|---|
| *** Remarks: | |

### Calendars

| Calendar | Date Set | Reason Set | En Banc | OpinionComments |
|---|---|---|---|---|
| Appeal to Higher Court | 03/09/2012 | CT REVIEW | | |

### Process:

### Events

| Event Date | Event | Description | DispositionType | Location | EnBanc | SubmissionType | Submission Process |
|---|---|---|---|---|---|---|---|
| 12/6/2011 | REINSTATED | | | | | | |
| *** Remarks: | | | | | | | |

| 1/11/2012 | OPINION ISSD | AFFIRM |
|---|---|---|
| *** Remarks: | | |

| | Judges Associated with Event |
|---|---|
| | Chief Justice Thomas W. Gray |
| | Justice Al Scoggins |
| | Justice Rex D. Davis |
| 1/11/2012 | JMNT ISSD |
| *** Remarks: | |

| 1/11/2012 | RECORD RETENTI CR25 |
|---|---|
| *** Remarks: | |

| 1/19/2012 | RESP FLD    ANT |
|---|---|
| *** Remarks: 48.4 | |


10th Court of Appeals  
COA Version 3.0.7.1

**Docket Sheet**  
**Case Number:** 10-10-00297-CR  
3/1/2012 To 3/9/2012

Report Printed On:  
3/9/2012 3:53 PM
Style: Gregg Carl Baird  
v. The State of Texas

Date Appeal Filed: 8/16/2010

Process: cca

Events

| Event Date | Event | Description | DispositionType | Location | EnBanc | SubmissionType | Submission Process |
|---|---|---|---|---|---|---|---|
| 2/2/2012 | MT EXT PDR FLD | ANT | GRANTNFE | | | | |
| *** Remarks: | | | | | | | |
| 3/9/2012 | PDR FLD | ANT | | | | | |
| *** Remarks: | | | | | | | |

Case 4:14-cv-02259  Document 9-3  Filed in TXSD on 10/31/14  Page 5 of 5