**RICHARD E. WETZEL**
ATTORNEY AT LAW
Board Certified in Criminal Law By
The Texas Board of Legal Specialization

1411 West Avenue, Suite 100
Austin, TX 78701
(512) 469-7943

FAX: (512) 474-5594
E-MAIL: wetzel_law@1411west.com

January 28, 2011

Neil Hegefeld
Deputy Clerk
Tenth Court of Appeals
501 Washington Ave., Rm. 415
Waco, TX
76701

Re: Baird v. State, No. 10-10-00297-CR

Dear Deputy Hegefeld:

    I am in receipt of your letter dated January 25, 2011 informing me that my motion to compel the filing of the reporter's record in the above cause has been dismissed. It appears a complete reporter's record in this cause has been neither received nor filed by the Tenth Court of Appeals. Under such circumstances, I am at a loss to understand why the motion to compel was dismissed.

    Your invitation to file an appropriate motion, if any, is perplexing. I filed an appropriate motion to compel the filing of the reporter's record. A missing exhibit is part of the incomplete reporter's record. Tex. R. App. P. 34.6(a)(1) rather clearly provides that exhibits are part of the reporter's record.

    I would appreciate the Court discharging its duty under Tex. R. App. P. 35.3(c) to ensure a complete record on appeal is received and filed so that my client's appeal may proceed.

FILED
TENTH COURT OF APPEALS

FEB 0 1 2011

SHARRI ROESSLER, CLERK

Sincerely,

Richard E. Wetzel
Attorney at Law

cc: Doug Howell