# OFFICE OF THE DISTRICT ATTORNEY



## BRAZOS COUNTY, TEXAS

BILL TURNER
*District Attorney*

MELISSA CARTER
*Victim Assistance Coordinator*

300 E. 26TH STREET
SUITE 310
BRAZOS COUNTY
COURTHOUSE
BRYAN, TEXAS 77803

OFF: 979 / 361-4320
FAX: 979 / 361-4368

August 13, 2012

Honorable Louise Pearson
Clerk of the Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

RE: Gregg Carl Baird v. The State of Texas
Court of Criminal Appeals No. PD-0159-12

Dear Ms. Pearson:

The State is in receipt of the Court's letter dated August 3, 2012, advising that this case is set for submission on September 12, 2012, at 9:00 A.M. The State desires to present oral argument, and the undersigned will appear on behalf of Brazos County.

By copy of this letter, I am forwarding a copy of same to the Attorney for Appellant.

Yours truly,

Jeffrey Garon
Assistant District Attorney
Brazos County, Texas

cc: Richard Wetzel, Attorney for Appellant

SCANNED
(CCA)
AUG 13 2012

FILED IN
COURT OF CRIMINAL APPEALS
AUG 13 2012
Louise Pearson, Clerk

# RICHARD E. WETZEL
ATTORNEY AT LAW

1411 WEST AVENUE, SUITE 100
AUSTIN, TX 78701
(512) 469-7943

Board Certified Criminal Law
And Criminal Appellate Law by
The Texas Board of Legal Specialization

(512) 474-5594 - fax
wetzel_law@1411west.com
www.TexasCriminalAppealsLawyer.com

August 5, 2012

Abel Acosta
Deputy Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin, TX
78711

FILED IN
COURT OF CRIMINAL APPEALS

AUG 08 2012

Louise Pearson, Clerk

Re: Baird v. State, No. PD-0159-12

Dear Mr. Acosta:

The appellant's petition for discretionary review in the above was granted on May 16, 2012. At the same time, the Court granted my request for oral argument. Upon filing appellant's brief on July 2, 2012, I saw no need to request argument again in as much as my request has already been granted.

The cause is set for submission on September 12, 2012. I intend to be present and present argument on behalf of Mr. Baird at submission. Thank you for your attention and cooperation in this matter.

Sincerely,

Richard E. Wetzel
Attorney at Law

cc: Jeff Garon

SCANNED
(CCA)

AUG 08 2012

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CATHY COCHRAN
ELSA ALCALA
JUDGES

COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

LOUISE PEARSON
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

August 03, 2012

William R. Turner
District Attorney Brazos County
300 E 26th Suite 310
Bryan, TX 77803

Richard E. Wetzel
1411 West Ave.
Suite 100
Austin, TX 78701

Re:   BAIRD, GREGG
      Case No. PD-0159-12
      Trial Court No. 09-02494-CRF-272
      COA No.  10-10-00297-CR

Dear Counselors:

The above-styled case is set for submission on **September 12, 2012, at 9:00 AM**. If you wish to present oral argument, the Court must receive your request in writing within ten (10) days from the date of this letter.

Please let us know if you have any questions.

Sincerely,

Louise Pearson
Clerk

By: _____
      Chief Deputy Clerk