CASE NO. 10-10-00297-CR

| | | |
|---|---|---|
| CRAIG BAIRD | § | IN THE COURT OF APPEALS |
| VS. | § | TENTH JUDICIAL DISTRICT |
| THE STATE OF TEXAS | § | OF TEXAS |

### STATE'S MOTION FOR EXTENSION OF TIME
### TO FILE OUT OF TIME STATE'S BRIEF

COMES NOW, the State of Texas, by and through its Assistant District Attorney, Douglas Howell, III, and files this Motion for Extension of Time to File Out of Time State's Brief. The State would show in support of her action that:

1. The case is styled the State of Texas vs. Craig Baird, cause no. 09-02494-CRF-272, out of the 272nd District Court, Brazos County, Texas;

2. Appellant filed Notice of Appeal on August 16, 2010;

3. The clerk's record was filed October 15, 2010. The reporter's record was filed February 7, 2011;

4. Appellant's brief was filed on May 4, 2011;

5. The State's Brief was due on June 3, 2011;

6. The length of time requested is until August 3, 2011;

7. This is the first request for an extension;

8. And as good cause the State's attorney, Douglas Howell, III, would show this Court that this request is made because he has currently filed the following:

- Ex parte Jones, no. 07-05134-CRF-85-B, State's answer filed May 16, 2011.
- Ex parte Jones, no. 07-05134-CRF-85-B, Proposed Findings filed May 18, 2011.
- Amuneke v. State, no. PD-0632-11, State's response filed with the Tenth Court on May 26, 2011.
- Ex parte Jackson, no. 02-00083-CRF-361, State's answer filed May 31, 2011.

FILED
TENTH COURT OF APPEALS

JUN 0 7 2011

SHARRI ROESSLER, CLERK

- Ex parte Alexander, no. 21,126-361-I, State's answer filed June 1, 2011.

The State is also currently working on the following response(s):

- Ex parte Tamala Brown, no. 05-2621-CRF-272-B, State's Answer
- Davis v. State, no. 10-07-00206-CR, PDR response.
- Phillips v. State, no. 10-09-00260-CR, State's brief due June 9, 2011.
- Navarro v. State, no. 10-11-0051-CR, State's brief due June 13, 2011.
- Gross v. State, no. 10-10-00401-CR, State's brief due July 5, 2011.

This request is not made for purposes of delay but so that justice may be served.

Respectfully submitted,

Assistant District Attorney
Brazos County, Texas
300 East 26th Street, Suite 310
Bryan, Texas 77803
(979) 361-4320
State Bar No. 10098100

## CERTIFICATE OF SERVICE

I, Douglas Howell, III, do hereby certify that a true and correct copy of the above and foregoing State's Motion for Extension of Time to File Out of Time Brief was mailed to Richard Wetzel, Attorney for Appellant, 1411 West Avenue, Suite 100, Austin, TX 78701 on this the ___ day of June, 2011.

Assistant District Attorney