**RICHARD E. WETZEL**
ATTORNEY AT LAW

1411 WEST AVENUE, SUITE 100
AUSTIN, TX 78701
(512) 469-7943

Board Certified Criminal Law
And Criminal Appellate Law by
The Texas Board of Legal Specialization

(512) 474-5594 - fax
wetzel_law @1411west.com
www.TexasCriminalAppealsLawyer.com

August 5, 2012

Abel Acosta
Deputy Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin, TX
78711

FILED IN
COURT OF CRIMINAL APPEALS

AUG 08 2012

Louise Pearson, Clerk

Re: Baird v. State, No. PD-0159-12

Dear Mr. Acosta:

The appellant's petition for discretionary review in the above was granted on May 16, 2012. At the same time, the Court granted my request for oral argument. Upon filing appellant's brief on July 2, 2012, I saw no need to request argument again in as much as my request has already been granted.

The cause is set for submission on September 12, 2012. I intend to be present and present argument on behalf of Mr. Baird at submission. Thank you for your attention and cooperation in this matter.

Sincerely,

Richard E. Wetzel
Attorney at Law

cc: Jeff Garon

SCANNED
(CCA)
AUG 08 2012

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 07 2012
Louise Pearson, Clerk