Thursday, February 02, 2012

10th Court of Appeals Clerk
MCLENNAN COUNTY
COURTHOUSE
501 WASHINGTON AVE., RM 415
Waco, TX 76701

District Attorney Brazos County
William R. Turner
300 E 26TH SUITE 310
Bryan, TX 77803

Richard E. Wetzel
1411 West Ave.
Suite 100
Austin, TX 78701

RE:   Case No.   PD-0159-12 Trial Court Case No.
      COA No.    10-10-00297-CR

Style: BAIRD, GREGG CARL

Dear Counsel:

The appellant's motion for extension of time has been granted. The time to file the petition has been extended to Monday, March 12, 2012.

NO FURTHER EXTENSIONS WILL BE ENTERTAINED.

NOTE: The Petition for Discretionary Review must be filed with the Court of Criminal Appeals.

Sincerely yours,

Louise Pearson, Clerk

By: _____
    Deputy

No. PD - _____ -12

# IN THE TEXAS COURT OF CRIMINAL APPEALS
## AT AUSTIN

**GREGG CARL BAIRD, Appellant**

*v.*

**THE STATE OF TEXAS**

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM COURT OF APPEALS CAUSE NO. 10-10-00297-CR

**TO THE HONORABLE JUDGES OF THE TEXAS COURT OF CRIMINAL APPEALS:**

Comes now, Gregg Carl Baird, appellant in the above styled and numbered cause and files this Appellant's Motion for Extension of Time to File Appellant's Petition for Discretionary Review and would show the following:

### I.

Appellant intends to file a Petition for Discretionary Review from the decision by the Tenth Court of Appeals in Cause No. 10-10-00297-CR styled Gregg Carl Baird v. The State of Texas. The opinion was delivered on January 11, 2012.

### II.

The deadline for filing Appellant's Petition for Discretionary Review is

FILED IN
COURT OF CRIMINAL APPEALS

FEB 2 - 2012

Louise Pearson, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 2 - 2012

Louise Pearson, Clerk

February 10, 2012.

### III.

Appellant seeks a thirty (30) day extension in which to file his Petition for Discretionary Review, up to and including, March 12, 2012.

### IV.

This request is based on the following facts which prevent counsel for appellant from preparing the petition for discretionary review by the current deadline:

On January 11, 2012 counsel appeared in the 70th District Court of Ector County on a post conviction matter in State of Texas v. Jesus Navarrette. Counsel filed a brief in John Niess v. State of Texas in the Third Court of Appeals on January 13, 2012. Counsel presented oral argument in Justin Tyler Davis v. State of Texas in the Tenth Court of Appeals on January 23, 2012. Counsel filed a brief in Edmond Tausch v. State of Texas in the Third Court of Appeals on January 30, 2012. Counsel filed a brief in Robert Young v. State of Texas in the Seventh Court of Appeals on January 30, 2012. Counsel appeared in the 345th District Court of Travis County in an administrative appeal in David Neuman v. DPS on February 1, 2012.

Counsel was retained to represent appellant on petition for discretionary review on January 30, 2012. Counsel will not have an adequate opportunity to review the record, review the briefs, review the opinion, conduct legal research, and prepare the

petition for discretionary review by the current deadline of February 10, 2012.

## V.

No previous extensions have been sought or granted to file appellant's petition for discretionary review.

## PRAYER

Appellant requests this Court grant the motion and extend the time to file his petition for discretionary review by 30 days, up to and including, March 12, 2012.

Respectfully submitted,

_____
Richard E. Wetzel
State Bar No. 21236300

1411 West Avenue, Suite 100
Austin, Texas 78701

(512) 469-7943
(512) 474-5594 - facsimile

Attorney for Appellant
Gregg Carl Baird

## CERTIFICATE OF SERVICE

This is to certify a true and correct copy of this Motion for Extension of Time to File Appellant's Petition for Discretionary Review was mailed to Counsel for the State of Texas, Jeff Garon, Assistant District Attorney, 300 E. 26th Street, Suite 310, Bryan, Texas, 77803, on this the 2nd day of February, 2012.

_____
Richard E. Wetzel