ATTORNEY GENERAL OF TEXAS

GREG ABBOTT

October 31, 2014

<u>VIA ELECTRONIC MAIL</u>
Clerk, United States District Court
Southern District, Houston Division
515 Rusk Street, Room 5300
Houston, TX 77002

Re:   *Gregg Carl Baird v. William Stephens, Director*
      **Civil Action No. H-14-2259**

Dear Clerk:

Attached please find State Court Records in the above-referenced cause, which are being electronically filed to the court.   Thank you for your kind assistance in this matter.

Sincerely,


<u>s/ Jon R. Meador</u>
JON R. MEADOR
Assistant Attorney General
Criminal Appeals Division
(512) 936-1400

JRM/cak
Enclosures