FILED
At ___10___ o'clock ___ M
AUG 0 3 2010
MARC HAMLIN, DIST CLERK
Brazos County, Texas
By _____ , Deputy

No. 09-02494-CRF-272

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | OF BRAZOS COUNTY |
| | § | |
| GREGG BAIRD | § | 272nd JUDICIAL DISTRICT |

## DEFENDANT-APPELLANT'S REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW ON DENIED MOTION TO SUPPRESS EVIDENCE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Gregg Baird, Defendant-Appellant in the above styled and numbered cause and files this request for findings of fact and conclusions of law on any denied motion to suppress evidence and would show this honorable Court the following:

### I.

Defendant-Appellant was convicted of ten counts of possession of child pornography. The sentences were imposed in open court on July 29, 2010. Timely notice of appeal to the Tenth Court of Appeals is being filed simultaneously with this motion.

### II.

On February 26, 2010 the trial court denied a motion to suppress evidence filed by defendant-appellant.

## III.

As the non-prevailing party on the motion to suppress, defendant-appellant hereby files his request for the trial court to make findings of fact and conclusions of law adequate to provide an appellate court with a basis upon which to review the trial court's application of the law to the facts upon denying the motion to suppress.

The requirement to make such findings and conclusions upon request of the non-prevailing party is recognized in State v. Cullen, 195 S.W.3d 696, 699 (Tex.Crim.App. 2006). Upon request of the non-prevailing party, a trial court has twenty days to enter findings and conclusions. Cullen, 195 S.W.3d at 699. The failure to enter requested findings and conclusions will result in abatement by the appellate court to the trial court for entry of the findings and conclusions. Blocker v. State, 231 S.W.3d 595, 598 (Tex. App. – Waco 2007, no pet.).

WHEREFORE, PREMISES CONSIDERED, defendant-appellant respectfully requests the entry of written findings and conclusions on any motion to suppress evidence denied by the trial court in the litigation of the above styled and numbered cause. Defendant-appellant further requests that such findings and conclusions be filed with the clerk among the papers of the cause.

Respectfully submitted,

Richard E. Wetzel
State Bar No. 21236300

1411 West Ave., Suite 100
Austin, Texas 78701

(512) 469-7943
(512) 474-5594

Attorney for Appellant
Gregg Baird

## CERTIFICATE OF SERVICE

This is to certify a true and correct copy of this pleading was mailed to Counsel for the State of Texas, Shane Phelps, Assistant District Attorney, 300 E. 26th Street, Ste. 310, Bryan, Texas, 77803, on this the 2nd day of August, 2010.

Richard E. Wetzel

NO. 09-02492-CRF-272
NO. 09-02493-CRF-272
NO. 09-02494-CRF-272
NO. 09-02495-CRF-272
NO. 09-02496-CRF-272
NO. 09-02497-CRF-272
NO. 09-02498-CRF-272



| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | BRAZOS COUNTY, TEXAS |
| | § | |
| GREGG BAIRD | § | 272ND JUDICIAL DISTRICT |

## DEFENDANT'S OBJECTION TO FINDINGS OF FACT AND CONCLUSIONS OF LAW

To the findings of fact three (3), Dawn Killian's testimony was not consistently credible as can be seen in page thirty-five (35) of the preliminary transcript where the State's expert admits that she had to change the setting in the computer so that she could see thumbnail images of what was child pornography. Furthermore, on page forty (40) of the preliminary transcript her claim that she dragged music onto the computer was, according to the State's own expert, not supported by the evidence. Furthermore, the State's own expert indicated that there was no music deleted off of the computer that night. This would completely undermine the testimony of Dawn Killian.

No objection to five (5).

No objection to six (6).

No objection to seven (7).

No objection to eight (8).

No objection to nine (9).

To the findings of fact ten (10), Gregg Baird placing a limitation or restriction on Dawn Killian's access to his computer, nor did he give her permission to utilize that computer.



CASE No. 09-02494-CRF-272   COUNT ONE
INCIDENT No./TRN: 9127679136

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 272ND DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| GREGG BAIRD | § | BRAZOS COUNTY, TEXAS |
| | § | |
| STATE ID No.: TX04840330 | § | |

*FILED* stamp: DC FILED At ___ o'clock ___ M  AUG 1 8 2010  MARC HAMLIN, DIST CLERK Brazos County, Texas BY ___ Deputy

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. TRAVIS BRYAN, III | Date Judgment Entered: | 7/29/2010 |
| Attorney for State: | SHANE PHELPS AND RAY THOMAS | Attorney for Defendant: | JIM JAMES |

Offense for which Defendant Convicted:
**POSSESSION OF CHILD PORNOGRAPHY**

| Charging Instrument: | Statute for Offense: |
|---|---|
| **INDICTMENT** | **43.26(a) Penal Code** |

Date of Offense:
**5/13/2009**

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| **3RD DEGREE FELONY** | **GUILTY** | **N/A** |

Terms of Plea Bargain:
**NONE-OPEN PLEA TO COURT**

| Plea to 1st Enhancement Paragraph: | N/A | Plea to 2nd Enhancement/Habitual Paragraph: | N/A |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | N/A | Findings on 2nd Enhancement/Habitual Paragraph: | N/A |

| Date Sentence Imposed: | 7/29/2010 | Date Sentence to Commence: | 7/29/2010 |
|---|---|---|---|

| Punishment and Place of Confinement: | **TEN(10) YEARS INSTITUTIONAL DIVISION, TDCJ** |
|---|---|

THIS SENTENCE SHALL RUN **CONCURRENTLY WITH COUNTS 4-10 OF THIS CAUSE NUMBER. COUNT TWO TO RUN CONSECUTIVELY TO COUNT ONE (see Count Two Judgment). COUNT THREE TO RUN CONSECUTIVELY TO COUNT TWO (See Count Three Judgment).**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** .

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ 0.00 | $ | $ | ☐ VICTIM (see below)   ☐ AGENCY/AGENT (see below) |

Sex Offender Registration Requirements apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was N/A .

| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. | | |
|---|---|---|---|
| | From **6/11/2009** to **6/18/2009** | From **7/29/2010** to **7/29/2010** | From    to |
| Time Credited: | From    to | From    to | From    to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. | | |

DAYS  NOTES: N/A

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Brazos County, Texas. The State appeared by her District Attorney.

Counsel / Waiver of Counsel (select one)

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and



entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options  (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Brazos County Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Brazos County, Texas on the date the sentence is to commence. Defendant shall be confined in the **Brazos County Jail** for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Brazos County Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the **Brazos County District Clerk.** Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence  (select one)

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

The Court FINDS that, with the consent of the State's attorney, Defendant admitted guilt as to the following unadjudicated offense(s), and the Court agreed to take the unadjudicated offense(s) into account in determining the sentence for the offense of which Defendant was adjudged guilty. Accordingly, the Court FINDS prosecution is barred for the following unadjudicated offense(s): Possession of Child Pornography, Cause No. 09-02494-CRF-272 Counts 11-13; Possession of Child Pornography, Cause No. 09-02492-CRF-272 Counts 1-4; Possession of Child Pornography, Cause No. 09-02493-CRF-272 Counts 1-3; Possession of Child Pornography, Cause No. 09-02495-CRF-272 Counts 1-20; Possession of Child Pornography, Cause No. 09-02496-CRF-272 Counts 1-20; Possession of Child Pornography, Cause No. 09-02497-CRF-272 Counts 1-20; Possession of Child Pornography, Cause No. 09-02498-CRF-272 Counts 1-20. TEX. PENAL CODE §12.45.

Signed and entered on the ___6___ day of ___Aug___, 2010

X _____
JUDGE PRESIDING



CASE No. 09-02494-CRF-272   COUNT TWO
INCIDENT No./TRN: 9127679136

FILED
DC At _____ o'clock ___ M
AUG 1 8 2010
MRG, HAMLIN, DIST CLERK
By _____ Deputy

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 272ND DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| GREGG BAIRD | § | BRAZOS COUNTY, TEXAS |
| | § | |
| STATE ID No.: TX04840330 | § | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| Judge Presiding: | HON. TRAVIS BRYAN, III | Date Judgment Entered: | 7/29/2010 |
|---|---|---|---|
| Attorney for State: | SHANE PHELPS AND RAY THOMAS | Attorney for Defendant: | JIM JAMES |

Offense for which Defendant Convicted:
**POSSESSION OF CHILD PORNOGRAPHY**

| Charging Instrument: | | Statute for Offense: | |
|---|---|---|---|
| INDICTMENT | | 43.26(a) Penal Code | |

Date of Offense:
**5/13/2009**

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| 3RD DEGREE FELONY | GUILTY | N/A |

Terms of Plea Bargain:
**NONE-OPEN PLEA TO COURT**

| Plea to 1st Enhancement Paragraph: | N/A | Plea to 2nd Enhancement/Habitual Paragraph: | N/A |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | N/A | Findings on 2nd Enhancement/Habitual Paragraph: | N/A |

| Date Sentence Imposed: | 7/29/2010 | Date Sentence to Commence: | 7/29/2010 |
|---|---|---|---|

| Punishment and Place of Confinement: | FIVE(5) YEARS INSTITUTIONAL DIVISION, TDCJ |
|---|---|

THIS SENTENCE SHALL RUN **CONSECUTIVELY (see below)**.

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A .

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ 0.00 | $ | $ | ☐ VICTIM (see below) ☐ AGENCY/AGENT (see below) |

Sex Offender Registration Requirements apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was _____.

| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
|---|---|
| Time Credited: | From 6/11/2009 to 6/18/2009    From 7/29/2010 to 7/29/2010    From    to |
| | From    to    From    to    From    to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |
| | DAYS  NOTES: N/A |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Brazos County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel  (select one)**
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

baird,g09-02494-crfct2 **Page 123**         Page 1 of 2



FILED
At _____ o'clock ___ P ___ M

AUG 1 8 2010

MARC HAMLIN, DIST CLERK
Brazos County Texas
By _____ Deputy

CASE No. 09-02494-CRF-272   COUNT THREE
INCIDENT No./TRN: 9127679136

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 272ND DISTRICT |
| | § | |
| v. | § | COURT |
| | § | |
| GREGG BAIRD | § | BRAZOS COUNTY, TEXAS |
| | § | |
| STATE ID No.: TX04840330 | § | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. TRAVIS BRYAN, III | Date Judgment Entered: | 7/29/2010 |
| Attorney for State: | SHANE PHELPS AND RAY THOMAS | Attorney for Defendant: | JIM JAMES |

Offense for which Defendant Convicted:
**POSSESSION OF CHILD PORNOGRAPHY**

| Charging Instrument: | Statute for Offense: |
|---|---|
| **INDICTMENT** | **43.26(a) Penal Code** |

Date of Offense:
**5/13/2009**

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| **3RD DEGREE FELONY** | **GUILTY** | **N/A** |

Terms of Plea Bargain:
**NONE-OPEN PLEA TO COURT**

| Plea to 1st Enhancement Paragraph: | N/A | Plea to 2nd Enhancement/Habitual Paragraph: | N/A |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | N/A | Findings on 2nd Enhancement/Habitual Paragraph: | N/A |

| Date Sentence Imposed: | 7/29/2010 | Date Sentence to Commence: | 7/29/2010 |
|---|---|---|---|

| Punishment and Place of Confinement: | **TEN(10) YEARS INSTITUTIONAL DIVISION, TDCJ** |
|---|---|

THIS SENTENCE SHALL RUN **CONSECUTIVELY (see below).**

☒ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **TEN(10) YEARS.**

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| **$ 0.00** | $ | $ | ☐ VICTIM (see below)   ☐ AGENCY/AGENT (see below) |

Sex Offender Registration Requirements apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

| Time Credited: | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. | | | |
|---|---|---|---|---|
| | From 6/11/2009 to 6/18/2009 | From 7/29/2010 to 7/29/2010 | From   to | |
| | From   to | From   to | From   to | |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. | | | |
| | **DAYS NOTES: N/A** | | | |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Brazos County, Texas. The State appeared by her District Attorney.
**Counsel / Waiver of Counsel (select one)**
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.
Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above.
The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and

entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

The Court FINDS Defendant committed the above offense and **ORDERS, ADJUDGES AND DECREES** that Defendant is **GUILTY** of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options  (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Brazos County Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Brazos County, Texas on the date the sentence is to commence. Defendant shall be confined in the Brazos County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Brazos County Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a **FINE ONLY.** The Court ORDERS Defendant to proceed immediately to the Office of the **Brazos County District Clerk.** Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence  (select one)

☐ The Court ORDERS Defendant's sentence EXECUTED.

☒ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

The Court ORDERS that the sentence in this conviction shall run consecutively and shall begin only when the judgment and sentence in the following case has ceased to operate: 09-02494-CRF-272 COUNT TWO. TEX. CODE CRIM. PROC. art. 42.01 § 1(19).

Signed and entered on the _6_ day of _Aug_, 2010

X _____

JUDGE PRESIDING

CASE NO. 09-02494-CRF-272    COUNT FOUR
INCIDENT NO./TRN: 9127679136

FILED
DC
At _____ o'clock _____ P M
AUG 1 8 2010
MARC HAMLIN, DIST CLERK
Brazos County
By _____ Deputy

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 272ND DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| GREGG BAIRD | § | BRAZOS COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX04840330 | § | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. TRAVIS BRYAN, III | Date Judgment Entered: | 7/29/2010 |
| Attorney for State: | SHANE PHELPS AND RAY THOMAS | Attorney for Defendant: | JIM JAMES |

Offense for which Defendant Convicted:
**POSSESSION OF CHILD PORNOGRAPHY**

| Charging Instrument: | | Statute for Offense: | |
|---|---|---|---|
| **INDICTMENT** | | **43.26(a) Penal Code** | |

Date of Offense:
**5/13/2009**

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| **3RD DEGREE FELONY** | **GUILTY** | **N/A** |

Terms of Plea Bargain:
**NONE-OPEN PLEA TO COURT**

| Plea to 1st Enhancement Paragraph: | **N/A** | Plea to 2nd Enhancement/Habitual Paragraph: | **N/A** |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | **N/A** | Findings on 2nd Enhancement/Habitual Paragraph: | **N/A** |

| Date Sentence Imposed: | 7/29/2010 | Date Sentence to Commence: | 7/29/2010 |
|---|---|---|---|

| Punishment and Place of Confinement: | **TEN(10) YEARS INSTITUTIONAL DIVISION, TDCJ** |
|---|---|

THIS SENTENCE SHALL RUN **CONCURRENTLY WITH COUNT ONE OF THIS CAUSE NUMBER.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** YEARS.

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ 0.00 | $ | $ | ☐ VICTIM (see below)   ☐ AGENCY/AGENT (see below) |

**Sex Offender Registration Requirements apply to the Defendant.** TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

| Time Credited: | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. | | | |
|---|---|---|---|---|
| | From 6/11/2009 to 6/18/2009 | From 7/29/2010 to 7/29/2010 | From    to | |
| | From    to | From    to | From    to | |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below, | | | |
| | DAYS   NOTES: N/A | | | |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in **Brazos** County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel** (select one)
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

baird.g09-02494-crfc4 **Page 127**                    Page 1 of 2



The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense.  The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above.  The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

**Punishment Options (select one)**

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Brazos County Collections Department.  Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Brazos County, Texas on the date the sentence is to commence.  Defendant shall be confined in the **Brazos County Jail** for the period indicated above.  The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Brazos County Collections Department.  Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a **FINE ONLY.** The Court ORDERS Defendant to proceed immediately to the Office of the **Brazos County District Clerk.**  Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

**Execution / Suspension of Sentence  (select one)**

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision.  The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

## Furthermore, the following special findings or orders apply:

Signed and entered on the ⟨C⟩ day of _____, 2010

JUDGE PRESIDING



CASE NO. 09-02494-CRF-272    COUNT FIVE
INCIDENT NO./TRN: 9127679136

FILED
DC _____ M
At _____ o'clock ____
AUG 1 8 2010
MARC HAMLIN, DIST CLERK
_____ Co _____
By _____ Deputy

| | | |
|---|---|---|
| THE STATE OF TEXAS | § § § | IN THE 272ND DISTRICT |
| v. | § § | COURT |
| GREGG BAIRD | § § | BRAZOS COUNTY, TEXAS |
| STATE ID NO.: TX04840330 | § | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| Judge Presiding: | HON. TRAVIS BRYAN, III | Date Judgment Entered: | 7/29/2010 |
|---|---|---|---|
| Attorney for State: | SHANE PHELPS AND RAY THOMAS | Attorney for Defendant: | JIM JAMES |

Offense for which Defendant Convicted:
**POSSESSION OF CHILD PORNOGRAPHY**

| Charging Instrument: **INDICTMENT** | Statute for Offense: **43.26(a) Penal Code** |
|---|---|

Date of Offense:
**5/13/2009**

| Degree of Offense: **3RD DEGREE FELONY** | Plea to Offense: **GUILTY** | Findings on Deadly Weapon: **N/A** |
|---|---|---|

Terms of Plea Bargain:
**NONE-OPEN PLEA TO COURT**

| Plea to 1st Enhancement Paragraph: **N/A** | Plea to 2nd Enhancement/Habitual Paragraph: **N/A** |
|---|---|
| Findings on 1st Enhancement Paragraph: **N/A** | Findings on 2nd Enhancement/Habitual Paragraph: **N/A** |

| Date Sentence Imposed: **7/29/2010** | Date Sentence to Commence: **7/29/2010** |
|---|---|

| Punishment and Place of Confinement: | **TEN(10) YEARS INSTITUTIONAL DIVISION, TDCJ** |
|---|---|

**THIS SENTENCE SHALL RUN CONCURRENTLY WITH COUNT ONE OF THIS CAUSE NUMBER.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** YEARS.

| Fine: **$ 0.00** | Court Costs: **$** | Restitution: **$** | Restitution Payable to: ☐ VICTIM (see below) ☐ AGENCY/AGENT (see below) |
|---|---|---|---|

Sex Offender Registration Requirements apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. | | |
|---|---|---|---|
| Time Credited: | From 6/11/2009 to 6/18/2009 | From 7/29/2010 to 7/29/2010 | From to |
| | From to | From to | From to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. | | |

**DAYS** NOTES: N/A

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Brazos County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

baird.g09-02494-crf- **Page 129**                    Page 1 of 2



The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

**Punishment Options  (select one)**

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the Director, **Institutional Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Brazos County Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Brazos County, Texas on the date the sentence is to commence. Defendant shall be confined in the Brazos County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Brazos County Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the **Brazos County District Clerk.** Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

**Execution / Suspension of Sentence  (select one)**

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

**Furthermore, the following special findings or orders apply:**

Signed and entered on the ⌐6⌐ day of ⌐Aug⌐, 2010

X _____

JUDGE PRESIDING



CASE No. 09-02494-CRF-272   COUNT SIX
INCIDENT No./TRN: 9127679136

FILED
DC
At _____ o'clock ___ __M
AUG 1 8 2010
MARC HAMLIN, DIST CLERK
By _____ Deputy
Brazos County, Texas

| THE STATE OF TEXAS | § | IN THE 272ND DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| GREGG BAIRD | § | BRAZOS COUNTY, TEXAS |
| | § | |
| STATE ID No.: TX04840330 | § | |

# JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| Judge Presiding: | HON. TRAVIS BRYAN, III | Date Judgment Entered: | 7/29/2010 |
|---|---|---|---|
| Attorney for State: | SHANE PHELPS AND RAY THOMAS | Attorney for Defendant: | JIM JAMES |

Offense for which Defendant Convicted:
**POSSESSION OF CHILD PORNOGRAPHY**

| Charging Instrument: | Statute for Offense: |
|---|---|
| **INDICTMENT** | **43.26(a) Penal Code** |

Date of Offense:
**5/13/2009**

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| **3RD DEGREE FELONY** | **GUILTY** | **N/A** |

Terms of Plea Bargain:
**NONE-OPEN PLEA TO COURT**

| Plea to 1st Enhancement Paragraph: | **N/A** | Plea to 2nd Enhancement/Habitual Paragraph: | **N/A** |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | **N/A** | Findings on 2nd Enhancement/Habitual Paragraph: | **N/A** |

| Date Sentence Imposed: | **7/29/2010** | Date Sentence to Commence: | **7/29/2010** |
|---|---|---|---|

| Punishment and Place of Confinement: | **TEN(10) YEARS INSTITUTIONAL DIVISION, TDCJ** |
|---|---|

THIS SENTENCE SHALL RUN **CONCURRENTLY WITH COUNT ONE OF THIS CAUSE NUMBER.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** YEARS.

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ 0.00 | $ | $ | ☐ VICTIM (see below)  ☐ AGENCY/AGENT (see below) |

Sex Offender Registration Requirements apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
|---|---|
| Time Credited: | From 6/11/2009 to 6/18/2009    From 7/29/2010 to 7/29/2010    From    to |
| | From    to    From    to    From    to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |

**DAYS  NOTES: N/A**

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Brazos County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

baird.g09-02494-crfct4   **Page 131**   Page 1 of 2

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options  (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Brazos County Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Brazos County, Texas on the date the sentence is to commence. Defendant shall be confined in the Brazos County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Brazos County Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the **Brazos County District Clerk.** Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence  (select one)

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

Signed and entered on the ____ day of _____, 2010

X _____
JUDGE PRESIDING

baird,g09-02494-crfct4  **Page 132**

Page 2 of 2

CASE NO. 09-02494-CRF-272     COUNT SEVEN
INCIDENT NO./TRN: 9127679136

DC ☐   FILED
At ___ o'clock ___

AUG 1 8 2010

MARC HAMLIN, DIST. CLERK
by ___ Dep.

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 272ND DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| GREGG BAIRD | § | BRAZOS COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX04840330 | § | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| Judge Presiding: | HON. **TRAVIS BRYAN, III** | Date Judgment Entered: | **7/29/2010** |
|---|---|---|---|
| Attorney for State: | **SHANE PHELPS AND RAY THOMAS** | Attorney for Defendant: | **JIM JAMES** |

Offense for which Defendant Convicted:
**POSSESSION OF CHILD PORNOGRAPHY**

| Charging Instrument: | | Statute for Offense: | |
|---|---|---|---|
| **INDICTMENT** | | **43.26(a) Penal Code** | |

Date of Offense:
**5/13/2009**

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| **3RD DEGREE FELONY** | **GUILTY** | **N/A** |

Terms of Plea Bargain:
**NONE-OPEN PLEA TO COURT**

| Plea to 1st Enhancement Paragraph: | **N/A** | Plea to 2nd Enhancement/Habitual Paragraph: | **N/A** |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | **N/A** | Findings on 2nd Enhancement/Habitual Paragraph: | **N/A** |

| Date Sentence Imposed: | **7/29/2010** | Date Sentence to Commence: | **7/29/2010** |
|---|---|---|---|

| Punishment and Place of Confinement: | **TEN(10) YEARS INSTITUTIONAL DIVISION, TDCJ** |
|---|---|

THIS SENTENCE SHALL RUN **CONCURRENTLY WITH COUNT ONE OF THIS CAUSE NUMBER.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** YEARS.

| Fine: | Court Costs: | Restitution: | Restitution Payable to: | |
|---|---|---|---|---|
| **$ 0.00** | $ | $ | ☐ VICTIM (see below) | ☐ AGENCY/AGENT (see below) |

Sex Offender Registration Requirements apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
|---|---|
| Time Credited: | From 6/11/2009 to 6/18/2009    From 7/29/2010 to 7/29/2010    From    to |
| | From    to    From    to    From    to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |
| | DAYS  NOTES: N/A |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in **Brazos** County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel  (select one)**

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

CASE NO. 09-02494-CRF-272   COUNT EIGHT
INCIDENT NO./TRN: 9127679136

FILED
DC [ ] o'clock___P
AL [ ]
AUG 1 8 2010
MARC HAMLIN, DIST CLERK
BRAZOS COUNTY, TEXAS
By_____ Dep

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 272ND DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| GREGG BAIRD | § | BRAZOS COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX04840330 | § | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. TRAVIS BRYAN, III | Date Judgment Entered: | 7/29/2010 |
| Attorney for State: | SHANE PHELPS AND RAY THOMAS | Attorney for Defendant: | JIM JAMES |

Offense for which Defendant Convicted:
**POSSESSION OF CHILD PORNOGRAPHY**

| Charging Instrument: | Statute for Offense: |
|---|---|
| **INDICTMENT** | **43.26(a) Penal Code** |

Date of Offense:
**5/13/2009**

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| **3RD DEGREE FELONY** | **GUILTY** | **N/A** |

Terms of Plea Bargain:
**NONE-OPEN PLEA TO COURT**

| Plea to 1st Enhancement Paragraph: | N/A | Plea to 2nd Enhancement/Habitual Paragraph: | N/A |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | N/A | Findings on 2nd Enhancement/Habitual Paragraph: | N/A |

| Date Sentence Imposed: | 7/29/2010 | Date Sentence to Commence: | 7/29/2010 |
|---|---|---|---|

| Punishment and Place of Confinement: | **TEN(10) YEARS INSTITUTIONAL DIVISION, TDCJ** |
|---|---|

**THIS SENTENCE SHALL RUN CONCURRENTLY WITH COUNT ONE OF THIS CAUSE NUMBER.**

[ ] SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A YEARS.

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| **$ 0.00** | $ | $ | [ ] VICTIM (see below)   [ ] AGENCY/AGENT (see below) |

Sex Offender Registration Requirements apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order.

| Time Credited: | From 6/11/2009 to 6/18/2009 | From 7/29/2010 to 7/29/2010 | From to |
|---|---|---|---|
| | From to | From to | From to |

If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below.

**DAYS   NOTES: N/A**

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Brazos County, Texas. The State appeared by her District Attorney.

Counsel / Waiver of Counsel  (select one)

[X] Defendant appeared in person with Counsel.
[ ] Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options  (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Brazos County Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Brazos County, Texas on the date the sentence is to commence. Defendant shall be confined in the **Brazos** County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Brazos County Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the **Brazos County District Clerk.** Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence  (select one)

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

## Furthermore, the following special findings or orders apply:

Signed and entered on the _____ 6 _____ day of _____ Aug _____, 2010

_____
JUDGE PRESIDING

CASE No. 09-02494-CRF-272    COUNT NINE
INCIDENT NO./TRN: 9127679136

FILED
DC
At_____ o'clock____M
AUG 1 8 2010

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 272ND DISTRICT |
| | § | |
| v. | § | COURT |
| | § | |
| GREGG BAIRD | § | BRAZOS COUNTY, TEXAS |
| | § | |
| STATE ID No.: TX04840330 | § | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| | | |
|---|---|---|
| Judge Presiding: | HON. TRAVIS BRYAN, III | Date Judgment Entered: 7/29/2010 |
| Attorney for State: | SHANE PHELPS AND RAY THOMAS | Attorney for Defendant: JIM JAMES |

Offense for which Defendant Convicted:
POSSESSION OF CHILD PORNOGRAPHY

| Charging Instrument: INDICTMENT | Statute for Offense: 43.26(a) Penal Code |
|---|---|

Date of Offense:
5/13/2009

| Degree of Offense: 3RD DEGREE FELONY | Plea to Offense: GUILTY | Findings on Deadly Weapon: N/A |
|---|---|---|

Terms of Plea Bargain:
NONE-OPEN PLEA TO COURT

| Plea to 1st Enhancement Paragraph: N/A | Plea to 2nd Enhancement/Habitual Paragraph: N/A |
|---|---|
| Findings on 1st Enhancement Paragraph: N/A | Findings on 2nd Enhancement/Habitual Paragraph: N/A |

| Date Sentence Imposed: 7/29/2010 | Date Sentence to Commence: 7/29/2010 |
|---|---|

| Punishment and Place of Confinement: | TEN(10) YEARS INSTITUTIONAL DIVISION, TDCJ |
|---|---|

THIS SENTENCE SHALL RUN CONCURRENTLY WITH COUNT ONE OF THIS CAUSE NUMBER.

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A YEARS.

| Fine: $ 0.00 | Court Costs: $ | Restitution: $ | Restitution Payable to: ☐ VICTIM (see below)  ☐ AGENCY/AGENT (see below) |
|---|---|---|---|

Sex Offender Registration Requirements apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62
The age of the victim at the time of the offense was N/A .

| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
|---|---|
| Time Credited: | From 6/11/2009 to 6/18/2009    From 7/29/2010 to 7/29/2010    From     to |
| | From     to    From     to    From     to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |
| | DAYS  NOTES: N/A |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Brazos County, Texas. The State appeared by her District Attorney.

Counsel / Waiver of Counsel (select one)
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

baird.g09-02494-crf-1    **Page 137**    Page 1 of 2

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options  (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Brazos County Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Brazos County, Texas on the date the sentence is to commence. Defendant shall be confined in the Brazos County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Brazos County Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the Brazos County District Clerk. Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence  (select one)

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

Signed and entered on the _____ day of _____, 2010

_____
JUDGE PRESIDING

FILED
DC
At_____ o'clock_____M
AUG 1 8 2010
MARC HAMLIN, DIST CLERK
Brazos County, Texas
By_____ Deputy

CASE NO. 09-02494-CRF-272    COUNT TEN
INCIDENT NO./TRN: 9127679136

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 272ND DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| GREGG BAIRD | § | BRAZOS COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX04840330 | § | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| | | |
|---|---|---|
| Judge Presiding: | HON. TRAVIS BRYAN, III | Date Judgment Entered: 7/29/2010 |
| Attorney for State: | SHANE PHELPS AND RAY THOMAS | Attorney for Defendant: JIM JAMES |

Offense for which Defendant Convicted:
**POSSESSION OF CHILD PORNOGRAPHY**

| Charging Instrument: **INDICTMENT** | Statute for Offense: **43.26(a) Penal Code** |
|---|---|

Date of Offense:
**5/13/2009**

| Degree of Offense: **3RD DEGREE FELONY** | Plea to Offense: **GUILTY** | Findings on Deadly Weapon: **N/A** |
|---|---|---|

Terms of Plea Bargain:
**NONE-OPEN PLEA TO COURT**

| Plea to 1st Enhancement Paragraph: **N/A** | Plea to 2nd Enhancement/Habitual Paragraph: **N/A** |
|---|---|
| Findings on 1st Enhancement Paragraph: **N/A** | Findings on 2nd Enhancement/Habitual Paragraph: **N/A** |

| Date Sentence Imposed: 7/29/2010 | Date Sentence to Commence: 7/29/2010 |
|---|---|

Punishment and Place of Confinement:    **TEN(10) YEARS INSTITUTIONAL DIVISION, TDCJ**

THIS SENTENCE SHALL RUN **CONCURRENTLY WITH COUNT ONE OF THIS CAUSE NUMBER.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** YEARS.

| Fine: $ 0.00 | Court Costs: $ | Restitution: $ | Restitution Payable to: ☐ VICTIM (see below) ☐ AGENCY/AGENT (see below) |
|---|---|---|---|

Sex Offender Registration Requirements apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A**

If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order.

From **6/11/2009** to **6/18/2009**    From **7/29/2010** to **7/29/2010**    From     to

Time Credited:    From    to    From    to    From    to

If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below.

**DAYS   NOTES: N/A**

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Brazos County, Texas. The State appeared by her District Attorney.

Counsel / Waiver of Counsel (select one)
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

baird.g09-02494-crfc    **Page 139**    Page 1 of 2

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options  (select one)

☒ Confinement in State Jail or Institutional Division. The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the Director, Institutional Division, TDCJ. The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Brazos County Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ County Jail—Confinement / Confinement in Lieu of Payment. The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Brazos County, Texas on the date the sentence is to commence. Defendant shall be confined in the Brazos County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Brazos County Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ Fine Only Payment. The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the Brazos County District Clerk. Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence  (select one)

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

Signed and entered on the ___6___ day of _____, 2010

_____
JUDGE PRESIDING

**Subject:** State vs. Gregg Baird; 09-02494-CRF-272 etc.
**From:** Lisa L Parker <lparker@co.brazos.tx.us>
**Date:** Wed, 04 Aug 2010 14:00:28 -0500
**To:** Denise MacKay <denise_mackay@prodigy.net>
**BCC:** "tbb >> Travis Bryan" <tbbryaniii@hotmail.com>

Denise --

After reading Mr. Wetzel's letter, it appears that he intended for you to forward his letter to the other reporters. Consequently, I am attaching a scanned image of his letter for you to use in sending his letter to the other reporters. I know you have Kaetheryne's e-mail address but here are the other two e-mail addresses in case you need them:

Carolyn White: whitetex@verizon.net

Susan Rainwater: rainwater.reporter@gmail.com
Susan's mailing address is: 3708 E. 29th St. PMB 137, Bryan, Texas 77802-3901
Phone: (979) 209-4201

I ask that you comply with Mr. Wetzel's request to forward these to the other reporters. If you need any further information or assistance in this matter, please let me know.

Thank you
Lisa


--
Lisa Parker
Court Coordinator, 272nd District Court
Brazos County, Texas
Telephone: (979) 361-4219
Facsimile: (979) 361-4517

**Wetzel letter - Gregg Baird.pdf**   **Content-Type:**   application/x-unknown-application-octet-stream
                          **Content-Encoding:** base64

No. <u>09-02494-CRF-272</u> - Count 1

| | |
|---|---|
| THE STATE OF TEXAS | § IN THE 272ND DISTRICT COURT |
| Vs. | § |
| | § OF |
| BAIRD, GREGG CARL | § |
| | § BRAZOS COUNTY, TEXAS |

## COMMITMENT/RELEASE ORDER

FILED
At 1 o'clock P M
AUG 1 8 2010
MARC HAMLIN, DIST CLERK
Brazos County, Texas
By _____ Deputy

To:   The Sheriff of Brazos County, Texas

The above named defendant is ordered committed to/released from the custody of the Sheriff of Brazos County, Texas, effective at __4:05__ a.m/p.m. on the __29n__ day of __July 2010__, ~~2009~~ relating to the offense(s) of __POSS OF CHILD PORNOGRAPHY__

___✓___ to serve a term of __ten (10)__ days/months/years
_____ in the Brazos County Jail
___✓___ in the Institutional Division of the Texas Department of Criminal Justice
_____ in a State Jail Facility
_____ as a condition of community supervision
_____ with referral to the State Boot Camp
_____ work release is authorized
_____ each SU M T W Th F Sa from _____ m. until _____ m.
_____ according to the schedule attached
_____ to be held in the Brazos County Jail
_____ without bail, until further order of this Court
_____ until transported to a Substance Abuse Felony Punishment Facility
_____ pending appeal from his conviction of a felony
_____ until sufficient bail is posted in the amount of $ _____
_____ in cash or surety bond form
_____ in personal bond form
_____ upon the attached conditions;   _____ without conditions
_____ to be released from custody on the above charge(s)
___✓___ CREDIT FOR TIME SERVED
___✓___ **UPON RELEASE**, Defendant is to report to the Brazos County District Clerk (Collections) to pay court costs of $ __635.00__
_____ lay-out court costs of $ _____
___✓___ TO RUN CONCURRENT WITH __Counts 4, 5, 6, 7, 8, 9 + 10 of this cause__
___✓___ SPECIAL INSTRUCTIONS: __Cts. 11-13 of this cause, and all counts in 09-02492-CRF, 09-02493-CRF, 09-02495-CRF, 09-02496-CRF, 09-02497-CRF and 09-02498-CRF were__

09-02496-CRF, 09-02497-CRF
12-45'd into
Count 1 of
this cause-

SIGNED this the __29n__ day of __July__, ~~2009~~ 2010

_____
Presiding Judge

This Court Order was
received on
7/29/10
_____
Brazos County
Sheriff's Office

**Page 143**

No. 09-02494-CRF-272 — Count 2

| THE STATE OF TEXAS | § | IN THE 272ND DISTRICT COURT |
| VS. | § | |
| | § | OF |
| BAIRD, GREGG CARL | § | |
| | § | BRAZOS COUNTY, TEXAS |

FILED
DC At _____ o'clock _____ M
AUG 1 8 2010
MARC HAMLIN, DIST CLERK
Brazos County, Texas
By _____ Deputy

## COMMITMENT/RELEASE ORDER

**To:  The Sheriff of Brazos County, Texas**

The above named defendant is ordered committed to/released from the custody of the Sheriff of Brazos County, Texas, effective at 4.05 a.m./p.m. on the 29th day of July, 2010 relating to the offense(s) of POSS OF CHILD PORNOGRAPHY:

_____ to serve a term of Five (5) _____ days/months/years;
_____ in the Brazos County Jail _____ as a condition of community supervision
_____ in the Institutional Division of the Texas Department of Criminal Justice
_____ in a State Jail Facility
_____ work release is authorized
_____ each SU M T W Th F Sa  from _____ m. until _____ m.
_____ according to the schedule _____
_____ to be held in the Brazos County Jail
_____ without bail, until further order of this Court
_____ until transported to a Substance Abuse Felony Punishment Facility
_____ pending appeal from his conviction of a felony
_____ until sufficient bail is posted in the amount of $_____
_____ in cash or surety bond form
_____ in personal bond form
_____ upon the attached conditions;  _____ without conditions
_____ to be released from custody on the above charge(s)
_____ CREDIT FOR TIME SERVED
_____ **UPON RELEASE,** Defendant is to report to the Brazos County District Clerk (Collections) to pay court costs of $635.00 _____; attorney fees of $_____; fine of $_____; restitution of $_____;
_____ lay-out court costs of $_____
_____ TO RUN ~~CONCURRENT~~ WITH Count 1 of 09-02494-CRF-272 Consecutive
_____ SPECIAL INSTRUCTIONS: to run concurrent with Counts 4,5,6,7,8, 9 and 10

SIGNED this the 29th day of July, 2010.

_____
Presiding Judge

This Court Order was received on 7/29/10
Brazos County Sheriff's Office

**Page 144**

CAUSE NO. _09.02494.CRF.272_

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE _272_ DISTRICT COURT |
| | § | ~~COUNTY COURT AT LAW NO. 1/2~~ |
| VS. | § | |
| | § | |
| _Gregg Baird_ | § | OF BRAZOS COUNTY, TEXAS |
| | § | |

[FILED STAMP: DC FILED At ___ o'clock ___ M. AUG 18 2010 MARC HAMLIN DIST CLERK Brazos County Texas By ___]

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, Judge of the trial court, certify this criminal case:

☒ Is not a plea-bargain case, ~as to punishment~ and the defendant has the right of appeal. [*or*]

☒ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial

and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

⊘ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant

has the right of appeal. [ *or* ]

☐ Is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐ The defendant has waived the right of appeal.

_[signature]_      _7-28-10_

_____       _____
Judge                                        Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeal's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

| | |
|---|---|
| | _Rick Wetzel_ |
| _____ | _____ |
| Defendant (if not represented by counsel) | Defendant's Counsel |
| Mailing address: _____ | State Bar of Texas ID number: _21236300_ |
| | Mailing address: _1411 West Ave_ |
| _____ | _Austin, TX 78701_ |
| Telephone number: _____ | Telephone number: _512.469.7543_ |
| Fax number (if any): _____ | Fax number (if any): _512.474.5994_ |

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case – that is, a case in which a defendant's plea was guilty or nolo contendre and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant – a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

**Page 147**

NO. 09-02494-CRF-272
COUNT ONE

| | | |
|---|---|---|
| THE STATE OF TEXAS | X | IN THE 272ND DISTRICT COURT |
| VS. | X | OF |
| Gregg Baird | X | BRAZOS COUNTY, TEXAS |

DC3  RECEIVED
At 3   o'clock   M
MAR 1 1 2010
MARC HAMLIN, DIST CLERK
Brazos County, Texas
By _____ Deputy

## REQUEST TO CONSIDER UNADJUDICATED OFFENSES

I, the undersigned defendant hereby admit my guilt to the following unadjudicated offenses:

| CAUSE # | COURT | COUNTY | CHARGE | PROSECUTOR'S APPROVAL |
|---|---|---|---|---|
| 1. 09-02492-CRF-272 | Cts. 1-4 | Brazos | Poss. Child Porn. x 4 | SPP |
| 2. 09-02493-CRF-272 | Cts. 1-3 | Brazos | Poss. Child Porn. x 3 | |
| 3. 09-02494-CRF-272 | Cts. 11-13 | Brazos | Poss. Child Porn. x 3 | |
| 4. 09-02495-CRF-272 | Cts. 1-20 | Brazos | Poss. Child Porn. x 20 | |
| 5. 09-02496-CRF-272 | Cts. 1-20 | Brazos | Poss. Child Porn. x 20 | |

and request that the court take into account the offenses in determining sentence in the above entitled and numbered cause.

DATE: 3/1/10

_____
DEFENDANT

_____
DEFENDANT'S ATTORNEY

APPROVED BY:

_____
ASST./DISTRICT ATTORNEY

DC  FILED
At _____   o'clock   M
AUG 1 8 2010
MARC HAMLIN, DIST CLERK
Brazos County, Texas
By _____ Deputy

## ORDER BARRING PROSECUTION AND RELEASE FROM CHARGES

On this day, the court having heard the above named defendant admit his guilt to the unadjudicated offenses set forth in the Request to Consider Unadjudicated Offenses and the prosecuting attorney having consented thereto by his signature affixed thereto;

It is hereby ordered, adjudged and decreed that prosecution of the above named defendant for the offenses set forth in the said request is hereby barred in accordance with 12.45 T.P.C. and the defendant is ordered released from the charges enumerated above.

Signed this 29 day of July , 20 10 .

State's Ex No. 3

_____
JUDGE, 272ND DISTRICT COURT

WHITE-CLERK
YELLOW-DISTRICT ATTORNEY
PINK-VICTIM
GOLDENROD-JAIL
COPY TO EACH COURT IN WHICH CASE IS ENUMERATED (in court)

Defendant's Right Thumb. Date: 07-29-10

ST. EX. #3        Def's x    Page 148

NO. 09-02494-CRF-272

COUNT ONE

| | | |
|---|---|---|
| THE STATE OF TEXAS | X | IN THE 272ND DISTRICT COURT |
| VS. | X | OF |
| Gregg Baird | X | BRAZOS COUNTY, TEXAS |

DC 3 RECEIVED
At 3 o'clock P M
MAR 1 1 2010
MARC HAMLIN, DIST CLERK
Brazos County, Texas
By _____ Deputy

### REQUEST TO CONSIDER UNADJUDICATED OFFENSES

I, the undersigned defendant hereby admit my guilt to the following unadjudicated offenses:

| CAUSE # | COURT | COUNTY | CHARGE | PROSECUTOR'S APPROVAL |
|---|---|---|---|---|
| 1. 09-02497-CRF-272 | Cts. 1-20 | Brazos | Poss. Child Porn. x20 | SPP |
| 2. 09-02498-CRF-272 | Cts. 1-20 | Brazos | Poss. Child Porn. x20 | SPP |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

and request that the court take into account the offenses in determining sentence in the above entitled and numbered cause.

DATE: 3/1/10

DEFENDANT

DEFENDANT'S ATTORNEY

FILED
At _____ o'clock _____ M
AUG 1 8 2010
MARC HAMLIN, DIST CLERK
Brazos County, Texas
By _____ Deputy

APPROVED BY:

ASST./DISTRICT ATTORNEY

### ORDER BARRING PROSECUTION AND RELEASE FROM CHARGES

On this day, the court having heard the above named defendant admit his guilt to the unadjudicated offenses set forth in the Request to Consider Unadjudicated Offenses and the prosecuting attorney having consented thereto by his signature affixed thereto;

It is hereby ordered, adjudged and decreed that prosecution of the above named defendant for the offenses set forth in the said request is hereby barred in accordance with 12.45 T.P.C. and the defendant is ordered released from the charges enumerated above.

Signed this 29 day of July, 20 10.

State's Ex No 3 A

JUDGE, 272ND DISTRICT COURT

WHITE-CLERK
YELLOW-DISTRICT ATTORNEY
PINK-VICTIM
GOLDENROD-JAIL
COPY TO EACH COURT IN WHICH CASE IS ENUMERATED (in court)

Defendant's Right Thumb. Date: 07-29-10

Defendant: _____

ST. EX. # 4

Page 149