10-10-00297-CR

Supp **CLERK'S RECORD**

VOLUME 1 OF 1
Trial Court Cause No.  09-02498-CRF-272
In the 272ND DISTRICT COURT
of  BRAZOS County, Texas-
Honorable TRAVIS BRYAN III, Presiding Judge

THE STATE OF TEXAS
VS.
Gregg Carl Baird

Appealed to the 10TH Court of Appeals
for the 272ND DISTRICT COURT
of Bryan, Texas.

Attorney for Appellant(s):
Richard E. Wetzel
1411 WEST AVENUE, SUITE 100
Austin, TX 78701
PHONE NO: 512-469-7943
FAX NO: 512-474-5594
SBOT #: 21236300

Attorney for Appellee:
Danny Smith (Asst. D.A.)
300 E. 26TH ST STE. 310
BRYAN, TEXAS 77803
PHONE NO:(979) 361-4320
FAX NO. (979) 361-4368
SBOT #: 24046867

Delivered to the 10TH Court of Appeals for
the 272ND DISTRICT COURT at ____BRYAN____, Texas on
the _17th_ day of _December_, _2010_ .

Marc Hamlin,
Brazos County District Clerk

*Andria Chavarria*
DEPUTY CLERK

Appellate Court Cause No. _____

Filed in the Court of Appeals for the 10TH District of
Texas, at Houston, Texas on this _____ day of
_____, 2010.

**RECEIVED**

DEC 2 0 2010

COURT OF APPEALS
WACO, TEXAS

_____, Clerk

By: _____, Deputy

FILED
TENTH COURT OF APPEALS

DEC 2 1 2010

SHARRI ROESSLER, CLERK

THE STATE OF TEXAS            §

COUNTY OF BRAZOS             §


In the 272ND DISTRICT COURTof Brazos County, Texas the Honorable TRAVIS BRYAN III Judge Presiding, the following proceedings were held and the following instruments and other papers were filed in this cause to wit:

Trial Court Cause No. 09-02498-CRF-272

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
|---|---|---|
| VS. | § | BRAZOS COUNTY, TEXAS |
| Gregg Carl Baird | § | 272ND DISTRICT COURT |

CAUSE NO. 09-02498-CRF-272

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| VS. | § | BRAZOS COUNTY, TEXAS |
| Gregg Carl Baird | § | 272ND DISTRICT COURT |

## INDEX                                    PAGE

| | | PAGE |
|---|---|---|
| • Exhibit List (Filed Jun. 16, 2010) | ................................ | 1 |
| • State's Exhibit Pre-Trial #1 Search Warrant | ................................ | 2-21 |
| • State's Exhibit Pre-Trial #7A Internet Chats | ................................ | 22-36 |
| • Docket | ................................ | 37 |
| • Clerks Certificate | ................................ | 38 |

Date

Travis Bryan
Judge

Susan Kacunister
Court Reporter

CAUSE NO. 09-02498-CRF-272

State

)(   IN THE 272 COUNTY/DISTRICT

VS. Gregg Baird

)(   JUDICIAL COURT OF

)(   BRAZOS COUNTY, TEXAS

### EXHIBIT  LISTING

| CODE | EXHIBIT NO. | DESCRIPTION | NA | A |
|-------|-------------|-------------|-----|-----|
| State | PT 1 | PC Statement | | ✓ |
| | | | | |
| | P-T 7A | Internet printout | | ✓ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

** CODE INDEX **

PLT = PLAINTIFF'S  EXHIBIT
PET = PETITIONER'S EXHIBIT
ST  = STATE'S EXHIBIT

DEF = DEFENDANT'S EXHIBIT
RES = RESPONDENT'S EXHIBIT

RECEIVED BY: Bethany Ecte

DATE RECEIVED: 6-9-10

DC   FILED
At 8-12 o'clock A M
JUN 1 6 2010
MARC HAMLIN, DIST CLERK
Brazos County, Texas
By _____ Deputy

**Page 1**

S-53-09

THE STATE OF TEXAS

COUNTY OF BRAZOS

THE UNDERSIGNED AFFIANT, BEING A PEACE OFFICER UNDER THE LAWS
OF TEXAS AND BEING DULY SWORN, ON OATH MAKES THE FOLLOWING
STATEMENTS AND ACCUSATIONS:

1. THERE IS IN BRAZOS COUNTY, TEXAS A SUSPECTED PLACE DESCRIBED
   AND LOCATED AS FOLLOWS:

   - 2009 Ravenstone Loop, College Station, Brazos County, Texas further described
     as:
     - o Said suspected place is a single family dwelling. The exterior of the house
       includes red brick, orange stone, white trim. The roof on the residence is
       made of composite shingles. The front door to the said suspected place is
       brown and faces in a southeastern direction. The driveway to the suspected
       place is composed of washed concrete. The mailbox to the suspected place
       is composed of red brick and situated to the left of the driveway at the
       street. The suspected place contains a wooden privacy fence. The
       suspected place contains an alarm sign positioned in the front flower bed
       with the word "Tipping" on the sign. The numbers "2009" are affixed to
       the left of the front door in black with a white background.

   - Said suspected place to also include all outbuildings, storage sheds and curtilage
     of said suspected party.

2. SAID SUSPECTED PLACES ARE IN THE CHARGE OF AND CONTROLLED
   BY THE FOLLOWING NAMED PARTIES, HEREAFTER CALLED
   "SUSPECTED PARTY" WHETHER ONE OR MORE:

Baird, Gregg, white male, DOB 02-11-71, Texas DL# 05696364

3. IT IS THE BELIEF OF AFFIANT , AND HE HEREBY CHARGES AND
   ACCUSES, THAT SAID SUSPECTED PARTY HAS POSSESSION OF AND IS
   CONCEALING AT SAID SUSPECTED PLACE THE FOLLOWING DESCRIBED
   PROPERTY, WHICH CONSTITUTES EVIDENCE OF THE OFFENSE HEREIN
   CHARGED:

   - To take evidentiary photographs of the interior and exterior of the locations
     described herein above;

   - Any and all information whether stored electronically as computer data or on
     paper and all data including text discussing, referring to, or otherwise regarding



This will certify that the above is a true and correct copy of the Search Warrant.

The State of Texas vs. **BAIRD, Gregg** , Search Warrant #**S-53-09**
according to the records of the City of College Station  Municipal Court.  These records are kept in regular course of business and according to law.

Robin Torrez, Court Clerk
City of College Station Municipal Court
College Station, Texas

Subscribed and sworn to before me this 14 day of January, 2010.

Notary Public in and for the State of Texas

WANDA LAPHAM
Notary Public, State of Texas
My Commission Expires
JULY 18, 2012

the exchange of pornography images including images by the names stated above and otherwise, regarding the manufacture of child pornography, or the sexual abuse of children.

- Telephone books, address books, diaries, or other writings tending to identify other child victims.

- To view and seize any videotapes and viewing and recording equipment to determine if they depict children engaged in nude or sexually explicit conduct.

- Any data or images of persons who appear to be under the age of 18, engaged in sexual acts or posed in a manner to elicit sexual response or otherwise engaging in sexual conduct.

- Any data pertaining to obtaining or possessing images of persons who appear to be under the age of 18, engaged in sexual acts or posed in a manner to elicit a sexual response.

- Any data referring to online contacts or correspondences with the subjects under the age of 18 or related to the subject of communicating with children.

- Condoms, lubricants, sex aids, pornographic materials, and devices used for sexual stimulation.

- Computers and any computer programs, software and equipment, including but not limited to storage devices such as diskettes, compact discs and digital video discs, hard drives and thumb drives, flash drives, memory sticks, Ipod's, MP3 players, Video IPods and any other devices that can be used to store or transport any type of computer media, and any means in which to power up, access, view or otherwise make use of those forms of electronic media;

- Digital cameras, film cameras, digital video cameras, film video cameras, web cameras and all other devices used for the capture, taking, storing, transferring, developing, and otherwise manipulating images, including printers and all peripheral equipment associated with such cameras, including undeveloped film.

- Any cellular telephones and other devices that can be used to communicate telephone to telephone or telephone to computer and all peripheral equipment associated with such cellular telephones;

- Any papers or writings associated with online e-mail accounts, online social accounts, internet providers, cellular telephone bills and records, passwords, and screen names;

This will certify that the above is a true and correct copy of the Search Warrant.

The State of Texas vs. **BAIRD, Gregg** , Search Warrant #**S-53-09** according to the records of the City of College Station  Municipal Court.  These records are kept in regular course of business and according to law.

Robin Torrez, Court Clerk
City of College Station Municipal Court
College Station, Texas

Subscribed and sworn to before me this *14* day of *January*, *2010*.

Notary Public in and for the State of Texas

**WANDA LAPHAM**
Notary Public, State of Texas
My Commission Expires
JULY 18, 2012

4.  IT IS THE BELIEF OF THE AFFIANT AND HE HEREBY CHARGES AND
    ACCUSES THAT IN BRAZOS COUNTY TEXAS:  said suspected party committed
    the offense of Possession of Child Pornography.

> then and there intentionally and knowingly possess visual material that visually depicted,
> and which the defendant knew visually depicted a child who was younger than 18 years
> of age at the time the image of the child was made, engaging in sexual conduct, to-wit:
> actual deviate sexual intercourse.

5.  AFFIANT HAS PROBABLE CAUSE FOR THE SAID BELIEF BY REASON OF
    THE FOLLOWING REASON OF THE FOLLOWING FACTS, TO-WIT:

Your Affiant is currently employed as a Detective with the College Station Police Department.
Your Affiant has been assigned to College Station Police Department/Criminal Investigations
Division since 2007, and has investigated numerous types of crimes. Your affiant is a certified
Texas Peace Officer with TCLEOSE with a Master Certification.  Your affiant has been a
peace officer in the State of Texas for over nine years.

Affiant has spoken with other federal agents, peace officers, and investigators with other
law enforcement agencies who are knowledgeable regarding the methods and means used
by individuals who buy, sell, trade, send, and/or receive child pornography via the
Internet and have related their personal knowledge and provided affiant with insights as
to the manner evidence of these crimes are obtained and kept.  Affiant has personally
been involved in numerous investigations into this area of crime.

On May 11, 2009, College Station Police Department Crime Analyst Cabrina Scott
received information from Dawn Killian, that she observed child pornography on a
computer that she had access to, while "pet sitting" at a residence in College Station. She
informed Scott that while on the computer belonging to the person that she was "pet
sitting" for, she discovered several images of child pornography. Scott then informed
Affiant and Detective David Fallwell of what Killian had reported to her. At the time that
Killian first notified Scott of the child pornography that she discovered, she wished to
remain anonymous, but wanted to report her findings.

Killian later contacted Affiant by telephone and briefly discussed this case. At the time,
Killian was requested to gather additional descriptive information about her findings
from what she was able to recall from when she originally found the images. Killian also
expressed that she was going to research the possibility of reporting this incident to the
Federal Bureau of Investigation, in an attempt to keep her identity anonymous.

On May 13, 2009, Killian met with Detective Fallwell and discussed this case more
thoroughly with him. Killian reported that she was house sitting (pet sitting) for Gregg
Baird at his residence located at 2009 Ravenstone Loop, in College Station, Texas, while
Baird was out of the country. Prior to house sitting for Baird, Killian reported that she
had only met Baird twice before. Killian was to house sit for Baird from May 7, 2009 to

This will certify that the above is a true and correct copy of the Search Warrant.

The State of Texas vs. **BAIRD, Gregg** , Search Warrant #**S-53-09**
according to the records of the City of College Station Municipal Court.  These records are kept in regular course of business and according to law.

*Robin Torrez*

Robin Torrez, Court Clerk
City of College Station Municipal Court
College Station, Texas

Subscribed and sworn to before me this 14 day of January, 2010.

*Wanda Lapham*

Notary Public in and for the State of Texas

```
WANDA LAPHAM
Notary Public, State of Texas
My Commission Expires
JULY 18, 2012
```

May 17, 2009, staying at the house during the period of time that Baird was away. Killian reported that she was told that while she was house sitting, she could "help herself to anything" in the house.

Killian reported that she stayed at the house on May 7, 2009 and May 8, 2009. Killian reported that she did not stay at the residence on May 9, 2009 or May 10, 2009, because the roommate, Andrew Martin, had come home. Killian then again stayed at the residence on May 11, 2009, May 12, 2009, and will be staying at the residence on May 13, 2009. Killian reported that she stayed at the residence on those dates, because Martin again had left the residence. Killian also reported that Martin was scheduled to return to the residence on May 14, 2009.

Killian reported that on May 8, 2009, at approximately 20:30, she got onto the computer in the master bedroom of the residence, which Baird reported to be his room. Killian described the computer as a Dell home tower that is silver/gray in color, and on the floor to the right of the desk that is located in that bedroom. She reported that a thumb drive and external hard drive was also plugged into the computer. At the time that Killian got onto the computer, the computer was in sleep mode. At the time Killian "woke" the computer up, because she was going to download two songs that were on CD's, onto her iPhone.

After Killian accessed the computer to load the two songs onto her iPhone, she realized that she had to log onto her iTunes account. ITunes was already logged onto, and Killian did not want to log off the account that was logged into, so she decided to delete the songs that she had already moved to the desktop of the computer. In the process of deleting the songs, Killian accessed the "recent documents" folder of the computer in order to delete the songs from that folder. While accessing the "recent documents" folder, she observed an estimated eight to ten titles in the "recent documents" folder that had "bad" names. Of the names that she could recall being in the "recent documents" folder, she could recall the names "Emo boy sub," and "younger guy sucks older man."

Killian then access the recycle bin on the computer, so she could finish deleting the songs from the computer. When she accessed the recycle bin, she observed an estimated twenty-four to sixty one inch thumbnail images, some of which she believed contained images of child pornography. Killian described a total of four images that she was able to recall seeing. The first image was described as containing a white male, believed to be approximately thirty to fifty years of age, with salt and pepper colored hair and balding. That male was described as being completely naked, lying down with two boys, possibly Asian, between his legs. The boys were also reported to be completely naked. The two boys were believed to be less than ten years of age because they were estimated to be one fourth the size of the older male, and had no pubic hair.
Killian described the second image as having an adult performing oral sex on a boy. In that image, Killian believed that the boy was a child because of the size of the adults hands compared to the size of the child's hips. In the image, the size of the child's hips were small compared to the size of the adult's hands.

This will certify that the above is a true and correct copy of the Search Warrant.

The State of Texas vs. **BAIRD, Gregg** , Search Warrant #**S-53-09**
according to the records of the City of College Station Municipal Court. These records are kept in regular course of business and according to law.

*Robin Torrez*

Robin Torrez, Court Clerk
City of College Station Municipal Court
College Station, Texas

Subscribed and sworn to before me this 14 day of January, 2010.

*Wanda Lapham*

Notary Public in and for the State of Texas

```
WANDA LAPHAM
Notary Public, State of Texas
My Commission Expires
JULY 18, 2012
```

Killian described the size of the third image as an image of a male lying down, holding a child above him, licking the child's anus. The fourth image was described as a child laying on his back, holding his feet up and exposing the child's anus. That image may have also included an arm in the image that was believed to have belonged to a man.

After seeing the images on the computer, Killian left the computer alone. She became concerned about the images that she had seen, and believed that the images were child pornography. She later returned to the computer to look up definitions of child pornography, so she could confirm whether or not the images that she observed were actually child pornography. She reported that while on the computer, she again accessed "recent documents" and opened an image that she did not know the title of. When she opened that image, which was a video, she reported that she observed a person believed to be middle school or high school age, under covers. As the video continued, the covers were thrown off of the person, revealing the person that she believed was a child underneath. Killian reported that that person was naked, and was possibly shaved. After seeing a portion of the video file, she was not able to determine the age of the person in the video file.

Affiant knows from his training and experience that the images such as those described by Killian can easily be transferred to other media such as a CD, memory stick, or flash drive, and such can be transported in an easy fashion. Affiant also knows from training and experience that people who possess sexually explicit materials often possess sexually explicit materials consisting of photographs, magazines, motion pictures, videotapes, books, diskettes, and slides depicting children.

Affiant knows from his training and experience that Child Pornography is visual material of individuals under the age of 18, that depict those individuals engaging in sexual conduct, including but not limited to lewd exhibition of the breasts or genitals, actual sexual intercourse, simulated sexual intercourse, or deviate sexual intercourse.

Affiant has spoken with experts in the field of forensic computer examinations. Because of the large volume of information stored on a computer, it is almost always necessary to examine the computer off-site. A comprehensive forensic examination of a computer may take days or even weeks. Affiant has also learned that experts in the field of computer forensics are able to recover data that has been deleted from a computer hard drive, as well as storage media (floppy disks, compact disks, Zip drives, Pen drives, Thumb drives, tapes, etc.). Affiant also knows from his training and experience that digital material has the capability of remaining on devices designed to store them for an indefinite period of time including weeks, months, and years. Unlike drugs, Child Pornography is not consumed by the user; rather they are stored and kept for an indefinite period of time. The affiant also knows from his training and experience, that it is possible to retrieve items that have been deleted by the user through the use of a forensic recovery of the storage device.

Based on affiant's training and experience, in order to completely and accurately retrieve data maintained in computer hardware or on computer software, to ensure accuracy and completeness of such data, and to prevent the loss of the data either from accidental or

This will certify that the above is a true and correct copy of the Search Warrant.

The State of Texas vs. **BAIRD, Gregg** , Search Warrant #<u>**S-53-09**</u> according to the records of the City of College Station Municipal Court. These records are kept in regular course of business and according to law.

*Robin Torrez*

Robin Torrez, Court Clerk
City of College Station Municipal Court
College Station, Texas

Subscribed and sworn to before me this <u>14</u> day of *January* , <s>200</s> <u>2010</u>.

*Wanda Lapham*

Notary Public in and for the State of Texas

**WANDA LAPHAM**
Notary Public, State of Texas
My Commission Expires
**JULY 18, 2012**

programmed destruction, it is often necessary that computer hard drives be copied and examined by a qualified computer specialist.

Affiant is therefore requesting that a forensic examination of any computer and computer-related media found at the above locations be conducted for evidence of criminal activity, specifically Possession or Promotion of child pornography, and identification of other child victims of sexual exploitation.

If authorized to search the above-described computer(s) hard drive, the forensic analyst will conduct the search within approved forensic guidelines that will safeguard the integrity of the original data stored on the hard drive.

Affiant knows that based on my training and experience that computers store the names of the people the operating system is registered to, as well as the name of the person to whom the programs are registered. Written documents are also often found that bear the name of the person that wrote them. The above information is used for indicia of ownership to establish the identity of person (s) in control of the computer(s).

WHEREFORE , AFFIANT ASKS FOR ISSUANCE OF A WARRANT THAT WILL AUTHORIZE THE SEARCH OF SAID SUSPECTED PLACE FOR SAID PROPERTY AND SEIZE THE SAME.

_____ MICHAEL JOHNS
AFFIANT

SUBSCRIBED AND SWORN TO ME BY SAID AFFIANT ON THIS THE _13_ DAY OF _May_ , AD, 2009

_____
PRESIDING JUDGE

This will certify that the above is a true and correct copy of the Search Warrant.

The State of Texas vs. **BAIRD, Gregg**, Search Warrant #**S-53-09** according to the records of the City of College Station Municipal Court. These records are kept in regular course of business and according to law.

*Robin Torrez*

Robin Torrez, Court Clerk
City of College Station Municipal Court
College Station, Texas

Subscribed and sworn to before me this 14 day of January, 2010.

*Wanda Lapham*

Notary Public in and for the State of Texas

**Page 13**

S- 5~3-09

THE STATE OF TEXAS

COUNTY OF BRAZOS

THE STATE OF TEXAS to the Sheriff or any Peace Officer of Brazos County, Texas or any Peace Officer of the State of Texas, GREETINGS:

WHEREAS, the Affiant whose name appears on the Affidavit filed in application of this search warrant is a Peace Officer under the laws of Texas, I find that the verified facts stated by Affiant in said Affidavit show that Affiant has probable cause and did heretofore this day subscribe and swear to said Affidavit before me, and whereas cause for the belief he expresses therein and establishes existence of proper grounds for issuance of this Warrant; now, therefore, you are commanded to search the Suspected Place, located and described as follows:

- 2009 Ravenstone Loop, College Station, Brazos County, Texas further described as:
  - Said suspected place is a single family dwelling. The exterior of the house includes red brick, orange stone, white trim. The roof on the residence is made of composite shingles. The front door to the said suspected place is brown and faces in a southeastern direction. The driveway to the suspected place is composed of washed concrete. The mailbox to the suspected place is composed of red brick and situated to the left of the driveway at the street. The suspected place contains a wooden privacy fence. The suspected place contains an alarm sign positioned in the front flower bed with the word "Tipping" on the sign. The numbers "2009" are affixed to the left of the front door in black with a white background.

- Said suspected place to also include all outbuildings, storage sheds and curtilage of said suspected party

For the following property:

- To take evidentiary photographs of the interior and exterior of the locations described herein above;

- Any and all information whether stored electronically as computer data or on paper and all data including text discussing, referring to, or otherwise regarding the exchange of pornography images including images by the names stated above and otherwise, regarding the manufacture of child pornography, or the sexual abuse of children.

- Telephone books, address books, diaries, or other writings tending to identify other child victims.

**Page 14**
Page 7 of 10

This will certify that the above is a true and correct copy of the Search Warrant.

The State of Texas vs. **BAIRD, Gregg**, Search Warrant #**S-53-09**
according to the records of the City of College Station Municipal Court. These records are kept in regular course of business and according to law.

*Robin Torrez*

Robin Torrez, Court Clerk
City of College Station Municipal Court
College Station, Texas

Subscribed and sworn to before me this 14 day of January 2010.

*Wanda Lapham*

Notary Public in and for the State of Texas

WANDA LAPHAM
Notary Public, State of Texas
My Commission Expires
JULY 18, 2012

- To view and seize any videotapes and viewing and recording equipment to determine if they depict children engaged in nude or sexually explicit conduct.

- Any data or images of persons who appear to be under the age of 18, engaged in sexual acts or posed in a manner to elicit sexual response or otherwise engaging in sexual conduct.

- Any data pertaining to obtaining or possessing images of persons who appear to be under the age of 18, engaged in sexual acts or posed in a manner to elicit a sexual response.

- Any data referring to online contacts or correspondences with the subjects under the age of 18 or related to the subject of communicating with children.

- Condoms, lubricants, sex aids, pornographic materials, and devices used for sexual stimulation.

- Computers and any computer programs, software and equipment, including but not limited to storage devices such as diskettes, compact discs and digital video discs, hard drives and thumb drives, flash drives, memory sticks, Ipod's, MP3 players, Video IPods and any other devices that can be used to store or transport any type of computer media, and any means in which to power up, access, view or otherwise make use of those forms of electronic media;

- Digital cameras, film cameras, digital video cameras, film video cameras, web cameras and all other devices used for the capture, taking, storing, transferring, developing, and otherwise manipulating images, including printers and all peripheral equipment associated with such cameras, including undeveloped film.

- Any cellular telephones and other devices that can be used to communicate telephone to telephone or telephone to computer and all peripheral equipment associated with such cellular telephones;

- Any papers or writings associated with online e-mail accounts, online social accounts, internet providers, cellular telephone bills and records, passwords, and screen names;

And to seized same and bring it before me.
Further, you are ORDERED, pursuant to the provisions of Texas Code of Criminal Procedure Article 18.10, to retain custody of any property seized pursuant to this Warrant, until further order of this Court or until any other court of appropriate jurisdiction shall otherwise direct the manner of safekeeping of said property. The Court grants you leave and authority to remove such seized property from this county, if and

This will certify that the above is a true and correct copy of the Search Warrant.

The State of Texas vs. **BAIRD, Gregg** , Search Warrant #**S-53-09**

according to the records of the City of College Station Municipal Court.  These records are kept in regular course of business and according to law.

*Robin Torrez*

Robin Torrez, Court Clerk
City of College Station Municipal Court
College Station, Texas

Subscribed and sworn to before me this 14 day of January 2010.

*Wanda Lapham*

Notary Public in and for the State of Texas

**WANDA LAPHAM**
Notary Public, State of Texas
My Commission Expires
JULY 18, 2012

only if such removal is necessary for the safekeeping of such seized property by you, or if such removal is otherwise authorized by the provisions of Article 18.10.  You are further ORDERED to give notice to this Court, as part of the inventory to be filed subsequent to the execution of the Warrant, and as required by Article 18.10 of the place where the property seized hereunder is kept, stored and held.

HEREIN FAIL NOT, you shall execute this Warrant within three days, exclusive of the day of issuance and exclusive of the day of its execution, with our return thereon, showing how you have executed the same.

ISSUED this the _13_ day of ___May___ A.D. _2009_ at _8:15_ o'clock _P._ M., to certify which witness my hand this day.

_____Ed Spillane_____
PRESIDING JUDGE

S-53-09

RETURN

STATE OF TEXAS

COUNTY OF BRAZOS

The undersigned Affiant, being a peace Officer under the laws of Texas and being duly sworn, on oath certifies that the foregoing Warrant came to hand on the day it was issued and that it was executed on the 13th day of May , A.D.,2009, by making the search directed therein and by seizing during such search the following described property:

1. USB WIRELESS LINK
2. WD EXTERNAL HARD DRIVES-(3)
3. DELL COMPUTER / MONITOR / KEYBOARD
4. ASSORTED CABLES / MOUSE
5. HP INKJET PRINTER
6. YAMAHA SPEAKERS (3)
7. MAXTOR EXTERNAL HARDRIVE
8. BARRACUDA HARDDRIVE
9. 2- BLUE Thumbdrives
10. Memory STICK CARRYING CASE w/4 MEMORY STICKS
11. Fuji Film 1RD -Picture Card w/case
12. 3 - Dell Reinstallation CD's
13. 8- MISC. CD's /DVD's
14. Four magazines
15. 9 Books
16. Black sex gear
17. 2 butt plugs
18. 1 vibrating butt plugs

19. Male nudes book (100)
20. CONDOMS AGNAW
21. Nude living CD
22. 2 movies
23. Lubricant
24. three memory devices
25. Sony Notebook w/ Black case

AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME by the said Affiant whose name is signed above on this the 15 day of _____ May _____, A.D., 2009.

Ed Spillane

JUDGE,        COUNTY

College Station Municipal Court.

This will certify that the above is a true and correct copy of the Search Warrant.

The State of Texas vs. **BAIRD, Gregg** , Search Warrant #<u>S-53-09</u>
according to the records of the City of College Station  Municipal Court.  These records are kept in regular course of business and according to law.

*Robin Torres*
Robin Torrez, Court Clerk
City of College Station Municipal Court
College Station, Texas

Subscribed and sworn to before me this *14* day of *January,* ~~200~~ *2010*.

*Wanda Lapham*
Notary Public in and for the State of Texas

**WANDA LAPHAM**
Notary Public, State of Texas
My Commission Expires
JULY 18, 2012

Artesia's MP wHoThere's no place like it! Page 1 of 15

Case 4:14-cv-02259 Document 10-12 Filed in TXSD on 10/31/14 Page 24 of 37



Free Herpes Dating Site
*There's No Place Like It!*

**Celebrating over 11 years on the Internet!**

Enter # or Name | See Member Profile

Terms of Service | Privacy | Contact Us

STATE'S EXHIBIT
Pre-Trial
7A

Return to full thread list

## "Re: Child Pornography:Advise Seeking, Very Deep Discussion"

Thread #66867

### Deep Discussion

The **Deep Discussion** Board is for issues of deeper significance. Please stay on topic, and do not post on any threads here unless it forwards the conversation. In other words, no sideline or witty retort posts, unless they are on point.

| << First post | **Latest post >>** |

< Previous 50 posts

| | |
|---|---|
| **Chi town Burbs**<br>(7525118)<br><br>12:27 pm<br>Sat May 9 2009 | Re: Child Pornography:Advise Seeking, Very Deep Discussion<br>101 reasons not to ever post anything of possible consequence in a public forum<br>Grab |
| **SoCalKelly**<br>(2934752) | Re: Child Pornography:Advise Seeking, Very Deep Discussion<br>The situtation that SS found herself in is grave and shocking. A rational, healty individual does what she did....get upset, think it through, ask advice. Because she is not a person who goes for child porn, it gave her pause to stumble upon someone who does. I would imagine it is unbelieveable.<br><br>Let's stop the freaking judgement and vieled threats have not part of this community. |

| 1:32 pm<br>Sat May 9 2009 | Grab |
|---|---|
| **BeachNut**<br>(7494531) | Re: Child Pornography:Advise Seeking, Very Deep Discussion<br>Some thing to think about...I don't know for sure the statistics, but I'd be willing to bet a huge part of these prosecutions come about as a result of someone accidentally stumbling across the incriminating material just like SS, and then doing the right thing. Bravo!<br>Grab |
| 2:19 pm<br>Sat May 9 2009 | |
| **dogtown**<br>(6285677) | Re: Child Pornography:Advise Seeking, Very Deep Discussion<br>I know you have to see the locals first but would ask the local police you are meeting if it is appropriate to bring in the FBI. May bring in more resources and enable them to dig deeper into the situation.<br><br>You said you have no friends that are attys but if you could find a good one it would be an excellent idea to get their input into all this. The police, as they should, will hit this aggressively but your counsel may help it be structured in a way to minimize your involvement. The police cannot consider you in what they do unless your atty helps them see the best way forward.<br>Grab |
| 3:15 pm<br>Sat May 9 2009 | |
| **lamagra1313**<br>(7488017) | Re: Child Pornography:Advise Seeking, Very Deep Discussion<br>you opened it while he has an alibi for being out of town. if you don't report it, the computer will show one video was watched while he was out of town and that is a shadow of a doubt and may be enough to get him off if you wait.<br><br>bottom line—you have to report it immediately in order to tie him to the porn and only him. this man is sick and needs help and needs to be kept out of all these child groups he belongs too. most likely they will get a warrant and monitor his computer while building a case. your name can probably be |
| 3:47 pm<br>Sat May 9 2009 | |

kept out of it.
Grab

**Doll Parts**
(7429932)

Re: Child Pornography:Advise Seeking, Very Deep Discussion
Wait.

Stop assuming what will happen. No one can tell.

I doubt you can get dragged into civil court for reporting what appears to be a crime. HOWEVER, if you fail to report it and it comes out later you knew, well, your guess is as good as mine.

4:50 pm
Sat May 9 2009

FORGET about who is friends with whom! Call the POLICE and then step yourself right out of that picture. Don't even pretend to guess what will happen and what will go on after- wash your hands of it once you have called the police.

Most states have an anonymous abuse line set up. Just call. You will feel better if this guy winds up being some in situ Gacey.

BE STRONG GIRL!!

Protect the kids, worry about the adults, later.
Grab

**p8sgirl**
(7585938)

Re: Child Pornography:Advise Seeking, Very Deep Discussion
After reading the whole thread, I only have one question: how do you know that HE downloaded it and watches it, and not his roommate?
Grab

5:18 pm
Sat May 9 2009

**Squid**
(7500109)

Re: Child Pornography:Advise Seeking, Very Deep Discussion
>> After reading the whole thread, I only have one question: how do you know that HE downloaded it and watches it, and not his roommate? <<

| | |
|---|---|
| 5:23 pm<br>Sat May 9 2009 | Reason #325.43 to have an attorney connected to your hip through this whole process.<br>Grab |
| **lamagra1313**<br>(7488017)<br><br>5:32 pm<br>Sat May 9 2009 | Re: Child Pornography:Advise Seeking, Very Deep Discussion<br>ditto--squid<br>Grab |
| **p8sgirl**<br>(7585938)<br><br>5:32 pm<br>Sat May 9 2009 | Re: Child Pornography:Advise Seeking, Very Deep Discussion<br>>> >> After reading the whole thread, I only have one question: how do you know that HE downloaded it and watches it, and not his roommate? <<<br><br>Reason #325.43 to have an attorney connected to your hip through this whole process. <<<br><br>Well that was my concern about the whole thing. If 2 adult men live in the house, how are you gonna prove which one it belongs to? His roommate very well could have done it so it wouldn't be on HIS computer, or to sabotage the other guy...I mean who knows? I can't believe he would give a stranger full access to his computer, if he KNEW that stuff was there and it could be found....know what I mean?<br>Grab |
| **pandamonium**<br>(6273879) | Re: Child Pornography:Advise Seeking, Very Deep Discussion<br>>> After reading the whole thread, I only have one question: how do you know that HE downloaded it and watches it, and not his roommate? << |

Case 4:14-cv-02259  Document 10-12  Filed in TXSD on 10/31/14  Page 28 of 37

26

Once again, that's not SS's job to know anything at all except to report what she saw. It's the FBI or police's job to figure all that out.

Grab

5:33 pm
Sat May 9 2009

**p8sgirl**
(7585938)

Re: Child Pornography:Advise Seeking, Very Deep Discussion
>> Once again, that's not SS's job to know anything at all except to report what she saw. It's the FBI or police's job to figure all that out. <<

I realize that!! but shouldn't she report BOTH men? and not assume its one or the other?

Grab

5:36 pm
Sat May 9 2009

**Bobby Who**
(7521420)

Re: Child Pornography:Advise Seeking, Very Deep Discussion
>> Once again, that's not SS's job to know anything at all except to report what she saw. It's the FBI or police's job to figure all that out. <<

EXACTLY.....somebody in that house is freakin guilty....and they need to be held responsible.....it's the laws job to figure it out.

Grab

5:37 pm
Sat May 9 2009

**pandamonium**
(6273879)

Re: Child Pornography:Advise Seeking, Very Deep Discussion
>> I realize that!! but shouldn't she report BOTH men? and not assume its one or the other? <<

They'll figure that out. He owns the home.

Grab

Your MPwH Home

New to MPwH?

Click here to see

See who is logged in

Click here to search

Click here to use the

Take a look at our

Take a look at some

You can read the

Click here to write to

Click here to go to

Click here to go to

MPwH has a diverse

Small Talk is a brief

Take a look at your

See who's written to

My question had NOTHING to do with NOT reporting him.....was simply asking how do you know if he is the guilty party or his roommate!

Grab

5:41 pm
Sat May 9 2009

**Kayakboy**
(7503963)

Re: Child Pornography:Advise Seeking, Very Deep Discussion
p8sgirl,

Sorry, no disrespect intnded.

Grab

5:43 pm
Sat May 9 2009

**pandamonium**
(6273879)

Re: Child Pornography:Advise Seeking, Very Deep Discussion
>> After over 100 posts, just thought I would ask a question that noone else had mentioned. Sorry for asking! <<

They did talk about it earlier on in the thread, about it being Mr. Porn Owner's possible defense or even a reality....his being able to claim, It's not mine, it's the roommates.

Grab

5:44 pm
Sat May 9 2009

**Backpacker in T..**
(7563394)

Re: Child Pornography:Advise Seeking, Very Deep Discussion
>> I can't believe he would give a stranger full access to his computer, if he KNEW that stuff was there and it could be found....know what I mean? <<

See and manage the

Click here to go to

Open a window that

Enter # or Name

See Member Profile

The Good News About
Bad News
Terri Warren
Best Price $11.14
or Buy New $12.92
Buy from amazon.com

Privacy Information

---

5:47 pm
Sat May 9 2009

I had been thinking the same thing. Something about that just doesn't seem quite right.

Grab

---

**Kayakboy**
(7503963)

5:49 pm
Sat May 9 2009

Re: Child Pornography:Advise Seeking, Very Deep Discussion

>> ....his being able to claim, It's not mine, it's the roommates. <<

If the computer was in the master suite I would say it is the responsibility of the homeowner if it is in fact his room. All I know is one or both of them is in big trouble.

Grab

---

**pemdas**
(7577347)

5:50 pm
Sat May 9 2009

Re: Child Pornography:Advise Seeking, Very Deep Discussion

You'd be amazed at what people will leave open to discovery on a computer. I believe it. Been there, done that.

Grab

---

**Ella Noy**
(7487114)

Re: Child Pornography:Advise Seeking, Very Deep Discussion

http://www.fbi.gov/innocent.htm

• Report Child Exploitation and Pornography: - Use our Cyber Tip Line or call 1-800-843-5678

Grab

---

| | |
|---|---|
| 5:55 pm<br>Sat May 9 2009 | |
| **pandamonium**<br>(6273879)<br><br><br><br>6:06 pm<br>Sat May 9 2009 | Re: Child Pornography:Advise Seeking, Very Deep Discussion<br>>> All I know is one or both of them is in big trouble. <<<br><br>Oh I sincerely hope so.<br>Grab |
| **butterfly52**<br>(7584081)<br><br><br><br>6:43 pm<br>Sat May 9 2009 | Re: Child Pornography:Advise Seeking, Very Deep Discussion<br>>> I"m at a loss for words! <<<br><br>I received an email relating to child porn several years ago -- I think it was from another country, I can't remember. I contacted my local FBI office and was directed to a special unit that deals with electronic crimes (or whatever they're called). I don't know if that would be useful, but, when I called, they told me that they had been investigating that particular party for awhile. Maybe not working through the local police would be better? But I am so grateful that you're not standing by and doing nothing -- as a former Brownie leader, it's good to know someone wants to help stop this atrocity in some way.<br>Grab |
| **Louavulgrl**<br>(7496992)<br><br><br><br>6:54 pm | Re: Child Pornography:Advise Seeking, Very Deep Discussion<br>There are a million possible scenarios. He may or may not have had the roommate for long. There may be a long history of him downloading this kind of material. Or not. There is no way for her to know any of it. The police will know there is more than one person living in this house. It's up to them to figure out what is going on. She can't do any more than she is doing, which is reporting what she found to the police. There was a situation in my neighborhood when I was in high school that could |

| | |
|---|---|
| Sat May 9 2009 | have been reported, but no one wanted to be the one. I didn't have any direct knowledge of it, so there wasn't much I could do, but I could tell something was not right with the kids in the house across the street. I still wonder about that and wish I could have done something. She is doing the right thing.<br>Grab |
| **Luthier**<br>(7570457)<br><br>7:08 pm<br>Sat May 9 2009 | Re: Child Pornography:Advise Seeking, Very Deep Discussion<br>Check your Psst.<br>Grab |
| **Alleykat**<br>(7520930)<br><br>4:17 pm<br>Sun May 10 2009 | Re: Child Pornography:Advise Seeking, Very Deep Discussion<br>>> Yes, death by asteroid! You should call Scully and Mulder at the X Files. <<<br><br>You crack me up brotha!!! I luv Mulder and Scully.<br><br>If she had expressed permission to use the computer I retract my statement. Otherwise the whole police discovery process could be damaged right from the get go.<br><br>I did say that I agree that now discovered she should do something about it. And regardless of being scary or not mentally preparing herself for a possible uphill legal battle is appropriate - I agree with getting an attorney right now. If she goes forward without remaining anonomous she will be exposed in the media - and eventually a hero but it's the time period between now and hero I worry about her safety and stress level.<br><br>I support her efforts and stated that earlier. I just would be surprised if a house guest used my computer, or any other personal electronic equipment while watching the dog. But if she had |

Antonia's MPwH-There's no place like it!                                          Page 12 of 15

Case 4:14-cv-02259   Document 10-12   Filed in TXSD on 10/31/14   Page 33 of 37

figure out what happened.

I don't envy you, SS.

Grab

| | |
|---|---|
| **zippyme**<br>(7480588)<br><br>7:12 pm<br>Sun May 10 2009 | Re: Child Pornography:Advise Seeking, Very Deep Discussion<br>>> ((((SublimeSerenity)))) <<<br><br>More hugs from me.<br><br>I'm a teacher and I appreciate the fact that you're willing to go to the authorities. You are definately a HERO!!!<br><br><-looking forward to reading the update after the meeting<br>Grab |
| **SublimeSerenity..**<br>.(7401163)<br><br>12:22 pm<br>Mon May 11 2009 | Re: Child Pornography:Advise Seeking, Very Deep Discussion<br>Still processing information recieved from 3 entities. City/FBI-local office/ missing& exploited... All state: No Anominity avaliable. Information source must be documented to validate search warrrent.<br><br>Better yet, all sources state: if not 'enough' images/records are found...no prosecution. Why do I feel like a slimy criminnal? This is My/Your/Our justice system..... Right now it looks bad! It didn't work well when my granny was murdered either.<br><br>Grab |
| **LyndrRose**<br>(7469177)<br><br>1:15 pm<br>Mon May 11 2009 | Re: Child Pornography:Advise Seeking, Very Deep Discussion<br>>> Better yet, all sources state: if not 'enough' images/records are found...no prosecution. <<<br><br>... Because the criminals have all the rights... which is just WRONG!!!<br><br>Hugs to you for doing the right thing even if the outcome isn't what it should be. At least there will be a record of what's gone down so hopefully they can catch this slime ball at some point.<br>Grab |



**BaltimoreGirl**
(7545393)

Re: Child Pornography:Advise Seeking, Very Deep Discussion
How can you tell if you have enough?
Grab

4:45 pm
Mon May 11 2009

**Squid**
(7500109)

Re: Child Pornography:Advise Seeking, Very Deep Discussion
>> Because the criminals have all the rights... which is just WRONG!!! <<

Until you get accused of something.

Not talking about this case, just in general. It's good for us to have the burden of proof when convicting people.
Grab

5:26 pm
Mon May 11 2009

**pandamonium**
(6273879)

Re: Child Pornography:Advise Seeking, Very Deep Discussion
>> No Anomimity avaliable. Information source must be documented to validate search warrent. <<

You are not a slimy criminal, you are confronting the slimey business of catching pervs. If you didn't give your name/number/ etc., my suggestion to you is that you submit it annonymously ANYWAY and then he will be on the radar, if he isn't all ready. I suspect they wanted you to be their IN for the warrent, didn't want to do the work on their own, so that's what they told you to scare you into telling and testifying.

If you can just give the info anonymously now, it seems it's the best you can do in the circumstances?

I am very proud of you no matter what you decide!
Grab

5:34 pm
Mon May 11 2009

**SublimeSerenity..**
(7401163)

7:11 pm
Mon May 11 2009

Re: Child Pornography:Advise Seeking, Very Deep Discussion
I will be filing tomorrow with no annonymity. FBI has advised that I initiate with the local city. "Enough" files; no one can answer this line of rubbish. My employers legal department is researching a list of attorneys for me to review, should I find myself in need.( I sincerely and possibly idealistically hope Not!)

My iPhone stopped working about an hour after my last post... So I may not be back on here for a bit9 As it was my home phone, internet provider, radio, ipod, camera, recorder, note taker....) Bad timing to say the least.& $70 to borrow a loaner phone from ATT/Apple while they do a warranty repair.

Keep all the possible victims in your thoughts.. and yes this even includes the individual(s) I am reporting. The majority of sexual predators received their skewed programming thru unfortunate childhood experience(s)... And even if they should be euthanizd, this should be an act of compassionate mercy.

(Borrowed a friends computer to catch up on a few things)
Grab

**canneslover**
(7514367)

7:15 pm
Mon May 11 2009

Re: Child Pornography:Advise Seeking, Very Deep Discussion
You're doing the right thing, SublimeSerenity. Thanks to your work the likelihood of victims receiving counseling, perps receiving jail time and prospective future victimhood being prevented is high. Kudos.

(((((SublimeSerenity))))).
Grab

< Previous 50 posts

Back to Bulletin boards / Deep Discussion

Return to Top of Page

To leave a reply, enter it here.
Post with formatting... (currently IE only)

# CRIMINAL DOCKET - CAUSE NO. 09-02492-CRF-361

| NAMES OF PARTIES | ATTORNEYS | KIND OF ACTION | DATE OF FILING |
|---|---|---|---|
| THE STATE OF TEXAS | SMITH, DANNY WALLACE JR. | POSS OF CHILD PORNOGRAPHY | 06/11/09 |
| VS | | | CHARGING INSTRUMENT |
| BAIRD, GREGG CARL | DEFENSE | | Indictment |

| DATE OF ORDERS | ORDERS OF THE COURT |
|---|---|
| Month/Day/Year | |
| 7 15 09 | Defendant appeared with Counsel, waived arraignment and entered plea of not guilty. Signed Agreed Discovery Order. |

THE STATE OF TEXAS
COUNTY OF _Brazos_

I,_Marc Hamlin_, Clerk of the_272ND DISTRICT COURT_ of _Brazos_ County, Texas do hereby certify that the documents contained in this record to which this certification is attached are all of the documents specified by Texas Rule of Appellate Procedure 34.5(a) and all other documents timely requested by a party to this proceeding under Texas Rule of Appellate Procedure 34.5(b).

GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at my office

in Brazos County, Texas, this the _17th_ day of _December,_2010.



Marc Hamlin, District Clerk
Brazos County, Bryan Texas

*Andria Chavarria*

Deputy Clerk