```
                    REPORTER'S RECORD
                  VOLUME 1 OF 7 VOLUMES
            TRIAL COURT CAUSE NO. 09-02494-CRF
        APPELLATE COURT CAUSE NO. 10-10-00297-CRF-272

THE STATE OF TEXAS           ) IN THE DISTRICT COURT
                             )
vs.                          ) BRAZOS COUNTY, TEXAS
                             )
GREGG CARL BAIRD             ) 272ND JUDICIAL DISTRICT
```

---

## MASTER INDEX

---

📄 **ORIGINAL**

FILED
TENTH COURT OF APPEALS
FEB 0 7 2011
SHARRI ROESSLER, CLERK

RECEIVED
SEP 27 2010
COURT OF APPEALS
WACO, TEXAS

DENISE C. MACKAY, CSR, RPR
(979) 361-4219

MASTER CHRONOLOGICAL INDEX

VOLUME 1
(MASTER INDEX)

VOLUME 2
(MOTION TO SUPPRESS)

\*\*\* The Reporter's Record by Susan Rainwater for this Volume held February 23, 2010 was unavailable at time of submission of this Reporter's Record; however, exhibits for this volume were available through the Brazos County District Clerk's Office, so they have been included in the Reporter's Record.\*\*\*

VOLUME 3
(MOTION TO SUPPRESS)
(2ND DAY OF TWO-DAY SUPPRESSION HEARING)

Page Vol

FEBRUARY, 26, 2010

DEFENDANT'S WITNESSES

|  | Direct | Cross | Voir Dire |  |
|---|---|---|---|---|
| Rose Marie Hubbard |  | 10, 5 |  | 3 |
| William Odom | 25,32 | 18,41 | 22,53 | 3 |
| Gregg Baird | 25,54<br>17,68 | 3,58<br>23,68 |  | 3 |

| | Page | Vol |
|---|---|---|
| Defendant Rests | 70 | 3 |
| Both Sides Close | 70 | 3 |
| Closing Arguments by Mr. James | 70 | 3 |
| Closing Arguments by Mr. Phelps | 76 | 3 |
| Court's Findings | 86 | 3 |
| Adjournment | 86 | 3 |
| Court Reporter's Certificate | 87 | 3 |

```
 1                     VOLUME 4
                  (TRIAL ON THE MERITS)
 2                       (PLEA)

 3                                                   Page  Vol

 4  MARCH 1, 2010

 5  Court Reporter's Certificate ..................... 17    4

 6


 7                     VOLUME 5
                  (SENTENCING PHASE)
 8                                                   Page  Vol

 9  JULY 28, 2010

10  Opening Statement by Mr. Phelps ................   8    5
    Opening Statement by Mr. James .................  10    5
11

12  STATE'S WITNESSES
                                Direct    Cross  Voir Dire
13  Nathan McCune               12,53      62       51
    Michael Sheets                66       80
14  Kindale Pittman               83

15  Video Exhibit Published ........................ 42    5

16  State Rests .................................... 92    5

17  DEFENDANT'S WITNESSES

18                              Direct    Cross  Voir Dire
    Nathan McCune                 97       93
19  Thomas Rogers                 98      104
    James Miller (via telephone) 116      118
20  Phillip Hathaway             124      125
    Larry Miller (via telephone) 126      129
21  John Rogers                  135      137
    Kimberly Roese               138      139
22  Gregg Baird               141,198    149
    Karen Baird                  204
23  John Baird                   211

24

25
```

```
                    VOLUME 5 (Continued)
                     (SENTENCING PHASE)

Judicial Notice of Court's 1 and 2 ..........   203    5

Defendant Rests .............................   220    5

Both Sides Close ............................   220    5

Closing Statement by Mr. James ..............   220    5

Closing Statement By Mr. Phelps .............   226    5

Adjournment .................................   240    5

Court Reporter's Certificate ................   241    5


                         VOLUME 6
                     (COURT'S RULING)
                                                Page   Vol

JULY 29, 2010

Court's Ruling ..............................    4     6

Adjournment .................................    7     6

Court Reporter's Certificate ................    8     6
```

**ALPHABETICAL INDEX OF WITNESSES**

| | Direct | Cross | Voir Dire | Vol. |
|---|---|---|---|---|
| Gregg Baird | 25,54<br>17,68<br>141,198 | 3,58<br>23,68<br>149 | | 3<br><br>5 |
| John Baird | 211 | | | 5 |
| Karen Baird | 204 | | | 5 |
| Phillip Hathaway | 124 | 125 | | 5 |
| Rose Marie Hubbard | | 10,5 | | 3 |
| Nathan McCune | 12,53,97 | 62,93 | 51 | 5 |
| James Miller (via telephone) | 116 | 118 | | 5 |
| Larry Miller (via telephone) | 126 | 129 | | 5 |
| William Odom | 25,32 | 18,41 | 22,53 | 3 |
| Kindale Pittman | 83 | | | 5 |
| Kimberly Roese | 138 | 139 | | 5 |
| John Rogers | 135 | 137 | | 5 |
| Thomas Rogers | 98 | 104 | | 5 |
| Michael Sheets | 66 | 80 | | 5 |

**EXHIBIT INDEX**

STATE'S

| Exhibit | Description | Offered | Admitted | Vol |
|---|---|---|---|---|
| 2 | Photograph | | | 2 |
| 3 | Photograph | | | 2 |
| 4 | Photograph | | | 2 |
| 5 | Photograph | | | 2 |

DENISE C. MACKAY, CSR, RPR
(979) 361-4219

**EXHIBITS INDEX (Continued)**

STATE'S

| Exhibit | Description | Offered | Admitted | Vol |
|---|---|---|---|---|
| 6 | Boy Scout David, Part 2-3 AVJ DVD | | | 2 |
| 8 | Timeline | | | 2 |
| 9 | Representation of Recycle Bin Files | 44 | 44 | 3 |
| 10 | Chart | 53 | 53 | 3 |
| 1 | Plea Papers | 11 | 11 | 4 |
| 2 | Plea Papers | 11 | 11 | 4 |
| 3 | Plea Papers | 11 | 11 | 4 |
| 3A | Plea Papers | 11 | 11 | 4 |
| 4 | Plea Papers | 11 | 11 | 4 |
| 1 | Disk with Charged Images and Videos | 37 | | 5 |
| 2 | Disk with Charged Images Slideshow | 37 | | 5 |
| 3 | Summary and Chart of Image Locations | 22 | 23 | 5 |
| 4 | List of File Names-Maxtor One Touch External Hard Drive | 33 | 33 | 5 |
| 5 | List of File Names-Western Digital 1600 Hard Drive | 33 | 33 | 5 |
| 6 | List of File Names-Seagate Barracuda Internal Hard Drive | 33 | 33 | 5 |
| 7 | List of File Names-Dell XPS 410 Desktop Computer | 33 | 33 | 5 |
| 8 | List of File Names-Seagate Barracuda Internal Hard Drive | 33 | 33 | 5 |

EXHIBITS INDEX (Continued)

| STATE'S Exhibit | Description | Offered | Admitted | Vol |
|---|---|---|---|---|
| 9 | Mozilla Bookmarks-Dell XPS 410 Desktop Computer | 45 | 45 | 5 |
| 10 | Mozilla 3 Bookmarks-Dell XPS 410 Desktop Computer | 45 | 45 | 5 |
| 11 | Internet Explorer Bookmarks - Dell XPS Desktop Computer | 45 | 45 | 5 |
| 12 | Mozilla Bookmarks-Western Digital Internal Hard Drive | 45 | 45 | 5 |
| 13 | Internet Explorer Bookmarks - Western Digital Internal Hard Drive | 45 | 45 | 5 |
| 14 | Photos of Defendant | 55 | 55 | 5 |
| 15 | Comparison Photos of Defendant and Child Pornography Images | 55 | 55 | 5 |
| 16 | Western Digital WD 400\ProgramFiles\Yahoo Messenger\Profiles\cs_tx_guy \Archive Messages | 59 | 59 | 5 |
| 17 | Files and images Relating to "Scouts" | 57 | 57 | 5 |
| 18 | Von Gloeden Book-Taormina | 65 | 66 | 5 |
| 19 | Coming of Age Book-McBride | 65 | 66 | 5 |
| 20 | Wilhelm Von Gloeden Book - Weiermair | 65 | 66 | 5 |
| 21 | Naked Places Book-Premier Edition | 65 | 66 | 5 |
| 22 | Naked Places Book-Third Edition | 65 | 66 | 5 |
| 23 | Todo Naturismo Magazine | 65 | 66 | 5 |

DENISE C. MACKAY, CSR, RPR
(979) 361-4219

**EXHIBITS INDEX (Continued)**

STATE'S

| Exhibit | Description | Offered | Admitted | Vol |
|---|---|---|---|---|
| 24 | Bondage Boy Toys DVD | 65 | 66 | 5 |
| 25 | Koinos Magazine | 65 | 66 | 5 |
| 26 | Made in the USA Magazine (MUSA 6) | 65 | 66 | 5 |
| 27 | Virtually Nude Living DVD | 65 | 66 | 5 |
| 28 | DVD of Venture Scout Trips | 57 | 58 | 5 |
| 29 | Sam Houston Area Council Scout Records for Defendant | 68 | 68 | 5 |
| 30 | Evading Arrest Indictment | 92 | 92 | 5 |
| 31 | Evading Arrest Judgment | 92 | 92 | 5 |
| 32 | Portable Hard Drive with all Images and Videos from Defendant's Computers and Peripherals | 26 | 26 | 5 |
| 3 | 12.45 Form | 4 | 4 | 6 |
| 4 | 12.45 Form | 4 | 4 | 6 |

DEFENDANT'S

| Exhibit | Description | Offered | Admitted | Vol |
|---|---|---|---|---|
| 1 | Computer Screen Shot | 38 | 38 | 3 |
| 1 | Compilation List | 95 | 96 | 5 |
| 2 | Photograph | 206 | 206 | 5 |
| 3 | Representative Diagnosis | 147 | 147 | 5 |