REPORTER'S RECORD
VOLUME 1 OF 7 VOLUMES
TRIAL COURT CAUSE NO. 09-02494-CRF
APPELLATE COURT CAUSE NO. 10-10-00297-CRF-272

| | | |
|---|---|---|
| THE STATE OF TEXAS | ) | IN THE DISTRICT COURT |
| | ) | |
| vs. | ) | BRAZOS COUNTY, TEXAS |
| | ) | |
| GREGG CARL BAIRD | ) | 272ND JUDICIAL DISTRICT |

---

REVISED MASTER INDEX

---

ORIGINAL

RECEIVED
FEB 18 2011
COURT OF APPEALS
WACO, TEXAS

FILED
TENTH COURT OF APPEALS
FEB 22 2011
SHARRI ROESSLER, CLERK

MASTER CHRONOLOGICAL INDEX

VOLUME 1
(MASTER INDEX)

VOLUME 2
(MOTION TO SUPPRESS)


| FEBRUARY 23, 2010 | | | PAGE | VOL. |
|---|---|---|---|---|
| STATE'S WITNESSES | | | | |
| | DIRECT | CROSS | VOIR DIRE | VOL. |
| Dawn Killien | 12,51 | 30 | | 2 |
| Michael Jose | 60 | -- | | 2 |
| Bill Odom | 63,86 | 79 | | 2 |
| State Rests | | | 86 | 2 |
| DEFENDANT'S WITNESSES | | | | |
| | DIRECT | CROSS | VOIR DIRE | VOL. |
| Rose Hubbard | 87 | 91 | | 2 |
| Adjournment | | | 112 | 2 |
| Court Reporter's Certificate | | | 113 | 2 |

**VOLUME 3**
**(MOTION TO SUPPRESS)**
**(2ND DAY OF TWO-DAY SUPPRESSION HEARING)**


Page Vol

FEBRUARY, 26, 2010

DEFENDANT'S WITNESSES

| | Direct | Cross | Voir Dire | Vol |
|---|---|---|---|---|
| Rose Marie Hubbard | | 10, 5 | | 3 |
| William Odom | 25,32 | 18,41 | 22,53 | 3 |
| Gregg Baird | 25,54<br>17,68 | 3,58<br>23,68 | | 3 |

| | Page | Vol |
|---|---|---|
| Defendant Rests ................................ | 70 | 3 |
| Both Sides Close ................................ | 70 | 3 |
| Closing Arguments by Mr. James .................. | 70 | 3 |
| Closing Arguments by Mr. Phelps ................. | 76 | 3 |
| Court's Findings ................................ | 86 | 3 |
| Adjournment ..................................... | 86 | 3 |
| Court Reporter's Certificate .................... | 87 | 3 |


**VOLUME 4**
**(TRIAL ON THE MERITS)**
**(PLEA)**


MARCH 1, 2010

| | Page | Vol |
|---|---|---|
| Court Reporter's Certificate .................... | 17 | 4 |

VOLUME 5
(SENTENCING PHASE)


| | Page | Vol |
|---|---|---|
| JULY 28, 2010 | | |
| Opening Statement by Mr. Phelps ................ | 8 | 5 |
| Opening Statement by Mr. James ................ | 10 | 5 |

STATE'S WITNESSES

| | Direct | Cross | Voir Dire |
|---|---|---|---|
| Nathan McCune | 12,53 | 62 | 51 |
| Michael Sheets | 66 | 80 | |
| Kindale Pittman | 83 | | |

| | Page | Vol |
|---|---|---|
| Video Exhibit Published ...................... | 42 | 5 |
| State Rests ................................. | 92 | 5 |

DEFENDANT'S WITNESSES

| | Direct | Cross | Voir Dire |
|---|---|---|---|
| Nathan McCune | 97 | 93 | |
| Thomas Rogers | 98 | 104 | |
| James Miller (via telephone) | 116 | 118 | |
| Phillip Hathaway | 124 | 125 | |
| Larry Miller (via telephone) | 126 | 129 | |
| John Rogers | 135 | 137 | |
| Kimberly Roese | 138 | 139 | |
| Gregg Baird | 141,198 | 149 | |
| Karen Baird | 204 | | |
| John Baird | 211 | | |

| | Page | Vol |
|---|---|---|
| Judicial Notice of Court's 1 and 2 .......... | 203 | 5 |
| Defendant Rests ............................ | 220 | 5 |
| Both Sides Close ........................... | 220 | 5 |
| Closing Statement by Mr. James .............. | 220 | 5 |
| Closing Statement By Mr. Phelps ............. | 226 | 5 |
| Adjournment ................................ | 240 | 5 |
| Court Reporter's Certificate ................ | 241 | 5 |

**VOLUME 6**
**(COURT'S RULING)**


| | Page | Vol |
|---|---|---|
| JULY 29, 2010 | | |
| Court's Ruling .............................. | 4 | 6 |
| Adjournment .................................. | 7 | 6 |
| Court Reporter's Certificate ................ | 8 | 6 |

**ALPHABETICAL INDEX OF WITNESSES**

| | Direct | Cross | Voir Dire | Vol. |
|---|---|---|---|---|
| Gregg Baird | 25,54<br>17,68 | 3,58<br>23,68 | | 3 |
| | 141,198 | 149 | | 5 |
| John Baird | 211 | | | 5 |
| Karen Baird | 204 | | | 5 |
| Phillip Hathaway | 124 | 125 | | 5 |
| Rose Hubbard | 87 | 91 | | 2 |
| Rose Marie Hubbard | | 10,5 | | 3 |
| Michael Jose | 60 | -- | | 2 |
| Dawn Killien | 12,51 | 30 | | 2 |
| Nathan McCune | 12,53,97 | 62,93 | 51 | 5 |
| James Miller (via telephone) | 116 | 118 | | 5 |
| Larry Miller (via telephone) | 126 | 129 | | 5 |
| Bill Odom | 63,86 | 79 | | 2 |
| William Odom | 25,32 | 18,41 | 22,53 | 3 |
| Kindale Pittman | 83 | | | 5 |
| Kimberly Roese | 138 | 139 | | 5 |

**ALPHABETICAL INDEX OF WITNESSES**

**(Continued)**


| | | | |
|---|---|---|---|
| John Rogers | 135 | 137 | 5 |
| Thomas Rogers | 98 | 104 | 5 |
| Michael Sheets | 66 | 80 | 5 |


**EXHIBIT INDEX**


| STATE'S Exhibit | Description | Offered | Admitted | Vol |
|---|---|---|---|---|
| 1 | Search Warrant | 10 | 10 | 2 |
| 2 | Copy Thumbnail | 25 | 26 | 2 |
| 3 | Copy Thumbnail | 25 | 26 | 2 |
| 4 | Copy Thumbnail | 25 | 26 | 2 |
| 5 | Copy Thumbnail | 25 | 26 | 2 |
| 6 | CD | 77 | 77 | 2 |
| 7 | Copy Chat | 56 | 57 | 2 |
| 7A | Copy Chat | 56 | 57 | 2 |
| 8 | Timeline | 108 | 109 | 2 |
| 9 | Representation of Recycle Bin Files | 44 | 44 | 3 |
| 10 | Chart | 53 | 53 | 3 |
| 1 | Plea Papers | 11 | 11 | 4 |
| 2 | Plea Papers | 11 | 11 | 4 |
| 3 | Plea Papers | 11 | 11 | 4 |
| 3A | Plea Papers | 11 | 11 | 4 |

EXHIBIT INDEX (Continued)

| STATE'S Exhibit | Description | Offered | Admitted | Vol |
|---|---|---|---|---|
| 4 | Plea Papers | 11 | 11 | 4 |
| 1 | Disk with Charged Images and Videos | 37 | | 5 |
| 2 | Disk with Charged Images Slideshow | 37 | | 5 |
| 3 | Summary and Chart of Image Locations | 22 | 23 | 5 |
| 4 | List of File Names-Maxtor One Touch External Hard Drive | 33 | 33 | 5 |
| 5 | List of File Names-Western Digital 1600 Hard Drive | 33 | 33 | 5 |
| 6 | List of File Names-Seagate Barracuda Internal Hard Drive | 33 | 33 | 5 |
| 7 | List of File Names-Dell XPS 410 Desktop Computer | 33 | 33 | 5 |
| 8 | List of File Names-Seagate Barracuda Internal Hard Drive | 33 | 33 | 5 |
| 9 | Mozilla Bookmarks-Dell XPS 410 Desktop Computer | 45 | 45 | 5 |
| 10 | Mozilla 3 Bookmarks-Dell XPS 410 Desktop Computer | 45 | 45 | 5 |
| 11 | Internet Explorer Bookmarks - Dell XPS Desktop Computer | 45 | 45 | 5 |
| 12 | Mozilla Bookmarks-Western Digital Internal Hard Drive | 45 | 45 | 5 |
| 13 | Internet Explorer Bookmarks - Western Digital Internal Hard Drive | 45 | 45 | 5 |
| 14 | Photos of Defendant | 55 | 55 | 5 |

## EXHIBIT INDEX (Continued)

| STATE'S Exhibit | Description | Offered | Admitted | Vol |
|---|---|---|---|---|
| 15 | Comparison Photos of Defendant and Child | 55 | 55 | 5 |
| | Pornography Images | | | |
| 16 | Western Digital WD 400\ ProgramFiles\Yahoo Messenger \Profiles\cs_tx_guy \Archive Messages | 59 | 59 | 5 |
| 17 | Files and images Relating to "Scouts" | 57 | 57 | 5 |
| 18 | Von Gloeden Book-Taormina | 65 | 66 | 5 |
| 19 | Coming of Age Book-McBride | 65 | 66 | 5 |
| 20 | Wilhelm Von Gloeden Book - Weiermair | 65 | 66 | 5 |
| 21 | Naked Places Book-Premier Edition | 65 | 66 | 5 |
| 22 | Naked Places Book-Third Edition | 65 | 66 | 5 |
| 23 | Todo Naturismo Magazine | 65 | 66 | 5 |
| 24 | Bondage Boy Toys DVD | 65 | 66 | 5 |
| 25 | Koinos Magazine | 65 | 66 | 5 |
| 26 | Made in the USA Magazine (MUSA 6) | 65 | 66 | 5 |
| 27 | Virtually Nude Living DVD | 65 | 66 | 5 |
| 28 | DVD of Venture Scout Trips | 57 | 58 | 5 |
| 29 | Sam Houston Area Council Scout Records for Defendant | 68 | 68 | 5 |
| 30 | Evading Arrest Indictment | 92 | 92 | 5 |
| 31 | Evading Arrest Judgment | 92 | 92 | 5 |

EXHIBITS INDEX (Continued)

| STATE'S Exhibit | Description | Offered | Admitted | Vol |
|---|---|---|---|---|
| 32 | Portable Hard Drive with all Images and Videos from Defendant's Computers and Peripherals | 26 | 26 | 5 |
| 3 | 12.45 Form | 4 | 4 | 6 |
| 4 | 12.45 Form | 4 | 4 | 6 |

| DEFENDANT'S Exhibit | Description | Offered | Admitted | Vol |
|---|---|---|---|---|
| 1 | Computer Screen Shot | 38 | 38 | 3 |
| 1 | Compilation List | 95 | 96 | 5 |
| 2 | Photograph | 206 | 206 | 5 |
| 3 | Representative Diagnosis | 147 | 147 | 5 |

| SUBSTITUTION STATE'S Exhibit | Description | Offered | Admitted | Vol |
|---|---|---|---|---|
| 7 | Copy Chat | 56 v.2 | 57 v.2 | 7A |