```
 1                    REPORTER'S RECORD
                   VOLUME 4 OF 7 VOLUMES
 2            TRIAL COURT CAUSE NO. 09-02494-CRF
        APPELLATE COURT CAUSE NO. 10-10-00297-CRF-272
 3

 4  THE STATE OF TEXAS         )  IN THE DISTRICT COURT
                               )
 5  vs.                        )  BRAZOS COUNTY, TEXAS
                               )
 6  GREGG CARL BAIRD           )  272ND JUDICIAL DISTRICT

 7

 8

 9  _____

10                   TRIAL ON THE MERITS            FILED
                                             TENTH COURT OF APPEALS
11                    MARCH 1, 2010
                                                 FEB 0 7 2011
12                        PLEA
                                             SHARRI ROESSLER, CLERK
13  _____

14                                             RECEIVED

15                  [ ORIGINAL ]                SEP 27 2010

16                                            COURT OF APPEALS
                                                 WACO, TEXAS
17

18      On the 1st day of March, 2010, the following

19  proceedings came on to be held in the above-titled

20  and numbered cause before the Honorable Travis B.

21  Bryan, III, Judge Presiding, held in Bryan, Brazos

22  County, Texas.

23      Proceedings reported by computerized stenotype

24  machine.

25
```

```
 1                A P P E A R A N C E S
 2
 3  SHANE PHELPS
    Assistant District Attorney
 4  300 East 26th Street, Suite 310
    Bryan, Texas   77803
 5  Phone:   (979) 361-4320
    SBOT: 15907530
 6
    Attorney for State
 7
 8
 9
10  JIM W. JAMES
    Law Offices of Jim James
11  P.O. Box 1146
    Bryan, Texas 77805
12  Phone (979) 846-1934
    SBOT:   10554250
13
    Attorney for Defendant
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                  CHRONOLOGICAL INDEX
 2   MARCH 1, 2010                                         VOL.
 3   Reporter's Certificate ........................17      5
 4
 5              EXHIBITS OFFERED BY THE STATE
 6
 7   NO.    DESCRIPTION                OFFER   ADMIT      VOL.
 8   1    Plea Papers                    11     11         5
 9   2    Plea Papers                    11     11         5
10   3    Plea Papers                    11     11         5
11   3A   Plea Papers                    11     11         5
12   4    Plea Papers                    11     11         5
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
8:52AM   1  PROCEEDINGS:   MARCH 1, 2010
         2              THE COURT:  Raise your right hand,
         3  Mr. Baird.
         4              (Defendant sworn.)
8:52AM   5              THE COURT:  Let me show you the
         6  indictment that has been handed down against you, and
         7  let me serve you with a copy of the indictment.
         8              Is your name in the upper left-hand
         9  corner spelled correctly?
8:52AM  10              DEFENDANT:  It is.
        11              THE COURT:  You have two days to prepare
        12  for a hearing after having received a copy of the
        13  indictment.  Are you willing to waive your two-day
        14  waiting period?
8:53AM  15              DEFENDANT:  Yes.
        16              THE COURT:  The charge is possession of
        17  child pornography, 13 counts.  I understand you will be
        18  pleading on 10 of those in this cause.
        19              Do you understand what you're charged
8:53AM  20  with?
        21              DEFENDANT:  Yes, sir.
        22              THE COURT:  Do you wish to have me read
        23  the entire indictment verbatim or do you waive the
        24  reading?
8:53AM  25              DEFENDANT:  I waive the reading.
```

```
8:53AM  1              THE COURT:  Let me show you State's
        2  Exhibit No. 1, which contains your state and
        3  constitutional rights and the things you're entitled to
        4  in a criminal case.
8:53AM  5              Have you been able to go over this with
        6  your attorney?
        7              DEFENDANT:  I have.
        8              THE COURT:  Did you understand it?
        9              DEFENDANT:  Yes, sir.
8:53AM 10              THE COURT:  These counts, each of them,
       11  are third-degree felonies.  I am required to tell you
       12  the range of punishment, especially since you're
       13  pleading without the benefit of a plea bargain.
       14              Each count carries a penalty of anywhere
8:53AM 15  from two years up to ten years in the Institutional
       16  Division and up to a $10,000 fine.
       17              Do you understand that range of
       18  punishment?
       19              DEFENDANT:  Yes.
8:54AM 20              MR. PHELPS:  I just want to make sure it
       21  is on the record that Mr. Baird understands that these
       22  cases are stacked.
       23              THE COURT:  The law allows the Court to
       24  stack sentences in this case, which means they would
8:54AM 25  run consecutively and not at the same time if the Court
```

```
8:54AM   1  chooses to do that.
         2              If the Court chooses not to do that,
         3  they would not run consecutively.
         4              Do you understand the possibility of the
8:54AM   5  stacking the sentences?
         6              DEFENDANT:  I do.
         7              THE COURT:  Now, you have a right to
         8  fight these counts.  That means that you can ask for a
         9  jury trial and you can plead not guilty and force the
8:54AM  10  State to prove this beyond a reasonable doubt.  Your
        11  attorney can cross-examine the witnesses against you.
        12  You can call witnesses on your own behalf and you can
        13  even testify if you want to.  If you do not testify,
        14  that could not be held against you.
8:54AM  15              Do you understand all of those rights?
        16              DEFENDANT:  I do.
        17              THE COURT:  Do you wish to fight any of
        18  these counts?
        19              DEFENDANT:  I do not.
8:55AM  20              THE COURT:  Do you waive all of the
        21  rights that I have gone over with you as well as any
        22  other rights that are contained in State's Exhibit
        23  No. 1?
        24              DEFENDANT:  I do.
8:55AM  25              THE COURT:  Are you satisfied?
```

```
8:55AM   1                MR. JAMES:  Except on the right to
         2   appeal, Judge.
         3                THE COURT:  You are not waiving your
         4   right to appeal.  That has been marked out, so that
8:55AM   5   would not be included.  You have the right to appeal
         6   your case.
         7                As to the other rights that are
         8   contained in this form, do you understand that you
         9   would be waiving those?
8:55AM  10                DEFENDANT:  I do.
        11                THE COURT:  Now, since this charge --
        12   these counts involve sex offenses, do you understand
        13   all the admonitions that have been given to you in a
        14   document that I have marked State's Exhibit No. 4?
8:55AM  15                DEFENDANT:  I do.
        16                THE COURT:  In each place you're
        17   supposed to initial any of these blanks.
        18                MR. JAMES:  I'm sorry, Judge.
        19                (Defendant initials blanks.)
8:56AM  20                THE COURT:  Your attorney has asked you
        21   to initial those and you have done that here in open
        22   court in each place where your initials appear.
        23   Correct?
        24                DEFENDANT:  Correct.
8:57AM  25                THE COURT:  You did sign with your
```

```
8:57AM   1  attorney on the back page?
         2                  DEFENDANT:  Correct.
         3                  THE COURT:  And each place where you
         4  initialed and signed, is that an indication that you
8:57AM   5  clearly understand and have been made aware of all of
         6  these ramifications of the sex offender laws and
         7  registration laws?
         8                  DEFENDANT:  Yes.
         9                  THE COURT:  Now, this, quote, plea
8:57AM  10  agreement -- which in some ways is not a plea
        11  agreement -- State's Exhibit No. 2, have you read that?
        12                  DEFENDANT:  Yes.
        13                  THE COURT:  Is that your signature on
        14  it?
8:57AM  15                  DEFENDANT:  It is.
        16                  THE COURT:  Is that your agreement in
        17  this case?
        18                  DEFENDANT:  It is.
        19                  MR. JAMES:  Judge, there is one other
8:57AM  20  thing that wasn't set to writing.
        21                  Also, the State has agreed not to file
        22  any of the non-charged images that were seized off of
        23  his computer.
        24                  MR. PHELPS:  That's correct, Your Honor.
8:58AM  25  Anything in our possession that we have at this time.
```

```
8:58AM   1              THE COURT:  That is a matter of record.
         2              Finally, I have marked these documents
         3    State's Exhibit Nos. 3 and 3A; 3A is a continuation of
         4    No. 3, and it is entitled "Request to Consider
8:58AM   5    Unadjudicated Offenses" which is a law, Section 12.45
         6    of the Texas Penal Code, which gives you the
         7    opportunity of pleading to certain matters, and having
         8    prosecution barred against you in those matters.
         9              The State could not go forward if I bar
8:58AM  10    prosecution based on their recommendation in the cause
        11    numbers and the counts that have been set out in this
        12    document marked State's Exhibits 3 and 3A -- paragraphs
        13    one through five on No. 3, and one and two in 3A.
        14              Do you understand how that law works and
8:59AM  15    was is involved in it?
        16              DEFENDANT:  Yes, sir.
        17              THE COURT:  How do you plead to these
        18    counts that are set forth in 3 and 3A?
        19              DEFENDANT:  Guilty.
8:59AM  20              THE COURT:  All right.
        21              How do you plead to Counts 1 through 10
        22    in Cause No.  09-02494, possession of child
        23    pornography; how do you plead to those ten counts?
        24              DEFENDANT:  Guilty.
8:59AM  25              THE COURT:  Are you pleading guilty to
```

```
8:59AM  1  each and every count?
        2                  DEFENDANT:  Correct.
        3                  THE COURT:  Are you pleading guilty
        4  because you are in fact guilty and for no other reason?
8:59AM  5                  DEFENDANT:  Yes.
        6                  THE COURT:  Has anybody put any pressure
        7  on you or promised you anything other than what is
        8  contained in this, quote, plea bargain agreement, which
        9  is -- as I said -- really in a way not a plea bargain
8:59AM 10  agreement?
       11                  DEFENDANT:  No, sir.
       12                  THE COURT:  You understand that you, by
       13  pleading guilty, are open to the full range of
       14  punishment as well as the possibility of the stacking
8:59AM 15  of the counts.
       16                  DEFENDANT:  I do.
       17                  THE COURT:  You do retain your right to
       18  appeal as part of this agreement.
       19                  DEFENDANT:  I do.
9:00AM 20                  THE COURT:  We have got State's 1 and 2,
       21  3, and 3A and 4.
       22                  What says the State?
       23                  MR. PHELPS:  We offer those exhibits
       24  Your Honor.
9:00AM 25                  MR. JAMES:  No objection.
```

```
9:00AM   1                THE COURT:  All of those exhibits are
         2  now admitted into evidence.
         3            (State's Exhibit Nos. 1, 2, 3, 3A & 4
         4  admitted into evidence.)
9:00AM   5                THE COURT:  Do you want me to find him
         6  guilty today or are we going to wait on that; or what?
         7                MR. PHELPS:  That is up to you, however.
         8  I mean, technically speaking -- yeah, I think that is
         9  probably best at this point.
9:00AM  10                THE COURT:  Based on your plea and the
        11  evidence adduced, Mr. Baird, I do find you guilty of
        12  each of the first ten counts of the indictment that you
        13  pled to and convict you of those counts.
        14                As to the counts that are contained in
9:00AM  15  the request to consider unadjudicated offenses, I bar
        16  prosecution in each of those counts.
        17                We will reset your punishment hearing
        18  for a later date.
        19                MR. JAMES:  Judge, may I put a few
9:01AM  20  things on the record?
        21                THE COURT:  Go right ahead, sir.
        22                MR. JAMES:  Gregg, we talked about how
        23  to handle this case; you and I discussed it at length.
        24  I indicated to you at length the State's plea bargain
9:01AM  25  offer and you turned that down.  Right?
```

```
9:01AM   1               DEFENDANT:  I'm sorry?
         2               MR. JAMES:  I communicated to you the
         3   State's plea bargain offer that you did not want to
         4   take, is that right?
9:01AM   5               DEFENDANT:  Correct.
         6               MR. JAMES:  I also told you that if we
         7   went to jury trial, the one advantage of a jury trial
         8   is what we call a second bite of the apple on the
         9   search issue.  We could have gotten a jury charge on
9:01AM  10   that search issue.  You remember I told you that was
        11   the one advantage of doing that.  Correct?
        12               DEFENDANT:  Correct.
        13               MR. JAMES:  But you said -- and I think
        14   that it was probably a wise decision -- you decided
9:01AM  15   that you did not want to go that route.  Is that
        16   correct?
        17               DEFENDANT:  Correct.
        18               MR. PHELPS:  Just one thing.
        19               THE COURT:  Yes, sir.
9:02AM  20               MR. PHELPS:  What I was concerned about
        21   and what I mentioned to Mr. James is that if he has now
        22   been now found guilty he is not eligible for deferred
        23   adjudication.  The Court can't grant that.
        24               MR. JAMES:  Technically it wasn't part
9:02AM  25   of our plea bargain agreement.  My client and I didn't
```

```
9:02AM  1  really discuss that issue.
        2              THE COURT:  Do you want me to withdraw
        3  the finding of guilt at this point?
        4              MR. JAMES:  I think to cover -- let me
9:02AM  5  discuss.
        6          (Discussion off the record.)
        7              MR. JAMES:  Judge, I think that would be
        8  the best, just to have that full range available to the
        9  Court.
9:03AM 10              THE COURT:  All right.  The Court
       11  withdraws the conviction and the finding of guilt and
       12  withholds that finding until the -- if the Court does
       13  so -- at the punishment phase.
       14              MR. PHELPS:  Just for the record, since
9:03AM 15  the Court has mentioned a couple of times the
       16  quote/unquote plea bargain, it probably wouldn't hurt
       17  to have a recitation of exactly what we're doing here,
       18  and that is, my understanding of our agreement is that
       19  Mr. Baird has agreed to plead guilty to the Court and
9:03AM 20  go to the Court for punishment, preserving his right to
       21  appeal the Court's ruling on the motion to suppress.
       22  The State has agreed to 12.45 90 of the counts in
       23  exchange for a plea of guilty on the 10 counts of child
       24  pornography.  I think that pretty much states the sum.
9:03AM 25              So technically, this is not a plea
```

```
9:03AM   1   bargain insomuch as we have agreed to 12.45 on 90
         2   counts and he has agreed to plead guilty to 10, and we
         3   have both agreed to go to you for punishment.
         4                THE COURT:  This plea agreement sets
9:04AM   5   that out, just what you said there.  Right?
         6                MR. JAMES:  Yes, sir.
         7                THE COURT:  This is all on here what you
         8   just said?
         9                MR. PHELPS:  Yes, it is.  I probably
9:04AM  10   don't have to say this because the Court has withdrawn
        11   the findings of guilt, but I presume also that the
        12   12.45, the 90 counts we're still -- if something
        13   happens between now and sentencing, I am going to feel
        14   free to go ahead and prosecute those other 90 charges.
9:04AM  15                THE COURT:  Withdrawing the 12.45 order?
        16                MR. JAMES:  If he, like, jumps bond or
        17   something.  Is that what you're talking about?
        18                MR. PHELPS:  Yes, I am not bound by that
        19   12.45 until such time as the Court --
9:04AM  20                MR. JAMES:  If he jumps bond or
        21   something, we understand, Judge, that all bets are off.
        22                MR. PHELPS:  Obviously, if we have a
        23   sentencing hearing and go through with all that, then
        24   obviously the 12.45 attaches.  I just think we need to
9:04AM  25   be in the posture --
```

```
9:05AM   1                   MR. JAMES:  Then we could ask for an
         2   jury trial.
         3                   MR. PHELPS:  Yes.
         4                   MR. JAMES:  That's fine.
9:05AM   5                   THE COURT:  I am withdrawing also the
         6   barring of prosecution under 12.45 of the other counts
         7   at this time also.
         8                   MR. JAMES:  Do you understand, Gregg?
         9                   DEFENDANT:  Yes.
9:05AM  10                   MR. JAMES:  Assuming you don't jump
        11   bond, assuming you don't shoot somebody.
        12                   DEFENDANT:  I understand.
        13                   MR. JAMES:  I'm not talking about a
        14   speeding ticket or something.  Assuming no major
9:05AM  15   problems, then all that will be done at that point.
        16                   DEFENDANT:  Okay.
        17                   MR. JAMES:  Just as the judge said:  The
        18   full range of punishment, from deferred all the way
        19   through stacking of sentences.
9:05AM  20                   DEFENDANT:  Yes, sir.
        21                   MR. PHELPS:  I think that is everything,
        22   Judge.
        23                   THE COURT:  Anything else?
        24                   MR. JAMES:  No.
        25                   (Adjourned.)
```

```
 1  STATE OF TEXAS
    COUNTY OF BRAZOS
 2
 3              I, Carolyn J. White, Former Official Court
 4  Reporter in and for the 272nd District Court of Brazos
 5  County, State of Texas, do hereby certify that the
 6  above and foregoing pages contain a true and correct
 7  transcription of all portions of evidence and other
 8  proceedings requested in writing by counsel for the
 9  parties to be included in this volume of the Reporter's
10  Record in the above-styled and numbered cause, all of
11  which occurred in open court or in chambers and were
12  reported by me.
13              I further certify that this Reporter's Record
14  of the proceedings truly and correctly reflects the
15  exhibits, if any, offered by the respective parties.  I
16  further certify that the total cost for the preparation
17  of this Reporter's Record is $123.50 and was paid/will
18  be paid for by DEFENDANT.
19              WITNESS MY OFFICIAL HAND this the 30th day of
20  August, 2010.
21
22                          _____
23                          Carolyn J. White, CSR, RPR
                            Texas CSR 6411 Expiration: 12/31/10
24                          1814 Shadowwood Drive
                            College Station, TX  77840
25                          Phone (979) 696-3457
```