```
                    REPORTER'S RECORD
                  VOLUME 6 OF 7 VOLUMES
              TRIAL COURT CAUSE NO. 09-02494-CRF
           APPELLATE COURT CAUSE NO. 10-10-00297-CRF-272
```

| | | |
|---|---|---|
| THE STATE OF TEXAS | ) | IN THE DISTRICT COURT |
| vs. | ) | BRAZOS COUNTY, TEXAS |
| GREGG CARL BAIRD | ) | 272ND JUDICIAL DISTRICT |

---

## COURT'S RULING

---

**ORIGINAL**

**RECEIVED SEP 27 2010 COURT OF APPEALS WACO, TEXAS**

On the 29th day of July, 2010, the following proceedings came on to be held in the above-titled and numbered cause before the Honorable Travis B. Bryan, III, Judge Presiding, held in Bryan, Brazos County, Texas.

Proceedings reported by computerized stenotype machine.

**FILED TENTH COURT OF APPEALS FEB 07 2011**

DENISE C. MACKAY, CSR, RPR
(979) 361-4219

SHARRI ROESSLER, CLERK

```
 1                        APPEARANCES

 2  MR. SHANE P. PHELPS
    SBOT NO. 15907530
 3  BRAZOS COUNTY DISTRICT ATTORNEY'S OFFICE
    300 East 26th Street
 4  Suite 310
    Bryan, Texas 77803
 5  Telephone:  (979) 361-4338
    Counsel for the State of Texas
 6
    MR. JIM W. JAMES III
 7  SBOT NO. 10554250
    LAW OFFICE OF JIM W. JAMES, III
 8  PO Box 1146
    Bryan, Texas 77806
 9  Telephone:  (979) 846-1934
    Counsel for the Defendant
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        I N D E X
                          VOLUME 6
 2                     (COURT'S RULING)

 3                                                  Page   Vol

 4  JULY 29, 2010

 5  Court's Ruling ..............................    4      6

 6  Adjournment .................................    7      6

 7  Court Reporter's Certificate ................    8      6

 8

 9

10                       EXHIBITS INDEX
                           VOLUME 6
11                     (COURT'S RULING)

12  STATE'S
    EXHIBIT      DESCRIPTION              OFFERED   ADMITTED
13
    3            12.45 Form                  4         4
14
    4            12.45 Form                  4         4
15
```

DENISE C. MACKAY, CSR, RPR
(979) 361-4219

```
 1                      P R O C E E D I N G S
 2              (July 29, 2010, Open Court, Defendant
 3                       Present, No Jury.)
 4              THE COURT:  Be seated.
 5              Case Number 09-02494, State v. Gregg
 6  Baird.  Are you ready to proceed?
 7              MR. JAMES:  Yes, your Honor.
 8              THE COURT:  Will the Defendant please
 9  rise?
10              (Defendant rises.)
11              THE COURT:  Based on your plea of
12  guilty and the evidence produced, I will find that you
13  are guilty of the first ten counts of this cause
14  number.  I will bar prosecution in the counts that are
15  set out on the 12.45 form which has been marked
16  State's Exhibit Number 3.
17              State's 3 is admitted into evidence.
18              State's 4, being a similar form, is
19  also admitted into evidence.  The causes described on
20  that are also barred.
21              (State's Exhibit Numbers 3 and 4 offered and
22  admitted.)
23              THE COURT:  In the first count of this
24  case, Count Number 1, I assess your punishment at ten
25  years imprisonment in the Texas Department of Criminal
```

1  Justice Institutional Division, no probation.  You are
2  hereby sentenced to serve ten years.
3              In the second count running
4  consecutively with the first count, I assess your
5  punishment at five years in the Institutional
6  Division, five years; and that will be stacked on top
7  of the ten given to you under Count 1.
8              In the third count, I assess your
9  punishment at ten years in the Institutional Division
10 stacked again on top of the Count 1 sentence and in
11 Count 2 sentence.  However, I will suspend the
12 imposition of that sentence and place you on probation
13 for a period of ten years.  You will be required to
14 serve that probated sentence after your release on
15 Counts 1 and 2.
16             As to the remaining seven cases, in
17 each case, I sentence you to ten years in the
18 Institutional Division without probation.  Those
19 ten-year sentences will run concurrent with the
20 ten-year sentence in Count 1.
21             Mr. Baird, by your own admission, you
22 have knowingly participated, although indirectly, in
23 the sexual abuse of hundreds of children shown in
24 these 64,000 images.  This sentence hopefully sends a
25 message to this community that this will not be

tolerated in Brazos County, but it's also tempered with enough mercy where you will have some of your life in the free world left to live if you do what you're supposed to in prison and do what you're supposed to on probation. We have an excellent sex offender treatment program here in Brazos County, and I know they will assist you as well as the psychologist that conducts the sexual treatment.

As you said in your testimony -- and I agree with you -- God can change hearts; and I believe that He'll do that. He can do that for anybody that will fully yield his heart up and not continue to gratify himself as you have done in the past.

In one of the chats that you wrote, you mentioned that the sexual urge at that particular time was a ticking time bomb. I just hope that you will do what you need to do; and hopefully, I have done what I needed to do to keep that ticking time bomb from going off and damaging some child.

You have a right to appeal this case, and I need to inform you now that the first level of appeal is to the Tenth Court of Appeals in Waco. If you lose at that level, you can appeal to the next level by petition for discretionary review to the Court of Criminal Appeals in Austin.

1            You need to stay in touch with your
2  attorney wherever you are in prison and make sure
3  you're informed of the result at the first level
4  because you're not entitled to counsel at the second
5  level of appeal -- necessarily entitled to counsel;
6  and unless you find out that you've lost your case,
7  you won't know enough to file a petition for
8  discretionary review on your own behalf.  You have
9  here one of the finest appellate lawyers in Texas, so
10 I'm sure he'll keep you informed on all of that.
11            I have a Trial Court Certification for
12 you and your attorney to sign, please.
13            MR. WETZEL:  Would you like for me to
14 come up and get that?
15            THE COURT:  Yes, sir.
16            I'd like to thank both of the attorneys
17 for the excellent job they did in presenting this
18 case.
19            Is there anything else from either
20 side?
21            MR. PHELPS:  Nothing from the State.
22            MR. JAMES:  No, your Honor.
23            THE COURT:  This hearing is adjourned.
24
25

```
 1  STATE OF TEXAS
 2  COUNTY OF BRAZOS
 3
 4        I, Denise C. MacKay, Deputy Official Court
 5  Reporter in and for the 272nd District Court of
 6  Brazos County, State of Texas, do hereby certify that
 7  the above and foregoing contains a true and correct
 8  transcription of all portions of evidence and other
 9  proceedings requested in writing by counsel for the
10  parties to be included in this volume of the
11  Reporter's Record in the above-styled and numbered
12  cause, all of which occurred in open court or in
13  chambers and were reported by me.
14        I further certify that this Reporter's Record of
15  the proceedings truly and correctly reflects the
16  exhibits, if any, offered by the respective parties.
17        I further certify that the total cost for the
18  preparation of this Reporter's Record is $40.00 and
19  was paid/will be paid by Mr. Richard E. Wetzel,
20  Appellate Counsel for Defendant.
21                          Denise C. MacKay
                            Denise C. MacKay, CSR 6482
22                          Expiration: 12/31/2011
                            Deputy Official Court Reporter
23                          272nd District Court
                            Brazos County, Texas
24                          300 E. 26th Street, Suite 204
                            Bryan, Texas 77803
25                          Telephone: (979) 361-4219
```