# Scanned Jun 10, 2013

## CCA Scanning Cover Sheet



2528201

CaseNumber: PD-0159-12
EventDate: 06/03/2013
Style 1: BAIRD, GREGG
Style 2:
Event code: MANDATE ISSD

EventID: 2528201
Applicant first name:
Applicant last name:
Offense: 43.26
Offense code: Poss or Promotion of Child Pornography
Trial court case number: 09-02494-CRF-272
Trial court name: 272nd District Court
Trial court number: 320210272
County: Brazos
Trial court ID: 176
Event map code: MANDATE
Event description:
Event description code:
Remarks:

☐ Document Scanned                               ☐ Created or
                                                 ☐ Appended

Scanned by        date          Image ID

Comment

printed by  JBrown
printed on  6/3/2013 10:22:19 AM

vers 1.1 mtc
Page 1 of 1

Scanned Jun 10, 2013



## TEXAS COURT OF CRIMINAL APPEALS
Austin, Texas

## MANDATE

TRIAL COURT NO. 09-02494-CRF-272

COURT OF APPEALS NO. 10-10-00297-CR

THE STATE OF TEXAS,

TO THE 272ND DISTRICT COURT OF BRAZOS COUNTY — GREETINGS:

Before our COURT OF CRIMINAL APPEALS, on MAY 8, 2013, the cause upon appeal to review, revise or reverse your Judgment between:

### GREGG CARL BAIRD
### VS.
### THE STATE OF TEXAS

CCRA NO. PD-0159-12

was determined; and therein our said COURT OF CRIMINAL APPEALS made its order in these words:

"This cause came on to be heard on the APPELLANT'S Petition for Discretionary Review, and the same being inspected, it is ORDERED, ADJUDGED AND DECREED by the Court that the Petition for Discretionary Review be GRANTED.

The judgment of the Court of Appeals is AFFIRMED, in accordance with the Opinion of this Court, and that this decision be certified below for observance."

WHEREFORE, We command you to observe the order of our said COURT OF CRIMINAL APPEALS in this behalf and in all things to have it duly RECOGNIZED, OBEYED AND EXECUTED.

WITNESS, THE HONORABLE SHARON KELLER, Presiding Judge of our said COURT OF CRIMINAL APPEALS, with the Seal thereof annexed, at the City of Austin, on this day Monday, June 03, 2013.

ABEL ACOSTA, Clerk

_____, Chief Deputy Clerk
John Brown

COPY

Scanned Jun 10, 2013



RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 1 0 2013

Abel Acosta, Clerk

## COURT OF CRIMINAL APPEALS

### MANDATE RECEIPT ACKNOWLEDGEMENT

Monday, June 03, 2013

Case Number PD-0159-12

BAIRD, GREGG

COA No. 10-10-00297-CR   Tr. Ct. No. 09-02494-CRF-272

Brazos County, 272nd District Court

Pursuant to Rule 51.2(a)(1) T.R.A.P, I, _Ashley Moyher_, hereby acknowledge receipt of the mandate of the Court of Criminal Appeals on __6/5/13__ in the above numbered and styled case.

**PLEASE RETURN UPON RECEIPT**

ATTN: ABEL ACOSTA