## CCA Scanning Cover Sheet



2528201

CaseNumber: PD-0159-12
EventDate: 06/03/2013
Style 1: BAIRD, GREGG
Style 2:
Event code: MANDATE ISSD

EventID: 2528201
Applicant first name:
Applicant last name:
Offense: 43.26
Offense code: Poss or Promotion of Child Pornography
Trial court case number: 09-02494-CRF-272
Trial court name: 272nd District Court
Trial court number: 320210272
County: Brazos
Trial court ID: 176
Event map code: MANDATE
Event description:
Event description code:
Remarks:

☐ Document Scanned ☐ Created or
☐ Appended

Scanned by          date          Image ID

Comment     SCANNED
            JUN 10 2013

3

printed by JBrown
printed on 6/3/2013 10:22:19 AM
vers 1.1 mtc
Page 1 of 1



# TEXAS COURT OF CRIMINAL APPEALS
## Austin, Texas

## M A N D A T E

### TRIAL COURT NO. 09-02494-CRF-272
### COURT OF APPEALS NO. 10-10-00297-CR

THE STATE OF TEXAS,

TO THE  272ND DISTRICT COURT OF BRAZOS COUNTY  -- GREETINGS:

Before our **COURT OF CRIMINAL APPEALS**, on **MAY 8, 2013**, the cause upon appeal to review, revise or reverse your Judgment between:

### GREGG CARL BAIRD

### VS.

### THE STATE OF TEXAS

**CCRA NO. PD-0159-12**

was determined; and therein our said **COURT OF CRIMINAL APPEALS** made its order in these words:

"This cause came on to be heard on the **APPELLANT'S** Petition for Discretionary Review, and the same being inspected, it is **ORDERED, ADJUDGED AND DECREED** by the Court that the Petition for Discretionary Review be **GRANTED**.

The judgment of the Court of Appeals is **AFFIRMED**, in accordance with the Opinion of this Court, and that this decision be certified below for observance."

**WHEREFORE,** We command you to observe the order of our said **COURT OF CRIMINAL APPEALS** in this behalf and in all things to have it duly **RECOGNIZED, OBEYED AND EXECUTED.**

WITNESS, **THE HONORABLE SHARON KELLER**, Presiding Judge

of our said **COURT OF CRIMINAL APPEALS**,

with the Seal thereof annexed, at the City of Austin,

on this day **Monday, June 03, 2013**.

ABEL ACOSTA, Clerk

_____, Chief Deputy Clerk
John Brown

**COPY**



RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 1 0 2013

Abel Acosta, Clerk

## COURT OF CRIMINAL APPEALS

## MANDATE RECEIPT ACKNOWLEDGEMENT

Monday, June 03, 2013

Case Number PD-0159-12

BAIRD, GREGG

COA No. 10-10-00297-CR    Tr. Ct. No. 09-02494-CRF-272

Brazos County, 272nd District Court

Pursuant to Rule 51.2(a)(1) T.R.A.P, I, _Ashley Morgan_, hereby acknowledge receipt of the mandate of the Court of Criminal Appeals on _6/5/13_ in the above numbered and styled case.

**PLEASE RETURN UPON RECEIPT**

**ATTN: ABEL ACOSTA**