Entries

| Name | Date 1 | Date 2 | Date 3 | Ext | Path |
|---|---|---|---|---|---|
| 1 (107).avi | 02/23/09 06:20:05AM | 02/23/09 06:19:59AM | 11/11/07 02:52:24PM | avi | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\1 (107).avi |
| S!Q!E690.avi | 02/23/09 06:21:27AM | 02/23/09 06:21:27AM | 02/23/09 06:21:27AM | avi | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\1 (107).avi |
| Boy_Sex.part2.rar | 02/26/09 04:38:36AM | 02/26/09 04:38:36AM | 02/26/09 05:09:25AM | rar | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\Boy_Sex.part2.rar |
| Boy_Sex.part1.rar | 02/26/09 04:56:56AM | 02/26/09 04:56:56AM | 02/26/09 05:09:25AM | rar | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\Boy_Sex.part1.rar |
| S!8MUCLN.rar | 02/26/09 05:09:24AM | 02/26/09 05:09:24AM | 02/26/09 05:09:24AM | rar | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\S!8MUCLN.rar |
| S!59!TC!4.rar | 02/26/09 05:09:24AM | 02/26/09 05:09:24AM | 02/26/09 05:09:24AM | rar | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\S!59!TC!4.rar |
| 10.rar.001 | 03/02/09 04:14:59AM | 03/02/09 04:14:59AM | 04/12/09 03:35:59AM | 001 | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\10.rar.001 |
| 10.rar.002 | 03/02/09 04:39:35AM | 03/02/09 04:39:35AM | 04/12/09 03:36:59AM | 002 | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\10.rar.002 |
| 10.rar.003 | 03/02/09 06:22:10AM | 03/02/09 06:22:10AM | 04/12/09 03:36:59AM | 003 | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\10.rar.003 |
| ascf.txt | 03/02/09 06:43:55AM | 03/02/09 06:43:54AM | 03/03/09 05:55:21AM | txt | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\ascf.txt |
| new.part1.rar | 03/03/09 04:31:45AM | 03/03/09 04:31:45AM | 04/12/09 03:36:59AM | rar | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\new.part1.rar |
| 4865456y.rar | 03/03/09 05:47:51AM | 03/03/09 05:47:51AM | 03/03/09 05:55:22AM | rar | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\4865456y.rar |
| 10.rar.004 | 03/03/09 05:48:12AM | 03/03/09 05:48:12AM | 03/03/09 05:55:22AM | 004 | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\10.rar.004 |
| 10.rar | 03/03/09 05:52:11AM | 03/03/09 05:52:11AM | 03/03/09 09:14:46PM | rar | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\10.rar |
| S!QW8bVR.002 | 03/03/09 05:55:21AM | 03/03/09 05:55:21AM | 03/03/09 05:55:21AM | 002 | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\S!QW8bVR.002 |
| S!LB7WYX.rar | 03/03/09 05:55:21AM | 03/03/09 05:55:21AM | 03/03/09 05:55:21AM | rar | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\S!LB7WYX.rar |
| S!TO!2kKC.txt | 03/03/09 06:56:21AM | 03/03/09 06:56:21AM | 03/03/09 05:55:21AM | txt | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\S!TO!2kKC.txt |
| S!99GDIK.001 | 03/03/09 08:51:17PM | 03/03/09 08:51:17PM | 03/20/09 09:14:46PM | 001 | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\S!99GDIK.001 |
| S!W0bVO70.004 | 03/03/09 09:36:50PM | 03/03/09 09:36:52PM | 03/03/09 09:14:46PM | 004 | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\S!W0bVO70.004 |
| Swissboy02_13.part1.rar | 03/04/09 09:59:38PM | 03/04/09 09:59:38PM | 03/04/09 09:14:46PM | rar | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\Swissboy02_13.part1.rar |
| Swissboy02_13.part2.rar | 03/04/09 05:52:35AM | 03/04/09 05:52:35AM | 03/04/09 03:14:46PM | rar | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\Swissboy02_13.part2.rar |
| Swissboy02_13.part3.rar | 03/04/09 06:00:59AM | 03/04/09 06:00:59AM | 03/04/09 03:18:AM | rar | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\Swissboy02_13.part3.rar |
| 5641651.rar | 03/04/09 06:03:09AM | 03/04/09 06:14:55AM | 03/04/09 03:33:30AM | rar | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\5641651.rar |
| 20b1b0e.jpg | 03/04/09 06:03:18AM | 03/04/09 06:03:18AM | 03/04/09 06:03:30AM | jpg | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\20b1b0e.jpg |
| S!932LIQ.rar | 03/04/09 06:03:18AM | 03/04/09 06:03:30AM | 03/04/09 06:03:30AM | rar | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\S!932LIQ.rar |
| S!J.OXTSI.jpg | 03/20/09 06:17:05AM | 03/20/09 06:17:05AM | 03/20/09 03:15:07PM | jpg | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\S!J.OXTSI.jpg |
| 65435131.rar | 03/04/09 01:17:26PM | 03/04/09 01:17:26PM | 03/04/09 09:15:07PM | rar | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\65435131.rar |
| NAPP__part01.rar | 03/04/09 05:59:12AM | 03/04/09 05:59:13AM | 03/04/09 06:00:13AM | rar | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\NAPP__part01.rar |
| 6567867.rar | | | | rar | Maxtor One Touch 4 #2/I4O26Z9I/S!RECYCLE.BIN\S-1-5-21-4254798503-1654840205-1578491B8-1000\6567867.rar |

Entries

| Name | Ext | Date | Time | Date | Time | Date | Time | Path | Code |
|---|---|---|---|---|---|---|---|---|---|
| $I3XUW01.rar | rar | 03/09/09 | 06:00:12AM | 03/09/09 | 06:00:12AM | 03/09/09 | 06:00:12AM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\$I3XUW01.rar |  |
| 645568.rar | rar | 03/09/09 | 06:26:34AM | 03/09/09 | 06:26:34AM | 03/09/09 | 06:26:34AM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\645568.rar |  |
| SIKC7HF.rar | rar | 03/09/09 | 07:15:44AM | 03/09/09 | 07:15:44AM | 03/09/09 | 07:15:44AM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\SIKC7HF.rar | SRKIC7HF |
| 032.rar | rar | 03/10/09 | 06:09:42AM | 03/10/09 | 06:09:42AM | 03/10/09 | 06:09:42AM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\032.rar |  |
| 49.avi | avi | 03/10/09 | 06:10:03AM | 03/10/09 | 06:10:35AM | 03/10/09 | 06:10:35AM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\49.avi |  |
| $IBQVE1P.avi | avi | 01/22/09 | 12:12:25AM | 03/10/09 | 06:10:35AM | 03/10/09 | 06:10:35AM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\$IBQVE1P.avi | SRBQVE1F |
| $ILRTJ3N.rar | rar | 03/10/09 | 06:10:55AM | 03/10/09 | 06:10:55AM | 03/10/09 | 06:10:55AM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\$ILRTJ3N.rar |  |
| Crimean_Whizzers_17z | 7z | 07:43:13AM | 07:43:13AM | 03/10/09 | 07:43:13AM | 03/10/09 | 08:15:07PM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\Crimean_Whizzers_17z | SRY37H5C |
| Boys_in_bath.rar | rar | 03/10/09 | 05:03:29PM | 03/10/09 | 05:04:35PM | 03/10/09 | 05:04:35PM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\Boys_in_bath.rar |  |
| $ISSST4.rar | rar | 03/10/09 | 05:04:35PM | 03/10/09 | 05:04:35PM | 03/10/09 | 05:04:35PM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\$ISSST4.rar | SRSSST4 |
| MVI_1085.part1.rar | rar | 03/12/09 | 07:01:21AM | 10:43:23AM | 10:43:23AM | 03/12/09 | 10:43:23AM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\MVI_1085.part1.rar | SR8BKGJN |
| MVI_1085.part2.rar | rar | 03/12/09 | 07:29:47AM | 07:29:47AM | 03/12/09 | 07:29:47AM | 03/12/09 | 10:43:23AM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\MVI_1085.part2.rar | SR6EAY65 |
| MVI_1085.part3.rar | rar | 03/12/09 | 07:46:54AM | 07:46:54AM | 03/12/09 | 07:46:54AM | 03/12/09 | 10:43:23AM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\MVI_1085.part3.rar | SRRAYTUE |
| 074_17m_.part1.rar | rar | 03/12/09 | 08:13:15AM | 08:13:15AM | 03/12/09 | 08:13:15AM | 03/12/09 | 08:15:07PM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\074_17m_.part1.rar | SRBV0IDC |
| 074_17m_.part2.rar | rar | 03/12/09 | 10:16:51AM | 10:16:51AM | 03/12/09 | 10:16:51AM | 03/12/09 | 08:15:07PM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\074_17m_.part2.rar | SRNZ8K9U |
| 074_17m_.part3.rar | rar | 03/12/09 | 10:37:58AM | 10:37:58AM | 03/12/09 | 10:37:58AM | 03/12/09 | 08:15:07PM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\074_17m_.part3.rar | SRZJ1SWU |
| $IRAYTUE.rar | rar | 03/12/09 | 10:42:23AM | 10:43:23AM | 03/12/09 | 10:43:23AM | 03/12/09 | 08:15:07PM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\$IRAYTUE.rar |  |
| $ISEAY65.rar | rar | 03/12/09 | 10:43:23AM | 10:43:23AM | 03/12/09 | 10:43:23AM | 03/12/09 | 08:15:07PM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\$ISEAY65.rar |  |
| $IBKGJN.rar | rar | 03/12/09 | 10:43:23AM | 10:43:23AM | 03/12/09 | 10:43:23AM | 03/12/09 | 08:15:07PM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\$IBKGJN.rar |  |
| 074_17m_.part4.rar | rar | 03/12/09 | 11:04:21AM | 11:04:21AM | 03/12/09 | 11:04:21AM | 03/12/09 | 08:15:07PM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\074_17m_.part4.rar |  |
| B01_200Mb_ver_.part1.rar | rar | 03/14/09 | 04:18:59PM | 04:18:59PM | 03/14/09 | 04:19:07PM | 03/14/09 | 05:07PM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\B01_200Mb_ver_.part1.rar | SRWJGF3E |
| B01_200Mb_ver_.part2.rar | rar | 03/12/09 | 05:01:27PM | 05:01:27PM | 03/12/09 | 05:01:36PM | 03/14/09 | 05:07PM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\B01_200Mb_ver_.part2.rar | SR6FFAAW |
| B01_200Mb_ver_.part3.rar | rar | 03/12/09 | 05:22:37PM | 05:22:37PM | 03/12/09 | 05:22:38PM | 03/14/09 | 05:07PM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\B01_200Mb_ver_.part3.rar | SRP19T6O |
| 074_17m_.part3 - Copy.rar | rar | 03/12/09 | 05:22:57PM | 05:22:57PM | 03/12/09 | 05:22:57PM | 03/14/09 | 05:07PM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\074_17m_.part3 - Copy.rar | SRGVHGP1 |
| B01_200Mb_ver_.part1 - Copy.rar | rar | 03/12/09 | 05:22:58PM | 05:22:58PM | 03/12/09 | 05:22:58PM | 03/14/09 | 05:07PM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\B01_200Mb_ver_.part1 - Copy.rar | SRY9ATTJ |
| B01_200Mb_ver_.part2 - Copy.rar | rar | 03/12/09 | 05:23:10PM | 05:23:10PM | 03/12/09 | 05:23:10PM | 03/14/09 | 05:07PM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\B01_200Mb_ver_.part2 - Copy.rar | SRDMMT47 |
| B01_200Mb_ver_.part3 - Copy.rar | rar | 03/12/09 | 05:23:27PM | 05:23:27PM | 03/12/09 | 05:23:27PM | 03/14/09 | 05:07PM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\B01_200Mb_ver_.part3 - Copy.rar | SRALMVRF |
| 074_17m_.part1 - Copy.rar | rar | 03/12/09 | 05:23:41PM | 05:23:41PM | 03/12/09 | 08:13:15AM | 03/14/09 | 05:07PM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\074_17m_.part1 - Copy.rar | SRH5536SI |
| 074_17m_.part2 - Copy.rar | rar | 03/12/09 | 05:23:42PM | 05:23:42PM | 03/12/09 | 10:16:51AM | 03/14/09 | 05:07PM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\074_17m_.part2 - Copy.rar | SR4DRX0U |
| test01.part1.rar | rar | 03/20/09 | 08:18:46PM | 08:18:46PM | 03/20/09 | 08:18:46PM | 03/20/09 | 08:18:46PM | Maxtor One Touch 4 #2\A2X6Z9\CS\RECYCLE.BIN\S-1-5-21-4254798503-165484085-1573749188-1000\test01.part1.rar | SR8OCURC |

Entries

file:///E:/Maxtor%/...ecycled.html

2/23/2010 12:33 PM

| File | Type | Date 1 | Date 2 | Date 3 | Path |
|---|---|---|---|---|---|
| test01_part2.rar | rar | 03/20/09 08:00:17PM | 03/20/09 09:00:17PM | 03/20/09 09:11:14PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\test01_part2.rar |
| test01_part3.rar | rar | 03/20/09 09:11:14PM | 03/20/09 09:11:14PM | 03/20/09 11:14:34PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\test01_part3.rar |
| Swissboy02_13.part1 - Copy.rar | rar | 03/20/09 09:14:37PM | 03/20/09 09:14:37PM | 08:51:18PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\Swissboy02_13.part1 - Copy.rar |
| $IDC73NF.rar | rar | 03/20/09 09:14:45PM | 03/20/09 09:14:46PM | 09:15:07PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\$IDC73NF.rar |
| $INLT8M2.rar | rar | 03/20/09 09:14:45PM | 03/20/09 09:14:46PM | 09:14:46PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\$INLT8M2.rar |
| $IH051VB.rar | rar | 03/20/09 09:14:46PM | 03/20/09 09:14:46PM | 09:14:46PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\$IH051VB.rar |
| $IB1UG0X.rar | rar | 03/20/09 09:14:46PM | 03/20/09 09:14:46PM | 09:14:48PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\$IB1UG0X.rar |
| $I05I9CB5.rar | rar | 03/20/09 09:14:46PM | 03/20/09 09:14:46PM | 09:14:46PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\$I05I9CB5.rar |
| $I0S8FGCJ.rar | rar | 03/20/09 09:14:46PM | 03/20/09 09:14:46PM | 09:14:46PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\$I0S8FGCJ.rar |
| $I0BF3U.rar | rar | 03/20/09 09:14:46PM | 03/20/09 09:14:46PM | 09:14:46PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\$I0BF3U.rar |
| $IUTFS3D.rar | rar | 03/20/09 09:14:46PM | 03/20/09 09:14:46PM | 09:14:48PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\$IUTFS3D.rar |
| $IP1GTSQ.rar | rar | 03/20/09 09:15:07PM | 03/20/09 09:15:07PM | 09:15:07PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\$IP1GTSQ.rar |
| $IASTM5.rar | rar | 03/20/09 09:15:07PM | 03/20/09 09:15:07PM | 09:15:07PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\$IASTM5.rar |
| $IGVH0F1.rar | rar | 03/20/09 09:15:07PM | 03/20/09 09:15:07PM | 09:15:07PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\$IGVH0F1.rar |
| $IY9A7TJ.rar | rar | 03/20/09 09:15:07PM | 03/20/09 09:15:07PM | 09:15:07PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\$IY9A7TJ.rar |
| $I4LMVRR.rar | rar | 03/20/09 09:15:07PM | 03/20/09 09:15:07PM | 09:15:07PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\$I4LMVRR.rar |
| $I6FFAW4.rar | rar | 03/20/09 09:15:07PM | 03/20/09 09:15:07PM | 09:15:07PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\$I6FFAW4.rar |
| $I9J4E0C.rar | rar | 03/20/09 09:15:07PM | 03/20/09 09:15:07PM | 09:15:07PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\$I9J4E0C.rar |
| $IY3YHSC.7z | 7z | 03/20/09 09:15:07PM | 03/20/09 09:15:07PM | 09:15:07PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\$IY3YHSC.7z |
| $IEB0S0.rar | rar | 03/20/09 09:15:07PM | 03/20/09 09:15:07PM | 09:15:07PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\$IEB0S0.rar |
| $IN2BK9J.rar | rar | 03/20/09 09:15:07PM | 03/20/09 09:15:07PM | 09:15:07PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\$IN2BK9J.rar |
| $IBVOI0Q.rar | rar | 03/20/09 09:15:07PM | 03/20/09 09:15:07PM | 09:15:07PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\$IBVOI0Q.rar |
| $I7J1SWU.rar | rar | 03/20/09 09:15:07PM | 03/20/09 09:15:07PM | 09:15:07PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\$I7J1SWU.rar |
| $I15S395.rar | rar | 03/20/09 09:15:07PM | 03/20/09 09:15:07PM | 09:15:07PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\$I15S395.rar |
| $I4QRX0J.rar | rar | 03/20/09 09:15:07PM | 03/20/09 09:15:07PM | 09:15:07PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\$I4QRX0J.rar |
| $IMLZVW5.rar | rar | 03/20/09 09:15:07PM | 03/20/09 09:15:07PM | 09:15:07PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\$IMLZVW5.rar |
| $I90CLRC.rar | rar | 03/20/09 09:15:07PM | 03/20/09 09:15:07PM | 09:15:07PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\$I90CLRC.rar |
| $IWJGFS6.rar | rar | 03/20/09 09:15:07PM | 03/20/09 09:15:07PM | 09:15:07PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\$IWJGFS6.rar |
| $IDMM7AC.rar | rar | 03/20/09 09:15:07PM | 03/20/09 09:15:07PM | 09:15:07PM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\$IDMM7AC.rar |
| test_part1.rar | rar | 03/21/09 09:36:17PM | 03/21/09 09:36:17PM | 07:55:50AM | Maxtor One Touch 4 #2H40Z6Z9\MSRECYCLE.BIN\S-1-5-21-4254798503-1654840955-1578491 88-1000\test_part1.rar |

$RNLT8M2
$RIO58OB5
$RNLT7W5

$RHQP5R

file:///E:/Maxtor%2...cycled.html

Entries

| Name | Type | Date | Date | Date | Description | Code |
|---|---|---|---|---|---|---|
| test part2.rar | rar | 03/21/09 06:26:37AM | 03/21/09 06:26:38AM | 03/21/09 07:55:50AM | Master One Touch 4 #2HAO26Z9I$SRECYCLE.BIN\S-1-5-21-4254798503-165484055-1578491988-1000test part2.rar | $RLMMEO |
| $ILMMEOM.rar | rar | 03/21/09 07:55:50AM | 03/21/09 07:55:50AM | 03/21/09 07:55:50AM | Master One Touch 4 #2HAO26Z9I$SRECYCLE.BIN\S-1-5-21-4254798503-165484055-1578491988-1000$ILMMEOM.rar | |
| $IH0PSRT.rar | rar | 03/21/09 07:55:50AM | 03/21/09 07:55:50AM | 03/21/09 07:55:50AM | Master One Touch 4 #2HAO26Z9I$SRECYCLE.BIN\S-1-5-21-4254798503-165484055-1578491988-1000$IH0PSRT.rar | $RI0VWNE |
| test00 part1.rar | rar | 03/21/09 08:05:15AM | 03/21/09 06:05:15AM | 03/21/09 08:05:19AM | Master One Touch 4 #2HAO26Z9I$SRECYCLE.BIN\S-1-5-21-4254798503-165484055-1578491988-1000test00 part1.rar | $R9DKKQV |
| test00 part3.rar | rar | 03/21/09 08:46:02AM | 03/21/09 08:46:02AM | 03/21/09 08:46:02AM | Master One Touch 4 #2HAO26Z9I$SRECYCLE.BIN\S-1-5-21-4254798503-165484055-1578491988-1000test00 part3.rar | $RF7SZFU |
| test00 part2.rar | rar | 03/21/09 09:15:45AM | 03/21/09 09:15:45AM | 03/21/09 09:15:45AM | Master One Touch 4 #2HAO26Z9I$SRECYCLE.BIN\S-1-5-21-4254798503-165484055-1578491988-1000test00 part2.rar | |
| $iF7SZFU.rar | rar | 03/21/09 09:15:45AM | 03/21/09 09:16:46AM | 03/21/09 09:16:46AM | Master One Touch 4 #2HAO26Z9I$SRECYCLE.BIN\S-1-5-21-4254798503-165484055-1578491988-1000$iF7SZFU.rar | |
| $I9DKKQV.rar | rar | 03/21/09 09:16:46AM | 03/21/09 09:16:46AM | 03/21/09 09:16:46AM | Master One Touch 4 #2HAO26Z9I$SRECYCLE.BIN\S-1-5-21-4254798503-165484055-1578491988-1000$I9DKKQV.rar | $RCT0C4D |
| $ICVWNE2.rar | rar | 03/21/09 03:57:48AM | 03/21/09 03:57:48AM | 03/21/09 05:53:51AM | Master One Touch 4 #2HAO26Z9I$SRECYCLE.BIN\S-1-5-21-4254798503-165484055-1578491988-1000$ICVWNE2.rar | $RP7FH55. |
| Mikey.rar | rar | 03/22/09 04:12:16AM | 04/08/09 04:12:16AM | 04/08/09 05:58:52AM | Master One Touch 4 #2HAO26Z9I$SRECYCLE.BIN\S-1-5-21-4254798503-165484055-1578491988-1000Mikey.rar | $RKW5LJ9 |
| Dan_Pullup.avi.rar | rar | 03/22/09 04:16:46AM | 03/22/09 04:16:46AM | 04/08/09 04:17:43AM | Master One Touch 4 #2HAO26Z9I$SRECYCLE.BIN\S-1-5-21-4254798503-165484055-1578491988-1000Dan_Pullup.avi.rar | |
| $IWWSLJ9.rar | rar | 03/22/09 04:17:43AM | 04/17:43AM | 04/17:43AM | Master One Touch 4 #2HAO26Z9I$SRECYCLE.BIN\S-1-5-21-4254798503-165484055-1578491988-1000$IWWSLJ9.rar | $RU5AA57 |
| Waterfall.part2.rar | rar | 05/08/20AM | 05/08/20AM | 07:34:06AM | Master One Touch 4 #2HAO26Z9I$SRECYCLE.BIN\S-1-5-21-4254798503-165484055-1578491988-1000Waterfall.part2.rar | $RE5Y2ITJ |
| fpc.rar | rar | 03/23/26AM | 03/23/26AM | 03/23/26AM | Master One Touch 4 #2HAO26Z9I$SRECYCLE.BIN\S-1-5-21-4254798503-165484055-1578491988-1000fpc.rar | $RDHH-L43 |
| CIC_part_.1.zip | zip | 03/24/09 03:34:49AM | 03/24/09 03:34:49AM | 04/24/09 03:34:49AM | Master One Touch 4 #2HAO26Z9I$SRECYCLE.BIN\S-1-5-21-4254798503-165484055-1578491988-1000CIC_part_1.zip | |
| $IDHH4.3.zip | zip | 03/35:29AM | 03/35:29AM | 03/35:29AM | Master One Touch 4 #2HAO26Z9I$SRECYCLE.BIN\S-1-5-21-4254798503-165484055-1578491988-1000$IDHH-L43.zip | $RUQTGYA |
| man_boy_17.rar | rar | 03/27/09 05:16:29AM | 03/27/09 05:16:29AM | 03/28/09 07:34:06AM | Master One Touch 4 #2HAO26Z9I$SRECYCLE.BIN\S-1-5-21-4254798503-165484055-1578491988-1000man_boy_17.rar | $RYQZH9F |
| man_boy_22.rar | rar | 03/28/09 07:00:55AM | 03/28/09 07:03:55AM | 03/28/09 05:53:32AM | Master One Touch 4 #2HAO26Z9I$SRECYCLE.BIN\S-1-5-21-4254798503-165484055-1578491988-1000man_boy_22.rar | $R54USGN |
| 8sm_American_w_sound_.rar | rar | 03/28/09 07:29:43AM | 03/28/09 07:29:43AM | 03/28/09 07:34:06AM | Master One Touch 4 #2HAO26Z9I$SRECYCLE.BIN\S-1-5-21-4254798503-165484055-1578491988-10008sm_American_w_sound_.rar | |
| $I54USGN.rar | rar | 03/28/09 03:34:06AM | 03/28/09 03:34:06AM | 03/28/09 05:11:18AM | Master One Touch 4 #2HAO26Z9I$SRECYCLE.BIN\S-1-5-21-4254798503-165484055-1578491988-1000$I54USGN.rar | |
| $IXJTGYA.rar | rar | 03/28/09 07:34:06AM | 03/28/09 07:34:06AM | 03/28/09 07:49:20AM | Master One Touch 4 #2HAO26Z9I$SRECYCLE.BIN\S-1-5-21-4254798503-165484055-1578491988-1000$IXJTGYA.rar | |
| B-def_re_.rar | rar | 03/28/09 07:49:20AM | 03/28/09 07:49:20AM | 03/29/09 07:51:18AM | Master One Touch 4 #2HAO26Z9I$SRECYCLE.BIN\S-1-5-21-4254798503-165484055-1578491988-1000B-def_re_.rar | $RZB56KK |
| $IZB56KK.rar | rar | 03/29/09 07:51:18AM | 03/29/09 07:51:18AM | 03/29/09 07:51:18AM | Master One Touch 4 #2HAO26Z9I$SRECYCLE.BIN\S-1-5-21-4254798503-165484055-1578491988-1000$IZB56KK.rar | |
| pycap-full.part1.rar | rar | 03/29/09 03:14:54PM | 03/29/09 03:14:55PM | 04/16:00PM | Master One Touch 4 #2HAO26Z9I$SRECYCLE.BIN\S-1-5-21-4254798503-165484055-1578491988-1000pycap-full.part1.rar | $RLBHLT0. |
| pycap-full.part2.rar | rar | 03/29/09 04:11:40PM | 03/29/09 04:11:40PM | 04/16:00PM | Master One Touch 4 #2HAO26Z9I$SRECYCLE.BIN\S-1-5-21-4254798503-165484055-1578491988-1000pycap-full.part2.rar | |
| $ILBHLT0.rar | rar | 03/29/09 04:16:00PM | 03/29/09 04:16:00PM | 03/29/09 04:16:00PM | Master One Touch 4 #2HAO26Z9I$SRECYCLE.BIN\S-1-5-21-4254798503-165484055-1578491988-1000$ILBHLT0.rar | $RWGGEN |
| $IWGGEN1.rar | rar | 03/29/09 04:16:00PM | 03/29/09 04:16:00PM | 03/29/09 04:16:00PM | Master One Touch 4 #2HAO26Z9I$SRECYCLE.BIN\S-1-5-21-4254798503-165484055-1578491988-1000$IWGGEN1.rar | |
| boysnude.rar | rar | 03/31/09 03:41:17PM | 03/31/09 03:41:17PM | 04/08/09 05:53:51AM | Master One Touch 4 #2HAO26Z9I$SRECYCLE.BIN\S-1-5-21-4254798503-165484055-1578491988-10000boysnude.rar | $RB81OJC |

2/23/2010 12:33 PM

file:///E:/Maxtor%2...                                                                          ...ycled.html

Entries

| Name | Type | Date/Time | | Date/Time | Path | Code |
|---|---|---|---|---|---|---|
| man_boy_23.rar | rar | 03/31/09 09:41:30PM | 03/31/09 09:41:30PM | 04/02/09 06:26:45AM | Maxtor One Touch 4 #2\H2O62Z9\Master One Touch 4 #2\H2O62Z9\\$RECYCLE.BIN\S-1-5-21-4254789503-165484095-157849188-1000\man_boy_23.rar | SRFHDCH4 |
| x132.part6.rar | rar | 04/02/09 07:47:00AM | 04/02/09 07:47:00AM | 04/02/09 06:26:45AM | Maxtor One Touch 4 #2\H2O62Z9\Master One Touch 4 #2\H2O62Z9\\$RECYCLE.BIN\S-1-5-21-4254789503-165484095-157849188-1000\x132.part6.rar | SRBE2BJS |
| x132.part4.rar | rar | 04/02/09 04:51:11PM | 04/02/09 04:51:11PM | 04/02/09 06:26:45AM | Maxtor One Touch 4 #2\H2O62Z9\Master One Touch 4 #2\H2O62Z9\\$RECYCLE.BIN\S-1-5-21-4254789503-165484095-157849188-1000\x132.part4.rar | SR3CWUGI |
| x132.part3.rar | rar | 04/02/09 05:20:18PM | 04/02/09 05:20:18PM | 04/02/09 06:26:45AM | Maxtor One Touch 4 #2\H2O62Z9\Master One Touch 4 #2\H2O62Z9\\$RECYCLE.BIN\S-1-5-21-4254789503-165484095-157849188-1000\x132.part3.rar | SRF3DGM4 |
| x132.part2.rar | rar | 04/02/09 06:46:55PM | 04/02/09 06:46:55PM | 04/02/09 06:26:45AM | Maxtor One Touch 4 #2\H2O62Z9\Master One Touch 4 #2\H2O62Z9\\$RECYCLE.BIN\S-1-5-21-4254789503-165484095-157849188-1000\x132.part2.rar | SRKXDJSUY |
| x132.part1.rar | rar | 04/02/09 07:09:29PM | 04/02/09 07:09:29PM | 04/02/09 06:26:45AM | Maxtor One Touch 4 #2\H2O62Z9\Master One Touch 4 #2\H2O62Z9\\$RECYCLE.BIN\S-1-5-21-4254789503-165484095-157849188-1000\x132.part1.rar | SRT7GUK8 |
| 043.rar | rar | 04/03/09 05:39:53AM | 04/03/09 05:39:53AM | 04/03/09 06:01:19AM | Maxtor One Touch 4 #2\H2O62Z9\Master One Touch 4 #2\H2O62Z9\\$RECYCLE.BIN\S-1-5-21-4254789503-165484095-157849188-1000\043.rar | SRRQXD13 |
| iiH6TF7B.rar | rar | 04/03/09 06:01:19AM | 04/03/09 06:01:19AM | 04/03/09 06:01:19AM | Maxtor One Touch 4 #2\H2O62Z9\Master One Touch 4 #2\H2O62Z9\\$RECYCLE.BIN\S-1-5-21-4254789503-165484095-157849188-1000\iiH6TF7B.rar | SRH6TF7B |
| GDMKK.rar | rar | 04/07/09 06:02:00AM | 04/07/09 06:02:00AM | 04/07/09 06:02:00AM | Maxtor One Touch 4 #2\H2O62Z9\Master One Touch 4 #2\H2O62Z9\\$RECYCLE.BIN\S-1-5-21-4254789503-165484095-157849188-1000\GDMKK.rar | |
| iiF5CDM4.rar | rar | 04/07/09 06:02:45AM | 04/07/09 06:02:45AM | 04/07/09 06:02:45AM | Maxtor One Touch 4 #2\H2O62Z9\Master One Touch 4 #2\H2O62Z9\\$RECYCLE.BIN\S-1-5-21-4254789503-165484095-157849188-1000\iiF5CDM4.rar | SRiF32NN |
| iiRQXD13.rar | rar | 04/07/09 06:02:45AM | 04/07/09 06:02:45AM | 04/07/09 06:02:45AM | Maxtor One Touch 4 #2\H2O62Z9\Master One Touch 4 #2\H2O62Z9\\$RECYCLE.BIN\S-1-5-21-4254789503-165484095-157849188-1000\iiRQXD13.rar | |
| iiT7GUK8.rar | rar | 04/07/09 06:02:45AM | 04/07/09 06:02:45AM | 04/07/09 06:02:45AM | Maxtor One Touch 4 #2\H2O62Z9\Master One Touch 4 #2\H2O62Z9\\$RECYCLE.BIN\S-1-5-21-4254789503-165484095-157849188-1000\iiT7GUK8.rar | |
| iiXQJSUY.rar | rar | 04/07/09 06:02:45AM | 04/07/09 06:02:45AM | 04/07/09 06:02:45AM | Maxtor One Touch 4 #2\H2O62Z9\Master One Touch 4 #2\H2O62Z9\\$RECYCLE.BIN\S-1-5-21-4254789503-165484095-157849188-1000\iiXQJSUY.rar | |
| ii3CWJCZ.rar | rar | 04/07/09 06:02:45AM | 04/07/09 06:02:45AM | 04/07/09 06:02:45AM | Maxtor One Touch 4 #2\H2O62Z9\Master One Touch 4 #2\H2O62Z9\\$RECYCLE.BIN\S-1-5-21-4254789503-165484095-157849188-1000\ii3CWJCZ.rar | |
| iiBE2BA5.rar | rar | 04/08/09 05:53:51AM | 04/08/09 05:53:51AM | 04/08/09 05:53:51AM | Maxtor One Touch 4 #2\H2O62Z9\Master One Touch 4 #2\H2O62Z9\\$RECYCLE.BIN\S-1-5-21-4254789503-165484095-157849188-1000\iiBE2BA5.rar | |
| iiYKQHDF.rar | rar | 04/08/09 05:53:52AM | 04/08/09 05:53:52AM | 04/08/09 05:53:52AM | Maxtor One Touch 4 #2\H2O62Z9\Master One Touch 4 #2\H2O62Z9\\$RECYCLE.BIN\S-1-5-21-4254789503-165484095-157849188-1000\iiYKQHDF.rar | |
| iiCTCC40.rar | rar | 04/08/09 05:53:51AM | 04/08/09 05:53:51AM | 04/08/09 05:53:51AM | Maxtor One Touch 4 #2\H2O62Z9\Master One Touch 4 #2\H2O62Z9\\$RECYCLE.BIN\S-1-5-21-4254789503-165484095-157849188-1000\iiCTCC40.rar | |
| iii3810JC.rar | rar | 04/08/09 05:54:36AM | 04/08/09 05:54:36AM | 04/08/09 05:54:47AM | Maxtor One Touch 4 #2\H2O62Z9\Master One Touch 4 #2\H2O62Z9\\$RECYCLE.BIN\S-1-5-21-4254789503-165484095-157849188-1000\iii3810JC.rar | |
| iiS9YZiT.rar | rar | 04/08/09 05:55:49AM | 04/08/09 05:43:47PM | 04/08/09 05:56:47AM | Maxtor One Touch 4 #2\H2O62Z9\Master One Touch 4 #2\H2O62Z9\\$RECYCLE.BIN\S-1-5-21-4254789503-165484095-157849188-1000\iiS9YZiT.rar | |
| iiP7FH55.rar | rar | 04/08/09 05:55:49AM | 04/08/09 11:12:14PM | 04/08/09 05:56:47AM | Maxtor One Touch 4 #2\H2O62Z9\Master One Touch 4 #2\H2O62Z9\\$RECYCLE.BIN\S-1-5-21-4254789503-165484095-157849188-1000\iiP7FH55.rar | |
| BL_2009_best_of_boylove_(62pics_.rar | rar | 04/08/09 05:55:50AM | 04/07/09 10:21:13AM | 04/08/09 05:56:47AM | Maxtor One Touch 4 #2\H2O62Z9\Master One Touch 4 #2\H2O62Z9\\$RECYCLE.BIN\S-1-5-21-4254789503-165484095-157849188-1000\BL_2009_best_of_boylove_(62pics).rar | SRSLWNFN |
| 2_62_preview.jpg.jpg | jpg | 04/08/09 05:55:54AM | 04/08/09 05:55:54AM | 04/08/09 05:56:47AM | Maxtor One Touch 4 #2\H2O62Z9\Master One Touch 4 #2\H2O62Z9\\$RECYCLE.BIN\S-1-5-21-4254789503-165484095-157849188-1000\2_62_preview.jpg.jpg | 2_62_P~1. |
| Boylove Only.rar | rar | 04/08/09 05:55:49AM | 04/08/09 05:55:49AM | 04/08/09 05:56:47AM | Maxtor One Touch 4 #2\H2O62Z9\Master One Touch 4 #2\H2O62Z9\\$RECYCLE.BIN\S-1-5-21-4254789503-165484095-157849188-1000\Boylove Only.rar | BOYLOV~ |
| Thumbs.db | db | 04/08/09 05:55:50AM | 04/08/09 05:55:47AM | 04/08/09 05:56:47AM | Maxtor One Touch 4 #2\H2O62Z9\Master One Touch 4 #2\H2O62Z9\\$RECYCLE.BIN\S-1-5-21-4254789503-165484095-157849188-1000\Thumbs.db | Thumbs.db |
| BL_2009_best of boylove (62pics) | | 04/08/09 05:56:47AM | 04/08/09 | | Maxtor One Touch 4 #2\H2O62Z9\Master One Touch 4 #2\H2O62Z9\\$RECYCLE.BIN\S-1-5-21-4254789503-165484095-157849188-1000\BL_2009_best of boylove (62pics)\Thumbs.db | |
| iiNFC015 | | 04/08/09 | 04/08/09 | | Maxtor One Touch 4 #2\H2O62Z9\Master One Touch 4 #2\H2O62Z9\\$RECYCLE.BIN\S-1-5-21-4254789503-165484095-157849188-1000\iiNFC015 | SRNFC015 |
| iiSLWNFN.rar | rar | 04/08/09 05:56:47AM | 04/08/09 05:56:47AM | | Maxtor One Touch 4 #2\H2O62Z9\Master One Touch 4 #2\H2O62Z9\\$RECYCLE.BIN\S-1-5-21-4254789503-165484095-157849188-1000\iiSLWNFN.rar | |

| Name | Type | Path | Code |
|---|---|---|---|
| 047.rar | rar | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\047.rar | SIYRRYC |
| 048.rar | rar | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\048.rar | SRRGBK04 |
| Video 2.avi | avi | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\Video 2.avi | SRG5KWX6 |
| SIRGSK04.rar | rar | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\RGSK04.rar | |
| SIG5KWX8.avi | avi | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\G5KWX8.avi | |
| RBV19.part1.rar | rar | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\RBV19.part1.rar | SR3P4BJU. |
| RBV19.part2.rar | rar | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\RBV19.part2.rar | SI2OY8TF |
| RBV19.part3.rar | rar | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\RBV19.part3.rar | SRDXAX8C |
| RBV19.part4.rar | rar | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\RBV19.part4.rar | SRO2BAOC |
| 053.rar | rar | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\053.rar | SRIOF51B. |
| bbcam - Girls Play With Young Boy - 12Yo's Just Learning.avi | avi | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\bbcam - Girls Play With Young Boy - 12Yo's Just Learning.avi | SRIM1FB3 |
| SIM1FB3.avi | avi | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\IM1FB3.avi | |
| bbcam - Girls Play With Young Boy - 12Yo's Just Learning.avi | avi | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\bbcam - Girls Play With Young Boy - 12Yo's Just Learning.avi | SR7PRB1P |
| SI7PRB1P.avi | avi | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\7PRB1P.avi | |
| SIIOF51B.rar | rar | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\IOF51B.rar | |
| Young_Boys_Part_4__My_Oh_My_Imp65415.zip | zip | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\Young_Boys_Part_4__My_Oh_My_Imp65415.zip | SR4CQPT2 |
| 13yo_Andy_Cums_In_Fathers_Hand__My_Oh_My_Imp80578.zip | zip | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\13yo_Andy_Cums_In_Fathers_Hand__My_Oh_My_Imp80578.zip | SRGXJTM3 |
| SI2OY8TF.rar | rar | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\2OY8TF.rar | |
| SI3P4BJU.rar | rar | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\3P4BJU.rar | |
| SIDXAX8C.rar | rar | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\DXAX8C.rar | |
| SIO2BAOC.rar | rar | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\O2BAOC.rar | |
| SIGXJTM3.zip | zip | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\GXJTM3.zip | |
| SI4CQPT2.zip | zip | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\4CQPT2.zip | |
| SIYRRYC3.rar | rar | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\YRRYC3.rar | |
| Boy_Pes_Imp33161.zip | zip | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\Boy_Pes_Imp33161.zip | SRCM2Z3A# |
| SICM2Z3A.zip | zip | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\CM2Z3A.zip | |
| AVSEQ01_2__BB_Imp43298.zip | zip | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\AVSEQ01_2__BB_Imp43298.zip | SRYARF4F1 |
| AVSEQ01_2__BB_Imp43296.flv | flv | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\AVSEQ01_2__BB_Imp43296.flv | SRXARF3V |
| SIYAP4F1.zip | zip | Maxtor One Touch 4 #2HA0Z6Z9\C\$RECYCLE.BIN\S-1-5-21-4254798503-165484055-157849188-1000\YAP4F1.zip | |

Entries

file:///E:/Maxtor%...ycled.html

| Name | Type | Dates / Times | Path | Code |
|---|---|---|---|---|
| 3JX4IF3V.ftv | ftv | 04/11/09 06:25:12AM  04/11/09 06:26:12AM  04/11/09 06:25:12AM | Maxtor One Touch 4 #2HAOZ6Z9\$RECYCLE.BIN \S-1-5-21-4254798503-164564055-1578491B8-1000\$IX4RF3V.ftv | $R7EU69X |
| bibcam__webcam_boy__11yboyz_brenden__matt_sh__Aroy_Lua_imp10$409.zip | zip | 04/11/09 06:43:06AM  04/11/09 06:43:08AM  04/11/09 06:43:06AM | Maxtor One Touch 4 #2HAOZ6Z9\$RECYCLE.BIN \S-1-5-21-4254798503-164564055-1578491B8-1000\bibcam__webcam_boy__11yboyz_brenden__matt_sh__Aroy_Lua_imp103409.zip | $RYLEM2K |
| aleksander2__mafia_imp88328.zip | zip | 04/11/09 08:48:38AM  04/11/09 08:48:38AM  04/11/09 08:51:49AM | Maxtor One Touch 4 #2HAOZ6Z9\$RECYCLE.BIN \S-1-5-21-4254798503-164564055-1578491B8-1000\aleksander2__mafia_imp88328.zip | |
| 3J7EL69X.zip | zip | 04/11/09 08:51:49AM  04/11/09 08:51:49AM  04/11/09 08:51:49AM | Maxtor One Touch 4 #2HAOZ6Z9\$RECYCLE.BIN \S-1-5-21-4254798503-164564055-1578491B8-1000\$I7EL69X.zip | |
| 3JYLEM2K.zip | zip | 04/11/09 08:51:49AM  04/11/09 08:51:49AM  04/11/09 08:51:49AM | Maxtor One Touch 4 #2HAOZ6Z9\$RECYCLE.BIN \S-1-5-21-4254798503-164564055-1578491B8-1000\$IYLEM2K.zip | $RRN5LLC |
| K99__Sebi_tmp70133.zip | zip | 04/11/09 11:11:42AM  04/11/09 11:11:43AM  04/11/09 07:08PM | Maxtor One Touch 4 #2HAOZ6Z9\$RECYCLE.BIN \S-1-5-21-4254798503-164564055-1578491B8-1000\K99__Sebi_tmp70133.zip | $R8DDS33 |
| 3_boys_11-13y_11_11_mit_mit_spritzen_-_DIEGOZ.zip | zip | 04/11/09 03:27:41PM  04/11/09 03:27:41PM  04/11/09 07:16:37AM | Maxtor One Touch 4 #2HAOZ6Z9\$RECYCLE.BIN \S-1-5-21-4254798503-164564055-1578491B8-1000\3_boys_11-13y_11_11_mit_mit_spritzen_-_DIEGOZ.zip | |
| bibcam__8yo_boy__16yo_babysitter_mess_around_2008_edit_-_All_Age_Nudism.ftv | rar | 04/11/09 06:59:30PM  04/11/09 06:59:30PM  04/11/09 07:16:37AM | Maxtor One Touch 4 #2HAOZ6Z9\$RECYCLE.BIN \S-1-5-21-4254798503-164564055-1578491B8-1000\bibcam__8yo_boy__16yo_babysitter_mess_around_2008_edit_-_All_Age_Nudism.rar | $RN46IVCLI |
| bibcam - 8yo boy & 16yo babysitter mess around 2008 (edit) - All Age Nudism.ftv | ftv | 04/11/09 08:39:24PM  04/11/09 08:39:24PM  04/11/09 07:01:06PM | Maxtor One Touch 4 #2HAOZ6Z9\$RECYCLE.BIN \S-1-5-21-4254798503-164564055-1578491B8-1000\bibcam - 8yo boy & 16yo babysitter mess around 2008 (edit) - All Age Nudism.ftv | $RGFZ4YB |
| 3JGFZ4YB.ftv | ftv | 04/11/09 07:01:06PM  04/11/09 07:01:06PM  04/11/09 07:01:06PM | Maxtor One Touch 4 #2HAOZ6Z9\$RECYCLE.BIN \S-1-5-21-4254798503-164564055-1578491B8-1000\$IGFZ4YB.ftv | |
| 3JRN5LLQ.zip | zip | 04/11/09 07:01:09PM  04/11/09 07:01:09PM  04/11/09 07:01:09PM | Maxtor One Touch 4 #2HAOZ6Z9\$RECYCLE.BIN \S-1-5-21-4254798503-164564055-1578491B8-1000\$IRN5LLQ.zip | |
| JASON_JOSH_1_2_2___SO_BOYZINHOS.rar | rar | 04/11/09 07:18:06PM  04/11/09 07:18:06PM  04/11/09 07:18:06PM | Maxtor One Touch 4 #2HAOZ6Z9\$RECYCLE.BIN \S-1-5-21-4254798503-164564055-1578491B8-1000\JASON__JOSH_1_2_2__SO_BOYZINHOS.rar | |
| 30vcr66__DIEGOZ.rar | rar | 04/12/09 03:36:40AM  04/12/09 03:36:40AM  04/12/09 07:40:06AM | Maxtor One Touch 4 #2HAOZ6Z9\$RECYCLE.BIN \S-1-5-21-4254798503-164564055-1578491B8-1000\30vcr66__DIEGOZ.rar | $RE7SW2D |
| 3JR0T00K.rar | rar | 04/12/09 03:36:59AM  04/12/09 03:36:59AM  04/12/09 03:36:59AM | Maxtor One Touch 4 #2HAOZ6Z9\$RECYCLE.BIN \S-1-5-21-4254798503-164564055-1578491B8-1000\$IR0T00K.rar | |
| 3JPKENOQ.002 | 002 | 04/12/09 03:36:59AM  04/12/09 03:36:59AM  04/12/09 03:36:59AM | Maxtor One Touch 4 #2HAOZ6Z9\$RECYCLE.BIN \S-1-5-21-4254798503-164564055-1578491B8-1000\$IPKENOQ.002 | |
| 3JB6GPFM.rar | 003 | 04/12/09 03:36:59AM  04/12/09 03:36:59AM  04/12/09 07:16:37AM | Maxtor One Touch 4 #2HAOZ6Z9\$RECYCLE.BIN \S-1-5-21-4254798503-164564055-1578491B8-1000\$IB6GPFM.rar | |
| 3ICNMSSEE.003 | 003 | 04/12/09 03:36:59AM  04/12/09 03:36:59AM  04/12/09 03:36:59AM | Maxtor One Touch 4 #2HAOZ6Z9\$RECYCLE.BIN \S-1-5-21-4254798503-164564055-1578491B8-1000\$ICNMSEE.003 | |
| 3J0T7293.001 | 001 | 04/12/09 03:36:59AM  04/12/09 03:36:59AM  04/12/09 03:36:59AM | Maxtor One Touch 4 #2HAOZ6Z9\$RECYCLE.BIN \S-1-5-21-4254798503-164564055-1578491B8-1000\$I0T7293.001 | |
| Hottie___J-c-b_j_hotmail.com_--_DIEGOZ.rar | rar | 04/12/09 06:46:42AM  04/12/09 06:46:42AM  04/12/09 07:16:37AM | Maxtor One Touch 4 #2HAOZ6Z9\$RECYCLE.BIN \S-1-5-21-4254798503-164564055-1578491B8-1000\Hottie___J-c-b_j_hotmail.com_--_DIEGOZ.rar | $R8HENG8 |
| 3J46IYCU.rar | rar | 04/12/09 07:40:06AM  04/12/09 07:40:06AM  04/12/09 07:16:37AM | Maxtor One Touch 4 #2HAOZ6Z9\$RECYCLE.BIN \S-1-5-21-4254798503-164564055-1578491B8-1000\$I46IYCU.rar | |
| 3J6DDS33.zip | zip | 04/12/09 07:40:06AM  04/12/09 07:40:06AM  04/12/09 07:16:37AM | Maxtor One Touch 4 #2HAOZ6Z9\$RECYCLE.BIN \S-1-5-21-4254798503-164564055-1578491B8-1000\$I6DDS33.zip | |
| 3I0OGOJG.rar | rar | 04/12/09 09:39:02AM  04/12/09 09:39:02AM  04/24/09 06:10:15AM | Maxtor One Touch 4 #2HAOZ6Z9\$RECYCLE.BIN \S-1-5-21-4254798503-164564055-1578491B8-1000\$I0OGOJG.rar | $R00GOJC |
| JIM10yo+rere_complete_--_DIEGOZ.rar | rar | 04/12/09 07:20:31AM  04/12/09 07:20:31AM  04/12/09 07:03:45AM | Maxtor One Touch 4 #2HAOZ6Z9\$RECYCLE.BIN \S-1-5-21-4254798503-164564055-1578491B8-1000\JIM10yo+rere_complete_--_DIEGOZ.rar | $R1EX5AA |
| 3IE7SW2H.rar | rar | 04/12/09 07:40:06AM  04/12/09 07:40:06AM  04/12/09 07:40:06AM | Maxtor One Touch 4 #2HAOZ6Z9\$RECYCLE.BIN \S-1-5-21-4254798503-164564055-1578491B8-1000\$IE7SW2H.rar | |
| 3I8HENG8.rar | rar | 04/12/09 07:40:06AM  04/12/09 07:40:06AM  04/12/09 07:40:06AM | Maxtor One Touch 4 #2HAOZ6Z9\$RECYCLE.BIN \S-1-5-21-4254798503-164564055-1578491B8-1000\$I8HENG8.rar | $R2ZE4GB |
| F129_part01.rar | rar | 04/12/09 09:38:02AM  04/12/09 09:38:02AM  04/14/09 06:10:15AM | Maxtor One Touch 4 #2HAOZ6Z9\$RECYCLE.BIN \S-1-5-21-4254798503-164564055-1578491B8-1000\F129 part01.rar | $RSUDME5 |
| F129_part02.rar | rar | 04/12/09 11:09:45AM  04/12/09 11:09:45AM  04/14/09 06:10:15AM | Maxtor One Touch 4 #2HAOZ6Z9\$RECYCLE.BIN \S-1-5-21-4254798503-164564055-1578491B8-1000\F129 part02.rar | |
| F129_part03.rar | rar | 04/12/09 11:30:35AM  04/12/09 11:30:35AM  04/22/09 11:30:35AM | Maxtor One Touch 4 #2HAOZ6Z9\$RECYCLE.BIN \S-1-5-21-4254798503-164564055-1578491B8-1000\F129 part03.rar | $RU6A970 |

2/23/2010 12:33 PM

file:///E:/Maxtor%2cycled.ntm

Entries

| Filename | Type | Date/Time 1 | Date/Time 2 | Date/Time 3 | Path | Hash |
|---|---|---|---|---|---|---|
| F129 part04.rar | rar | 04/12/09 11:55:26AM | 04/12/09 11:55:26AM | 04/12/09 11:55:26AM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\F129.part04.rar | SRTL9ZNL |
| F129 part05.rar | rar | 04/12/09 06:29:57PM | 04/12/09 06:29:57PM | 04/12/09 06:29:57PM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\F129.part05.rar | SR8SVBJG |
| F129 part06.rar | rar | 04/12/09 07:07:46PM | 04/12/09 07:07:46PM | 04/12/09 07:07:46PM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\F129.part06.rar | SRFCSM1X |
| F129 part07.rar | rar | 04/12/09 07:37:23PM | 04/12/09 07:37:23PM | 04/12/09 07:37:23PM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\F129.part07.rar | SRAF89LE |
| F129 part08.rar | rar | 04/12/09 08:57:25PM | 04/12/09 08:57:25PM | 04/12/09 08:57:25PM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\F129.part08.rar | SRCV8Y7V |
| F129 part09.rar | rar | 04/13/09 10:07:17PM | 04/13/09 10:07:17PM | 04/13/09 10:07:18PM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\F129.part09.rar | SRKWZZ3 |
| F129 part10.rar | rar | 04/13/09 05:46:31AM | 04/13/09 05:46:31AM | 04/13/09 05:46:31AM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\F129.part10.rar | SRU0AK4L |
| jap.rar | rar | 06/09/30AM | 06/09/30AM | 06/09/30AM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\SL0M8I7.rar | SRLVF93B |
| $IJ0M8I7.rar | rar | 04/14/09 06:10:15AM | 04/14/09 06:10:15AM | 04/14/09 06:10:15AM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\jap.rar | |
| $ILVF93B.rar | rar | 04/14/09 06:10:15AM | 04/14/09 06:10:15AM | 04/14/09 06:10:15AM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\LVF93B.rar | |
| $I2ZE4S6.rar | rar | 04/14/09 06:10:15AM | 04/14/09 06:10:15AM | 04/14/09 06:10:15AM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\2ZE4S6.rar | |
| 142.rar | rar | 04/14/09 04:02:07PM | 04/14/09 04:02:07PM | 04/14/09 04:02:07PM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\142.rar | |
| $I9SWBJG.rar | rar | 04/14/09 04:22:23PM | 04/14/09 04:22:23PM | 04/14/09 04:42:46PM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\4I9SWBJG.rar | |
| $IU6A5T0.rar | rar | 04/14/09 04:22:23PM | 04/14/09 04:22:23PM | 04/14/09 04:22:23PM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\U6A5T0.rar | |
| $IAFS9LE.rar | rar | 04/14/09 04:22:23PM | 04/14/09 04:22:23PM | 04/14/09 04:22:23PM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\IAFS9LE.rar | |
| $I7L9ZNL.rar | rar | 04/14/09 04:22:23PM | 04/14/09 04:22:23PM | 04/14/09 04:22:23PM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\I7L9ZNL.rar | |
| $ICV8Y7V.rar | rar | 04/14/09 04:22:23PM | 04/14/09 04:22:23PM | 04/14/09 04:22:23PM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\ICV8Y7V.rar | |
| $IKWZZ3.rar | rar | 04/14/09 04:22:23PM | 04/14/09 04:22:23PM | 04/14/09 04:22:23PM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\IKWZZ3.rar | SRVU08OG |
| $IUK4K4L.rar | rar | 04/14/09 04:22:23PM | 04/14/09 04:22:23PM | 04/14/09 04:23PM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\U6A57O.rar | |
| $IFO5M1X.rar | rar | 04/14/09 04:22:23PM | 04/14/09 04:22:23PM | 04/14/09 04:22:23PM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\IUK4K4L.rar | |
| sebhapgula - viadetrho de 12 anos fascinete - à muita tesno.avi | rar | 04/14/09 04:42:45PM | 04/14/09 11:29:32PM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\IFO5M1X.rar | | |
| $IVU08OG.rar | avi | 04/14/09 04:43:46PM | 04/14/09 04:43:46PM | 04/14/09 04:43:46PM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\sebhapgula - viadetrho de 12 anos fascinete - à muita tesno.avi | $RGE4GZ? |
| $IGE4GZN.avi | avi | 04/14/09 04:43:46PM | 04/14/09 04:43:46PM | 04/14/09 04:43:46PM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\VU08OG.rar | |
| mato1_1.rar | rar | 04/18/09 06:14:02AM | 04/18/09 06:14:02AM | 04/18/09 06:14:02AM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\GE4GZN.avi | |
| mato1_2.rar | rar | 04/18/09 06:35:29AM | 04/18/09 06:35:29AM | 04/18/09 06:35:29AM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\mato1_1.rar | SRQKGB6T |
| $IQKGB6T.rar | rar | 04/18/09 06:41:48AM | 04/18/09 06:41:48AM | 04/18/09 06:41:48AM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\mato1_2.rar | |
| $IN3WOK9.rar | rar | 04/18/09 06:41:48AM | 04/18/09 06:41:48AM | 04/18/09 06:41:48AM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\IQKGB6T.rar | SRN3WOK9 |
| TiLCₚℯ_and_i...rar | rar | 04/23/09 06:03:37AM | 04/23/09 06:03:33AM | 04/23/09 09:30:24PM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\IN3WOK9.rar | SRJHEVZN |
| Mens_Boys.avi | rar | 04/23/09 06:04:52AM | 04/23/09 06:04:52AM | 04/23/09 06:04:52AM | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\TiLCᵖᵉ_and_i...rar | |
| $IN0HI9I.avi | avi | | | | Master One Touch 4 #2HA0Z6Z9\Master One Touch 4 #2HA0Z6Z9\C5RECYCLE.BIN \S1-5-21-4254789503-165484095-157849188-1000\Mens_Boys.avi | SRN0HI9I |

file:///E:/Maxtor%2... -ycled.html

Entries

| Filename | Type | Date | Date | Path | Code |
|---|---|---|---|---|---|
| S:\NEV2N.rar | rar | 04/23/09 09:04:56AM | 04/23/09 09:04:55AM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\$IJHEV2N.rar | SR4DJ3V9 |
| vhs3D_2.part4.rar | rar | 04/23/09 06:05:01AM | 04/23/09 06:05:02AM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\vhs3D_2.part4.rar | SR0X1VW |
| vhs3D_2.part5.rar | rar | 04/23/09 06:28:00AM | 04/23/09 06:28:02AM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\vhs3D_2.part5.rar | SR0H5Z6B |
| Boyscout_David_.part1.rar | rar | 04/24/09 04:52:07AM | 04/24/09 04:52:07AM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\Boyscout_David_.part_3-3.part1.rar | SRW6KHW |
| Boyscout_David_.part2.rar | rar | 04/24/09 06:18:52AM | 04/24/09 06:18:53AM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\Boyscout_David_.part_3-3.part2.rar | SRX02ZK |
| Boyscout_David_.part3.rar | rar | 04/24/09 06:36:02AM | 04/24/09 06:36:02AM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\Boyscout_David_.part_3-3.part3.rar | |
| SIRX92ZK.rar | rar | 04/24/09 07:03:45AM | 04/24/09 07:03:45AM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\$IRX92ZK.rar | |
| SIW 6KIHM.rar | rar | 04/24/09 07:03:45AM | 04/24/09 07:03:45AM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\$IW6KIHM.rar | |
| SIDKF26B.rar | rar | 04/24/09 07:03:45AM | 04/24/09 07:03:46AM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\$IDKF26B.rar | |
| SI1EX5AA.rar | rar | 04/24/09 07:03:46AM | 04/24/09 07:03:46AM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\$I1EX5AA.rar | |
| SI4DJ3V9.rar | rar | 04/24/09 07:03:46AM | 04/24/09 07:03:46AM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\$I4DJ3V9.rar | |
| SI0X1VW.rar | rar | 04/24/09 07:03:46AM | 04/24/09 07:03:46AM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\$I0X1VW.rar | |
| Boyscout_David_.part3.part1.rar | rar | 04/24/09 09:07:47AM | 04/24/09 09:07:47AM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\Boyscout_David_.part_3-3.part1.rar | SR4734JK |
| Boyscout_David_.part3.part2.rar | rar | 04/24/09 07:41:38AM | 04/24/09 07:41:38AM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\Boyscout_David_.part_3-3.part2.rar | SRD6AAH7 |
| Boyscout_David_.part3.part3.rar | rar | 04/24/09 03:44:32PM | 04/24/09 03:44:32PM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\Boyscout_David_.part_3-3.part3.rar | SR0S3DM2 |
| SI4734JK.rar | rar | 04/24/09 03:45:43PM | 04/24/09 03:45:43PM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\$I4734JK.rar | |
| SID6AAH7.rar | rar | 04/24/09 03:45:43PM | 04/24/09 03:45:43PM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\$ID6AAH7.rar | |
| SI0S3DMZ.rar | rar | 04/24/09 03:45:43PM | 04/24/09 03:45:43PM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\$I0S3DMZ.rar | |
| Boyscout_David_.part_1-3.part1.rar | rar | 04/25/09 04:59:44PM | 04/25/09 02:23:54PM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\Boyscout_David_.part_1-3.part1.rar | SRFHF8OE |
| Boyscout_David_.part_1-3.part2.rar | rar | 04/25/09 05:39:48PM | 04/25/09 02:23:54PM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\Boyscout_David_.part_1-3.part2.rar | SR07SSSK |
| Boyscout_David_.part_1-3.part3.rar | rar | 04/25/09 06:28:51AM | 04/25/09 02:23:54PM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\Boyscout_David_.part_1-3.part3.rar | SR8GSJOD1 |
| Boyscout_David_.part_1-3.part4.rar | rar | 04/25/09 09:16:02PM | 04/25/09 09:18:03PM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\Boyscout_David_.part_1-3.part4.rar | SR6CJEWZ |
| Boyscout_David_.part_1-3.part5.rar | rar | 04/25/09 03:57:07AM | 04/25/09 03:57:08AM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\Boyscout_David_.part_1-3.part5.rar | SRURSY65 |
| Boyscout_David_.part_1-3.part6.rar | rar | 04/25/09 05:17:00AM | 04/25/09 05:17:04AM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\Boyscout_David_.part_1-3.part6.rar | SR0E48AL |
| Boyscout_David_.part_1-3.part7.rar | rar | 04/25/09 05:39:48AM | 04/25/09 05:39:49AM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\Boyscout_David_.part_1-3.part7.rar | SR0X0NX1 |
| Boyscout_David_.part_2-3.part1.rar | rar | 04/25/09 07:14:15AM | 04/25/09 07:14:19AM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\Boyscout_David_.part_2-3.part1.rar | SR8AZ5XW |
| Boyscout_David_.part_2-3.part2.rar | rar | 04/25/09 01:56:18PM | 04/25/09 01:56:20PM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\Boyscout_David_.part_2-3.part2.rar | SRYF80U |
| Boyscout_David_.part_2-3.rar | rar | 04/25/09 02:23:54PM | 04/25/09 02:23:54PM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\Boyscout_David_.part_2-3.part3.rar | SI1U023W |
| | | 04/25/09 02:23:54PM | 04/25/09 02:23:54PM | Maxtor One Touch 4 #2\H\20629\O\$RECYCLE.BIN\S-1-5-21-4254798503-165484095-1578491 88-1000\$I6CJEWZ.rar | SR4AQCI3 |

2/23/2010 12:33 PM

| Filename | Type | Code |
|---|---|---|
| SiFRFBOE.rar | rar | |
| SiOEr8AU.rar | rar | |
| SiHOfNX1.rar | rar | |
| SiBAZ5CKW.rar | rar | |
| SiBGJOOQR.rar | rar | |
| SiD7SGSK.rar | rar | |
| SiIURSY65.rar | rar | SiRNBQHL |
| Boyscout_David_part_2-3.part4.rar | rar | SiRKKSLIX2 |
| Boyscout_David_part_2-3.part5.rar | rar | SiRP2DOW |
| Boyscout_David_part_2-3.part6.rar | rar | SiRWOOD5 |
| Boyscout_David_part_2-3.rar | rar | SiRBEKrW0 |
| SiKKSLIX2.rar | rar | |
| SiW0OD5V.rar | rar | |
| SiP2DOWX2.rar | rar | |
| SiJ4AIQI3.rar | rar | |
| SiUC43WP.rar | rar | |
| SiYFf8XU.rar | rar | |
| SiBEKrWCM.rar | rar | |
| SiJNBQIHL.rar | rar | |
| BigBlueBall.mpg | mpg | SiRB0K54Q |
| Si9OK54Q.mpg | mpg | |
| Stripboy.mpg | mpg | Si6f7LL0.i |
| Si6f7LL0.mpg | mpg | |
| img4iS.rar | rar | SiRUETrJM6 |
| SiDEfJAM6.rar | rar | |
| Big_Cock.wmv | wmv | SiRDDY8YI |
| S-1-5-21-4254798503-1654840954-1578491B8-1000 | wmv | S-1-5-1 |
| SiDDOY8YI.wmv | wmv | |



Albany 1 hour checd
(Computer is 1 hour ahead)

5:06 — Possible evidence copt in

7:42 — Posts 1st post on iPhone

Accesses (recent) docs + navigation

8:14 — Posts "Poopned " video. Confirms c/ iPhone

8:15 — Video played on computer

8:54 — Accesses Δ's internet 1st time

6:06 computer

8:42 out thread

7:42 out thread

7:14 out thread

7:15 search to computer

9:54 computer

STATE'S EXHIBIT

GB System   49,493 Events

| Level | Date and Time | Source | Eve... | Task Catego... |
|---|---|---|---|---|
| i In... | 5/8/2009 9:06:43 PM | ResourcePublication | 104 | None |
| i In... | 5/8/2009 9:06:43 PM | Power-Troubleshooter | 1 | None |
| i In... | 5/8/2009 9:06:45 PM | Service Control Manager Eventlog Provider | 7036 | None |
| i In... | 5/8/2009 9:06:45 PM | Service Control Manager Eventlog Provider | 7036 | None |
| i In... | 5/8/2009 9:06:45 PM | DistributedCOM | 100... | None |
| i In... | 5/8/2009 9:06:44 PM | Service Control Manager Eventlog Provider | 7036 | None |
| i In... | 5/8/2009 9:06:44 PM | DistributedCOM | 100... | None |

Event 1, Power-Troubleshooter

General | Details |

The system has resumed from sleep.

Sleep Time: **5/7/2009 10:21:19 PM**
Wake Time: **5/9/2009 2:06:33 AM**

Wake Source: Device -Intel(R) ICH8 Family USB Universal Host Controller - 2831

| Log | System |
|---|---|
| Source: | Power-Troubleshooter |
| Event ID: | 1 |
| Level: | Information |
| User: | LOCAL SERVICE |
| OpCode: | Info |
| More | Event Log Online |

Logged:          **5/8/2009 9:06:43 PM**
Task Category:   None
Keywords:
Computer:        Gregg-PC

DEFENDANT'S EXHIBIT

CAUSE NO. 09-02494-CRF-272
COUNTS ONE THROUGH TEN

THE STATE OF TEXAS

VS

Gregg Baird

DC3 FILED X M
AI____ o'clock ____

MAR 1 1 2010

MARIO HAMLIN, DIST CLERK
Brazos County, Texas
_____ Deputy

IN THE DISTRICT COURT

BRAZOS COUNTY, TEXAS

272ND JUDICIAL DISTRICT

**DEFENDANT'S PLEA OF GUILTY, WAIVER,
STIPULATION AND JUDICIAL CONFESSION**

Now comes the Defendant in open Court in the above numbered and entitled cause represented by his/her attorney with whom he/she has previously consulted and makes the following voluntary statement:

1. That I am sane and that I understand the nature of the charges contained in the indictment/ information in this cause, and believe that I am competent to stand trial.

2. That I have the right to a trial by jury whether I plead "guilty," "not guilty," or "no contest."

3. That I have the right to remain silent but if I choose not to remain silent, anything I say can be used against me.

4. That I have a right to be confronted by the witnesses against me whether I have a trial in front of the Judge alone or in front of a jury.

5. I further acknowledge and understand the following admonitions which have been explained to me by the Judge and by my defense attorney before entering an oral plea of guilty or nolo contendere:

   In Counts 1,2,3,4,5,6,7,8,9,10

   That I am charged with a felony of the ___3d___ degree /Class ~~A Misdemeanor~~/ ~~Class B Misdemeanor~~ which has a punishment range of:

   _____ a) First Degree – by confinement in the Institutional Division of the Texas Department of Criminal Justice for a period of not less than five (5) years or more than ninety-nine (99) years or life and a fine not to exceed $10,000.00.

   _____ b) Second Degree – by confinement in the Institutional Division of the Texas Department of Criminal Justice for a period of not less than two (2) years or more than twenty (20) years and a fine not to exceed $10,000.00.

   ✓ c) Third Degree – by confinement in the Institutional Division of the Texas Department of Criminal Justice for a period of not less than two (2) years or more than ten (10) years and a fine not to exceed $10,000.00.

   _____ d) State Jail Felony - by confinement in the State Jail Facility for a period of not less than 180 days or more than two (2) years and a fine not to exceed $10,000.00.

   _____ e) State Jail Felony with misdemeanor punishment: Pursuant to Sec. 12.44(a) of the Texas Penal Code, state jail felony conviction punished as a Class A Misdemeanor is punishable by confinement in jail for a period not to exceed one year; by fine not to exceed $4,000; or by both such fine and confinement (This is still a felony conviction).

**State's Exhibit #1**

1

_____f) **First Degree W/One Enhancement** – by confinement in the Institutional Division of the Texas Department of Criminal Justice for a period of not less than <u>fifteen (15) years</u> or more than <u>ninety-nine (99) years or life</u> and a fine not to exceed <u>$10,000.00</u>.

_____g) **Habitual** – by confinement in the Institutional Division of the Texas Department of Criminal Justice for a period of not less than <u>twenty-five (25) years</u> or more than <u>ninety-nine (99) years or life</u>.

_____h) **State Jail Felony reduced to Class A Misdemeanor under Texas penal Code Section 12.44 (b):** by confinement in jail for a period not to exceed one year; by fine not to exceed $4,000; or by both such fine and confinement.

_____i) **Class A Misdemeanor:** by confinement in jail for a period not to exceed one year; by fine not to exceed $4,000; or by both such fine and confinement.

_____j) **Class B Misdemeanor:** by confinement in jail for a period not to exceed 180 days; by fine not to exceed $2,000; or by both such fine and confinement.

_____k) **Other –** _____

_____

_____

**Deferred Adjudication** – I understand the consequences of being placed on Deferred Adjudication probation.

I further understand that any recommendation of the prosecuting attorney as to punishment is not binding on the Judge, and that where there is a plea bargain agreement and the punishment assessed by the Judge does not exceed the agreed recommendation, I do not have the right to appeal without permission of the Judge except for those matters raised by written motions filed before trial.

I understand that if I am not a citizen of the United States that my plea may result in deportation, the exclusion of admission to this country, or denial of naturalization under federal law. There have been no promises made to me by my defense attorney, the prosecutor or the Judge concerning my stay in the United States.

## Special Admonitions

1) **Sex Offenders**

   a. I understand that I am being convicted of or placed on deferred adjudication for an offense which requires me to register as a sex offender and that I will be required to meet the requirements of Chapter 62 of the Texas Code of Criminal Procedure.

   b. My attorney has advised me regarding the registration requirements under Chapter 62 of the Texas Code of Criminal Procedure.

   c. My attorney and I have reviewed the document entitled "Supplemental Admonishments for Sex Offender Registration Requirements." I understand the contents of that document and signed it freely and voluntarily.

2) **Convictions for Family Violence**

I understand that it is unlawful for me to possess or transfer a firearm or ammunition if I have been convicted of a misdemeanor involving family violence as defined by Section 72.004, Family Code.

2

I desire to WAIVE and do waive the following rights:

1. Waive the reading of the indictment.

2. Waive the right to be served with a copy of the indictment/information in the cause ten days before trial.

3. Waive the right to be arraigned.

4. Waive the right to trial by jury and request the consent and approval of the Judge and of the attorney for the State to such waiver.

5. Waive the right to remain silent and state that it is my desire to take the witness stand, knowing anything I may say can be used against me, and make a judicial confession of my guilt.

6. Waive the right to be confronted with the witness against me and request the approval of the Judge to the stipulation of the evidence by waiving the appearance, confrontation and cross examination of witnesses, and by my further consenting to the introduction of testimony and evidence by stipulation into the record by the attorney for the State, by oral stipulation, or by written statements of witnesses and any other documentary evidence.

7. Waive service of the indictment/information and the two-day waiting period for arraignment; and I also waive the ten day period for preparation after appointment of counsel and the ten day period in which to file written pleadings after arrest.

8. Waive the right to pre-sentence report and request that none be made.

I do further admit and judicially confess that I ~~unlawfully committed the acts alleged in the indictment/information in this cause at the time and place and in the manner alleged and that such allegations are true and correct,~~ *the items saved on my computer contained child porno* and that I am in fact GUILTY of the offense alleged.

I voluntarily enter my plea of GUILTY to said offense, and my plea is not influenced by any considerations of fear or any persuasion or any promises of any kind. In making my plea of guilty, I am not relying on any agreement not made known to the Judge at this time. I am pleading guilty because I am guilty and for no other reason.

I further understand that if I am convicted I have the right of appeal to the appropriate Court of Appeals of Texas, and the right to be represented on appeal by an attorney of my choice or if I am too poor to pay for such attorney or the record on appeal, the Judge will, without expense to me, provide an attorney and a proper record for such appeal. However, it is my desire to waive my right to appeal, and I hereby waive this right in the event that the Judge accepts the plea bargain agreement. I understand that if the Judge accepts the plea bargain agreement, I may appeal only with permission of the court.

I further understand that the State of Texas intends to destroy, and will destroy, any and all evidence in this case in the possession of the State of Texas, any clerk, and law enforcement agency, or any other person or entity possessing said evidence, after the expiration of 91 days from the date of this document. I acknowledge that I have been advised that if I do not object to the destruction of said evidence before the expiration of 91 days from the date of this document, the evidence in this case will be destroyed. I further acknowledge and agree that my attorney and I have received adequate written notice of the State's intent to destroy evidence in this case as required by law.

Defendant's acknowledgement: _____;  Defense Attorney's acknowledgement: _____

I further understand the admonitions of the Court and I am aware of the consequences of my plea.

_____
Defendant

3

SWORN TO AND SUBSCRIBED before me by the said Defendant on this the _____

Day of _____, 20_____.

_____
Notary Public, Brazos County, Texas

    I have consulted with the defendant; advised him of his rights; believe him to be mentally competent and able to assist me in the preparation of the defense; and approve his signing of this plea of guilty, waiver of jury, agreement to stipulate testimony, and judicial confession.

    I believe the defendant fully understands the admonitions of the Court and is aware of the consequences of his plea. The defendant in making his plea is not relying on any agreement or promise not made known to the Court at this time.

Signed this ____ day of _____, 20___

_____
Attorney for the Defendant

    Before the entry of the defendant's plea of guilty herein, the above waivers and stipulations are hereby consented to and approved by me, the attorney representing the State.

Signed this _1st_ day of _March_, 20_10_.

_____
Attorney for the State

    It clearly appearing to the Court that the defendant is mentally competent and is represented by competent counsel and that said defendant understands the nature of the charge against him/her; that he/she has been admonished by the Court including the minimum and maximum punishment provided by law and that the defendant fully understands the admonitions of the Court and is fully aware of the consequences of his/her plea; that the attorney for the defendant and the State consent and approve the waiver of a trial by jury and agree to stipulate the testimony in this case; the Court therefore finds such plea of guilty, waivers and consent to voluntarily made, and the Court accepts the plea of guilty and approves the waiver of a jury herein and the consent to stipulate testimony.

Signed this _1_ day of _Mar_, 20_10_.

_____
Presiding Judge

FILED
DC 3
At 3 o'clock P M
MAR 1 1 2010
MARC HAMLIN, DIST.CLERK
By [signature] Deputy

CAUSE NO. 09-02494-CRF-272
COUNTS 1, 2, 3, 4, 5, 6, 7, 8, 9, 10

| | | |
|---|---|---|
| THE STATE OF TEXAS | X | IN THE DISTRICT COURT |
| VS. | X | BRAZOS COUNTY, TEXAS |
| Gregg Baird | X | 272ND JUDICIAL DISTRICT |

## PLEA AGREEMENT

Poss. of Child Pornography × 10

The defendant hereby agrees to plead guilty to the offenses of _Poss. of Child Pornography × 10_, and ~~in exchange, the State of Texas agrees to recommend that punishment be assessed at:~~ further agrees to waive his right to seek an appeal bond after punishment is assessed. State agrees to waive jury trial and both parties agree to the Court assessing Punishment. State and defendant have no agreements as to punishment, other than expressed herein.

Restitution: _____

Defendant maintains right to appeal suppression motion ruling

_____          _____
Defendant                        Assistant District Attorney

_____          _____
Date  Mar 1, 10                   Date  3/1/10

                                 (X) accepted    (  ) rejected

_____          _____
Defendant's Attorney             Presiding Judge

_____          _____
Date  Mar 1, 10                   Date  3-1-10

State's Exhibit #2

NO. 09-02494-CRF-272
COUNT ONE

THE STATE OF TEXAS

VS.

Gregg Baird

X
X
X
X

IN THE 272ND DISTRICT COURT

OF

BRAZOS COUNTY, TEXAS

DC3 RECEIVED
At 3 o'clock P M

MAR 1 1 2010

MARC HAMLIN, DIST CLERK
Brazos County, Texas
By _____ Deputy

### REQUEST TO CONSIDER UNADJUDICATED OFFENSES

I, the undersigned defendant hereby admit my guilt to the following unadjudicated offenses:

| | CAUSE # | COURT | COUNTY | CHARGE | PROSECUTOR'S APPROVAL |
|---|---|---|---|---|---|
| 1. | 09-02492-CRF-272 | Cts. 1-4 | Brazos | Poss. Child Porn. x 4 | JPP |
| 2. | 09-02493-CRF-272 | Cts. 1-3 | Brazos | Poss. Child Porn. x 3 | |
| 3. | 09-02494-CRF-272 | Cts. 11-13 | Brazos | Poss. Child Porn. x 3 | |
| 4. | 09-02495-CRF-272 | Cts. 1-20 | Brazos | Poss. Child Porn. x 20 | ✓ |
| 5. | 09-02496-CRF-272 | Cts. 1-20 | Brazos | Poss. Child Porn. x 20 | |

and request that the court take into account the offenses in determining sentence in the above entitled and numbered cause.

DATE: 3/1/10

_____
DEFENDANT

_____
DEFENDANT'S ATTORNEY

APPROVED BY:

_____
ASST./DISTRICT ATTORNEY

### ORDER BARRING PROSECUTION AND RELEASE FROM CHARGES

On this day, the court having heard the above named defendant admit his guilt to the unadjudicated offenses set forth in the Request to Consider Unadjudicated Offenses and the prosecuting attorney having consented thereto by his signature affixed thereto;

It is hereby ordered, adjudged and decreed that prosecution of the above named defendant for the offenses set forth in the said request is hereby barred in accordance with 12.45 T.P.C. and the defendant is ordered released from the charges enumerated above.

Signed this _____ day of _____, 20 _____.

State's Ex No
3

_____
JUDGE, 272ND DISTRICT COURT

WHITE-CLERK
YELLOW-DISTRICT ATTORNEY
PINK-VICTIM
GOLDENROD-JAIL
COPY TO EACH COURT IN WHICH CASE IS ENUMERATED

Defendant's Right Thumb. Date: _____
(In court)

Def's signature: _____

ST. EX. # 3

NO. 09-02494-CRF-272

COUNT ONE

THE STATE OF TEXAS                     X     IN THE 272ND DISTRICT COURT

VS.                                    X     OF

Gregg Baird                            X     BRAZOS COUNTY, TEXAS

DC 3 RECEIVED
At 3 o'clock P M
MAR 1 1 2010
MARC HAMLIN, DIST CLERK
Brazos County, Texas
By _____ Deputy

**REQUEST TO CONSIDER UNADJUDICATED OFFENSES**

I, the undersigned defendant hereby admit my guilt to the following unadjudicated offenses:

| CAUSE # | COURT | COUNTY | CHARGE | PROSECUTOR'S APPROVAL |
|---------|-------|--------|--------|------------------------|
| 1. 09-02497-CRF-272 | Cts.1-20 | Brazos | Poss. Child Porn. x20 | SPP |
| 2. 09-02498-CRF-272 | Cts.1-20 | Brazos | Poss. Child Porn. x20 | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

and request that the court take into account the offenses in determining sentence in the above entitled and numbered cause.

DATE: 3/1/10

DEFENDANT

DEFENDANT'S ATTORNEY

APPROVED BY:

ASST. DISTRICT ATTORNEY

**ORDER BARRING PROSECUTION AND RELEASE FROM CHARGES**

On this day, the court having heard the above named defendant admit his guilt to the unadjudicated offenses set forth in the Request to Consider Unadjudicated Offenses and the prosecuting attorney having consented thereto by his signature affixed thereto;

It is hereby ordered, adjudged and decreed that prosecution of the above named defendant for the offenses set forth in the said request is hereby barred in accordance with 12.45 T.P.C. and the defendant is ordered released from the charges enumerated above.

Signed this _____ day of _____, 20 _____.

State's Ex No
3 A

_____
JUDGE, 272ND DISTRICT COURT

WHITE-CLERK
YELLOW-DISTRICT ATTORNEY
PINK-VICTIM
GOLDENROD-JAIL
COPY TO EACH COURT IN WHICH CASE IS ENUMERATED

Defendant's Right Thumb . Date: _____
(in court)

Def's signature: _____

ST. EX. # 4

CAUSE NO. 09-02494-CRF-272
COUNTS ONE through TEN

| THE STATE OF TEXAS | X | IN THE DISTRICT COURT OF |
| | | |
| VS. | X | BRAZOS COUNTY, TEXAS |
| Gregg Baird | X | 272ND JUDICIAL DISTRICT |

## SUPPLEMENTAL ADMONISHMENTS FOR
## SEX OFFENDER REGISTRATION REQUIREMENTS

I understand that I am required to meet the sex offender registration requirements of Chapter 62 of the Code of Criminal Procedure. I must register with local law enforcement agencies agencies in the city or county where I reside. Under certain circumstances, I must periodically verify my registration information or enter a new registration with local law enforcement agencies in any city or county, including out-of-state where I intend to reside, move, visit or work. I am subject to the registration program because I have been convicted, adjudicated, or placed on deferred adjudication for one of the following offenses listed below:

PART I: OFFENSES INCLUDED:

(Prosecutor should indicate appropriate offense):

\_\_\_\_\_ *+ Indecency with a Child by Contact - 21.11(a)(1)

\_\_\_\_\_ *+ Aggravated Sexual Assault - 22.021

\_\_\_\_\_ *+ Sexual Assault - 22.011

\_\_\_\_\_ *+ Sexual Performance of a Child - 43.25

\_\_\_\_\_ *+ Aggravated Kidnapping with intent to sexually abuse - 20.04

\_\_\_\_\_ *+ Burglary with intent to sexually abuse - 30.02

\_\_\_\_\_ *+ Attempt, Solicitation, or Conspiracy - for offenses listed above

\_\_\_\_\_ *+ **Deferred Adjudication** - for offense listed above

✓ *+ Possession or Promotion of Child Pornography - 43.26   (Counts 1,2,3,4,5,6,7,8,9,10)

\_\_\_\_\_ *+ Online Solicitation of a Minor - 33.021

\_\_\_\_\_ *+ Prohibited Sexual Conduct - 25.02

\_\_\_\_\_ *+ Compelling Prostitution (if victim younger than 17) - 43.05(a)(2)

DC3  FILED
At _____ o'clock _____ M
MAR 1 1 2010
MARC HAMLIN, DIST. CLERK
Brazos County, Texas
By _____ Deputy

State's Ex No 4

———— *+ Attempt, Solicitation, or Conspiracy - for offenses listed above

———— *+ Deferred Adjudication - for offenses listed above

———— Unlawful Restraint - 20.02 (if judgment contains an affirmative finding under Article 42.015 (Victim Is Younger Than 17)

———— Kidnapping - 20.03 (if judgment contains an affirmative finding under Art. 42.015)

———— Aggravated Kidnapping - 20.04 (if judgment contains an affirmative finding under Art. 42.015)

———— Indecent Exposure - 2nd Conviction - 21.08

———— Indecency With A Child By Exposure - 21.11(a)(2)

———— Compelling Prostitution (if victim is not younger than 17) - 43.05(a)(1)

———— Attempt, Solicitation, or Conspiracy - on all offenses above except Indecent Exposure

———— **Deferred Adjudication** - on all offenses above except Indecent Exposure

PART II: ADMONISHMENTS:

(Defendant and defense attorney need to review and Defendant initials each blank):

———— I understand that I am pleading guilty to an offense which requires me to register as a sex offender upon conviction. I further understand that my duty to register does not expire until ten (10) years after my sentence or period of community supervision ends, whichever is later. If I am being convicted of an offense denoted by "*", I understand I must register for the remainder of my life. In addition to the above list (Part I), I will have to register if another state has convicted me of any substantially similar offense.

———— I understand that I am required to report to the local law enforcement authority where I reside to verify the information in the registration form maintained by the authority once a year during the period in for which I am required to register. If I have previously been convicted on two or more occasions or received deferred adjudication for offenses denoted by "*+," I understand that I must report to the local law enforcement authority where I reside to verify the information in the registration form maintained by the authority every 90 days for the remainder of my life.

———— My attorney has thoroughly familiarized me with the laws pertaining to sex offender registration. I also understand that these laws are subject to change and may be applied retroactively.

_____ I understand that I must register at the local police department of the municipality where I reside, or if I do not reside in a municipality, in the sheriff's department of there county where I reside not later that seven (7) days from the date that I am placed on community supervision or released from a penal institution.

_____ I understand that if I intend to change my address I must inform the local law enforcement authority in the jurisdiction in which I am registered and the parole or community supervision officer who supervises me of that change seven (7) days *prior* to moving.

_____ I understand that if I do not move to my intended address, I must provide an explanation to the law enforcement agency with which I am registered regarding any changes in my anticipated move date and intended residence within seven (7) days of my anticipated move date.  I must also report to my parole or supervision officer weekly and that I must provide him or her with the address of my temporary residence until I do move.

_____ I understand that when I move I must register with the local law enforcement authority in the jurisdiction of my new residence within seven (7) days of moving.

_____ I understand that if I move out of state, I must register as a sex offender in that state within ten (10) days of moving.

_____ I understand that if I intend to reside in another state and work or attend school in Texas, I must register with a local law enforcement authority in the municipality or county where I am working or attending school not later than seven (7) days after the date that I begin work or school.

_____ I understand that if I intend to reside in Texas and work or attend school in another state with a registration requirement, not later than ten (10) days after the date I begin work or school, I must register with a local law enforcement authority in that state.

_____ I understand that I will be required to apply for a new driver's license or personal identification certificate on or after September 1, 2000 and will have to annually renew my license or certificate thereafter.

_____ I understand that if I spend more than 48 consecutive hours on at least three occasions during any month in a municipality or county in Texas other than the municipality or county where I reside, I must report that fact to the local law enforcement authority of the municipality or county in which I am a visitor. I must provide that authority with the address where I lodged during my stay and must give them a statement as to whether I intend to return to their municipality or county during the succeeding month.

_____ I understand that failure to comply with current or future sex offender registration laws is a criminal offense, specifically;

    a) a state jail felony which carries a punishment range of not less than 180 days and not more than 2 years in a State Jail Facility and a fine not to exceed $10,000; OR

3

b) (for those being convicted of those offenses denoted with "*") a felony of the third degree which carries punishment range of not less than 2 years and not more than 10 years confinement in the Institutional Division of the Texas Department of Criminal Justice and a fine not to exceed $10,000; OR

c) (for those who have two or more previous convictions for those offenses denoted with "*+") a felony of the second degree which carries a punishment range of not less than 2 years and not more than 20 years confinement in the Institutional Division of the Texas Department of Criminal Justice and a fine not to exceed $10,000; AND

d) an offense of the next highest degree for each subsequent conviction for failing to comply with the sex offender registration laws.

My attorney has explained the requirements of Chapter 62 of the Code of Criminal Procedure.

My plea of guilty or no contest has not been influenced by any advice or information delivered by the Court, my attorney, or any other person regarding the sex offender registration requirements. I would have pleaded guilty or nolo contendere regardless of the sex offender registration requirements.

_____          _____
Defendant                                Defendant's Attorney

_____          _____
Date        1 MARC 10                     Date        Mar 10 10

4





STATE'S
EXHIBIT
3
PENGAD 800-531-6989

| Device Name | Child Pornography Size on Disk | Images Files | Video Files |
|---|---|---|---|
| Dell XPS 410 Desktop | 4.81 GB | 2 | 252 |
| Maxtor One Touch External HDD | 103 GB | 32500 | 1713 |
| Seagate Barracuda External HDD | 6.12 GB | 320 | 286 |
| Western Digital HDD | 2.8 GB | 210 | 48 |
| Western Digital External HDD | 94.77 GB | 28412 | 1564 |
| Totals | 211.5 GB | 61444 | 3863 |

# Maxtor One Touch External Hard Drive

My Documents\Morpheus
$Recycle.Bin
Program Files\!
Program Files\temp
Program Files\v\v1



PENGAD 800-631-6989

STATE'S
EXHIBIT

# Western Digital 1600 External Hard Drive

## Folder Names:

Documents and Settings\My Documents
Recycled
Program Files\temp
Program Files\v\v1
wd_windows_tools\WD\!



STATE'S
EXHIBIT
5

PENGAD 800-631-6989

# Western Digital Internal Hard Drive

Documents and Settings\All Users
Documents and Settings\Gregg
$Recycle.Bin
Unallocated Space
Recycle Bin



STATE'S
EXHIBIT

PENGAD 800-631-6989

# Dell XPS 410 Desktop Computer

Windows.old\Users\Gregg Baird\Documents\My Documents\Morpheus

$Recycle.Bin

Users\Gregg



STATE'S
EXHIBIT
7
PENGAD 800-631-6989

# Seagate Barracuda Internal Hard Drive

Unallocated Space
Recycler



STATE'S
EXHIBIT

PENGAD 800-631-6989

Dell XPS 410 Desktop Computer

Mozilla Bookmarks



STATE'S
EXHIBIT
G

PENGAD 800-631-6989

Dell XPS 410 Desktop Computer

Mozilla 3 Bookmarks


STATE'S
EXHIBIT
PENGAD 800-631-6989

Dell XPS 410 Desktop Computer

Internet Explorer Bookmarks


STATE'S
EXHIBIT
11
PENGAD 800-631-6989

Western Digital Internal Hard Drive

Mozilla Bookmarks



STATE'S
EXHIBIT
12

PENGAD 800-631-6989

Western Digital Internal Hard Drive

Internet Explorer Bookmarks



STATE'S
EXHIBIT
13
PENGAD 800-631-6989

State's Exhibit # __14__

State's Exhibit # _____15_____

# State's Exhibit #  _16_

Western Digital WD 400\Program Files\Yahoo!\Messenger\Profiles\cs_tx_guy\Archive\Messages

State's Exhibit #  _17_

Maxtor One Touch/Program Files/TEMP/scouts

Maxtor One Touch/Program Files/v/v1/scouts/campleto



TAORMINA

WILHELM VON GLOEDEN

State's
Exhibit
18



# OMING OF AGE

## photographs by
## Will McBride



APERTURE

STATE'S
EXHIBIT
19

PENGAD 820-631-6989



STATE'S
EXHIBIT
21



# Naked Places

Premier Edition



A Guide for Gay Men to Nude Recreation and Travel

*Includes Clothing-Optional Accommodations, Organizations,
Beaches and Other Natural Areas*

Compiled and edited by Michael Boyd

# Naked Places

## A Guide for Gay Men to Nude Recreation and Travel





STATE'S
EXHIBIT
22

### Third Edition

Includes Clothing-Optional Accommodations, Nudist
Organizations, Nude Beaches and Hot Springs, and More!

Compiled and edited by Michael Boyd

### Revised, Expanded, Updated

Hundreds of Gay Nude Beaches Around the World!

Case 4:14-cv-02259   Document 10-26   Filed in TXSD on 10/31/14   Page 46 of 46

# naturismo

Publicación Trimestral • Otoño 1997 • PVP 750 PTA / $6.50    N° 3

## Canadá en imágenes

## Miedo a la libertad

## La sauna finlandesa



VERA,
Capital
Internacional
del Naturismo

STATE'S
EXHIBIT
23

PENGAD 800-631-6989