```
 1                   REPORTER'S RECORD
                  VOLUME 7 OF 7 VOLUMES
 2            TRIAL COURT CAUSE NO. 09-02494-CRF
         APPELLATE COURT CAUSE NO. 10-10-00297-CRF-272
 3

 4   THE STATE OF TEXAS           )  IN THE DISTRICT COURT
                                  )
 5   vs.                          )  BRAZOS COUNTY, TEXAS
                                  )
 6   GREGG CARL BAIRD             )  272ND JUDICIAL DISTRICT

 7

 8

 9   _____

10              REVISED EXHIBIT VOLUME

11   _____

12
```



```
                  RECEIVED                    FILED
                  FEB 18 2011         TENTH COURT OF APPEALS
               COURT OF APPEALS              FEB 2 2 2011
                 WACO, TEXAS          SHARRI ROESSLER, CLERK
```

                    DENISE C. MACKAY, CSR, RPR
                        (979) 361-4219

```
                        EXHIBIT INDEX

STATE'S
Exhibit        Description              Offered  Admitted  Vol

2              Photograph                                    2
3              Photograph                                    2
4              Photograph                                    2
5              Photograph                                    2
6              Boy Scout David, Part 2-3                     2
               AVJ DVD
8              Timeline                                      2
9              Representation of Recycle   44       44       3
               Bin Files
10             Chart                       53       53       3
1              Plea Papers                 11       11       4
2              Plea Papers                 11       11       4
3              Plea Papers                 11       11       4
3A             Plea Papers                 11       11       4
4              Plea Papers                 11       11       4
1              Disk with Charged Images    37                5
               and Videos
2              Disk with Charged Images    37                5
               Slideshow
3              Summary and Chart of Image  22       23       5
               Locations
4              List of File Names-Maxtor   33       33       5
               One Touch External Hard
               Drive
5              List of File Names-Western  33       33       5
               Digital 1600 Hard Drive
```

**EXHIBITS INDEX (Continued)**

| State's Exhibit | Description | Offered | Admitted | Vol |
|---|---|---|---|---|
| 6 | List of File Names-Seagate Barracuda Internal Hard Drive | 33 | 33 | 5 |
| 7 | List of File Names-Dell XPS 410 Desktop Computer | 33 | 33 | 5 |
| 8 | List of File Names-Seagate Barracuda Internal Hard Drive | 33 | 33 | 5 |
| 9 | Mozilla Bookmarks-Dell XPS 410 Desktop Computer | 45 | 45 | 5 |
| 10 | Mozilla 3 Bookmarks-Dell XPS 410 Desktop Computer | 45 | 45 | 5 |
| 11 | Internet Explorer Bookmarks - Dell XPS Desktop Computer | 45 | 45 | 5 |
| 12 | Mozilla Bookmarks-Western Digital Internal Hard Drive | 45 | 45 | 5 |
| 13 | Internet Explorer Bookmarks - Western Digital Internal Hard Drive | 45 | 45 | 5 |
| 14 | Photos of Defendant | 55 | 55 | 5 |
| 15 | Comparison Photos of Defendant and Child Pornography Images | 55 | 55 | 5 |
| 16 | Western Digital WD 400\ProgramFiles\Yahoo Messenger\Profiles\cs_tx_guy \Archive Messages | 59 | 59 | 5 |
| 17 | Files and images Relating to "Scouts" | 57 | 57 | 5 |
| 18 | Von Gloeden Book-Taormina | 65 | 66 | 5 |
| 19 | Coming of Age Book-McBride | 65 | 66 | 5 |

EXHIBITS INDEX (Continued)

| STATE'S Exhibit | Description | Offered | Admitted | Vol |
|---|---|---|---|---|
| 20 | Wilhelm Von Gloeden Book - Weiermair | 65 | 66 | 5 |
| 21 | Naked Places Book-Premier Edition | 65 | 66 | 5 |
| 22 | Naked Places Book-Third Edition | 65 | 66 | 5 |
| 23 | Todo Naturismo Magazine | 65 | 66 | 5 |
| 24 | Bondage Boy Toys DVD | 65 | 66 | 5 |
| 25 | Koinos Magazine | 65 | 66 | 5 |
| 26 | Made in the USA Magazine (MUSA 6) | 65 | 66 | 5 |
| 27 | Virtually Nude Living DVD | 65 | 66 | 5 |
| 28 | DVD of Venture Scout Trips | 57 | 58 | 5 |
| 29 | Sam Houston Area Council Scout Records for Defendant | 68 | 68 | 5 |
| 30 | Evading Arrest Indictment | 92 | 92 | 5 |
| 31 | Evading Arrest Judgment | 92 | 92 | 5 |
| 32 | Portable Hard Drive with all Images and Videos from Defendant's Computers and Peripherals | 26 | 26 | 5 |
| 3 | 12.45 Form | 4 | 4 | 6 |
| 4 | 12.45 Form | 4 | 4 | 6 |

| DEFENDANT'S Exhibit | Description | Offered | Admitted | Vol |
|---|---|---|---|---|
| 1 | Computer Screen Shot | 38 | 38 | 3 |
| 1 | Compilation List | 95 | 96 | 5 |
| 2 | Photograph | 206 | 206 | 5 |
| 3 | Representative Diagnosis | 147 | 147 | 5 |

SUBSTITUTION

| STATE'S Exhibit | Description | Offered | Admitted | Vol |
|---|---|---|---|---|
| 7 | Copy Chat | 56 v.2 | 57 v.2 | 7A |

REPORTER'S CERTIFICATE

I, Denise C. MacKay, Deputy Official Court Reporter in and for the 272nd District Court of Brazos County, State of Texas, do hereby certify that the following exhibits constitute true and complete duplicates of the original exhibits, excluding physical evidence, offered into evidence during the proceedings held in the above-entitled and numbered cause as set out herein before the Honorable Travis Bryan, III, Judge of the 272nd District Court of Brazos County, State of Texas.

I further certify that the total cost for the preparation of this Reporter's Record is $141.00 and was paid/will be paid by Mr. Richard E. Wetzel, Appellate Counsel for Defendant.

WITNESS MY OFFICIAL HAND on this, the 16th day of February, 2011.

*Denise C. MacKay*
Denise C. MacKay, CSR 6482
Expiration: 12/31/2011
Deputy Official Court Reporter
272nd District Court
Brazos County, Texas
300 E. 26th Street, Suite 204
Bryan, Texas 77803
Telephone: (979) 361-4219