IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREGG CARL BAIRD, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-14-2259 |
| | § | |
| STUART JENKINS, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Parole Division, | § | |
| Respondent. | § | |

## RESPONDENT'S UNOPPOSED MOTION TO SEAL
## STATE COURT RECORDS WITH BRIEF IN SUPPORT

Petitioner Gregg Carl Baird seeks habeas corpus relief in this Court pursuant to 28 U.S.C. § 2254. Baird was convicted of possession of child pornography. The Director filed most all of the state-court records in this case on October 31, 2014. *See* ECF Nos. 9, 10. He did not, though, file a part of volume 7 of the record because it contains some images of child pornography. The Director now moves the Court to file and seal what the Director has labeled "RR 7 of 7 EXHIBITS (part 1)". The public has a common-law right to inspect and copy judicial records. *Nixon v. Warner Communications, Inc.,* 435 U.S. 589, 597 (1978). The right to inspect and copy judicial records is not absolute, however, and the court has supervisory power over its own records and files. *Id.* at 598. Here, there is no public interest in access to these

exhibits. And, of course, there is no First Amendment right to child pornography. *See New York v. Ferber*, 458 U.S. 747 (1982).

## CONCLUSION

The Director respectfully requests that this Court seal "RR 7 of 7 EXHIBITS (part 1)."

                    Respectfully submitted,

                    GREG ABBOTT
                    Attorney General of Texas

                    DANIEL T. HODGE
                    First Assistant Attorney General

                    DON CLEMMER
                    Deputy Attorney General
                      for Criminal Justice

                    EDWARD L. MARSHALL
                    Chief, Criminal Appeals Division

                    <u>s/ Jon R. Meador</u>
                    JON R. MEADOR*
*Attorney in Charge    Assistant Attorney General
                    State Bar No. 24039051
                    Southern District Bar No. 630275

                    P.O. Box 12548, Capitol Station
                    Austin, Texas   78711
                    (512) 936-1400
                    Facsimile No. (512) 936-1280
                    jon.meador@texasattorneygeneral.gov

                    ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I do hereby certify that I conferred with Josh Schaffer regarding the filing of this motion, and he indicated that he did not oppose the motion.

s/ Jon R. Meador
JON R. MEADOR
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November 2014 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Josh Barrett Schaffer
The Schaffer Firm
1301 McKinney, Suite 3100
Houston, Texas 77010
Email:josh@joshschafferlaw.com

s/ Jon R. Meador
JON R. MEADOR
Assistant Attorney General
