IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GREGG CARL BAIRD, | § |
| Petitioner, | § |
| v. | § CIVIL ACTION NO. H-14-2259 |
| STUART JENKINS, Director, Texas Department of Criminal Justice, Parole Division, | § |
| Respondent. | § |

# O R D E R

Came on this day to be considered Respondent's Motion to File Records Under Seal and the Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is ORDERED, ADJUDGED and DECREED that Respondent's Motion to File Records Under Seal, specifically "RR 7 of 7 EXHIBITS (part 1)," is GRANTED.

Signed on this the _____ day of _____, 2014.

_____
PRESIDING JUDGE