IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREGG CARL BAIRD, | § § § | |
| *Petitioner*, | § § | |
| v. | § § | CIVIL ACTION No. H-14-2259 |
| STUART JENKINS, *et al.*, | § § § | |
| *Respondents.* | § | |

## ORDER

Respondent's Unopposed Motion to File Records Under Seal (Docket No. 12) is **GRANTED**. Volume 7 of the Reporter's Record, Part 1 of Exhibits, is **ORDERED FILED UNDER SEAL** until further order of this Court.

Signed at Houston, Texas, on this the 6th day of November, 2014.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE