IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREGG CARL BAIRD, | § § | |
| *Petitioner*, | § § | |
| v. | § § | Civil Action No. H-14-2259 |
| STUART JENKINS, *et al.*, | § § § | |
| *Respondents*. | § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this civil action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas on this the 30th day of September, 2015.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE